**Fill in this information to identify the case:**

Debtor name   **GEA Seaside Investment, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **18-bk-00800-JAF**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 9, 2018**           X **/s/ Jack Aberman**
                                            Signature of individual signing on behalf of debtor

                                            **Jack Aberman**
                                            Printed name

                                            **CEO**
                                            Position or relationship to debtor

4/09/18 8:02PM

**Fill in this information to identify the case:**

Debtor name   **GEA Seaside Investment, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   **18-bk-00800-JAF**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................................    $    **4,715,473.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...............................................................................    $    **43,703.20**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................    $    **4,759,176.20**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **4,691,702.42**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $    **4,000.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................    +$    **1,950.00**

4.  Total liabilities ..........................................................................................................
    Lines 2 + 3a + 3b    $    **4,697,652.42**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **GEA Seaside Investment, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) **18-bk-00800-JAF**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
       Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| 3.1. | **Vystar Business Checking** | **Business Checking** | 5883 | $7,500.00 |
| --- | --- | --- | --- | --- |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**                                                                               | $7,500.00 |
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| 7.1. | **Security Deposits held for rental properties** | $6,000.00 |
| --- | --- | --- |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                               | $6,000.00 |
       Add lines 7 through 8. Copy the total to line 81.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **GEA Seaside Investment, Inc.**                                    Case number *(If known)*  **18-bk-00800-JAF**
         <sub>Name</sub>

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less:       **26,000.00**       -       **0.00**    = .... **$26,000.00**
                            <sub>face amount</sub>              <sub>doubtful or uncollectible accounts</sub>

12.      **Total of Part 3.**                                                             **$26,000.00**
         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.      **Raw materials** | | | | |
| 20.      **Work in progress** | | | | |
| 21.      **Finished goods, including goods held for resale** | | | | |
| 22.      **Other inventory or supplies** | | | | |

| Debtor | **GEA Seaside Investment, Inc.** | Case number *(If known)* **18-bk-00800-JAF** |
|---|---|---|
| | Name | |

**Refrigerator (42) $1050**
**Full Size Stove (42) $840**
**Window cooling (44)**
**$528**
**Shovels (10)$40**
**Claw Tub (4) $200**
**Pedestal Bathroom**
**sinks (2) $24**
**Industrial Commercial**
**Sink $15**
**Lawn mower $20**
**Sledge Hammer $40**
**Mix and match tiles(80)**
**$16**
**Shingles (200) $30**
**Ceiling Fans (4) $52**
**Tar Paper (2) $50**
**Shelving Units (3) $54**
**Smoke Detectors (15)**
**$15**
**Exterior Doors (8) 1$160**
**Interior Doors (20) $300**
**French Doors (4) $140**
**Exterior Lights (5) $40**
**Interior Globe Lights (8)**
**$32**
**Drywall Sheets (8) $160**
**Trim (96) $67.20**                                          $0.00                          $4,203.20

---

23.  **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.        | **$4,203.20** |

24.  **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Debtor    **GEA Seaside Investment, Inc.**                                    Case number *(If known)*  **18-bk-00800-JAF**
                   Name

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.

■ Yes Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **316 Butler Blvd. Daytona Beach, Florida 32118** | **Fee simple** | **$0.00** | **Tax records** | **$67,274.00** |
| 55.2.  **Monroe St. Port Orange, Florida 32127 Vacant Land Parcel ID 41-16-33-03-00-0161** | **Fee simple** | **$0.00** | **Tax records** | **$12,543.00** |
| 55.3.  **2711 North Halifax Ave 796 Daytona Beach, Florida 32118** | **Fee simple** | **$0.00** | **Tax records** | **$79,357.00** |
| 55.4.  **358 Nautilus Ave Daytona Beach, Florida  32118** | **Fee simple** | **$0.00** | **Tax records** | **$79,623.00** |
| 55.5.  **3 Carter Terrace Daytona Beach, Florida 32118** | Fee simple | **$0.00** | **Tax records** | **$117,758.00** |
| 55.6.  **318 Butler Blvd. Daytona Beach, Florida 32118** | **Fee simple** | **$0.00** | **Tax records** | **$77,023.00** |
| 55.7.  **320 North Peninsula Drive Daytona Beach, Florida** | **Fee simple** | **$0.00** | **Tax records** | **$99,818.00** |
| 55.8.  **817 Big Tree Rd. South Daytona Beach, Florida 32119** | **Fee simple** | **$0.00** | **Tax records** | **$106,554.00** |

Debtor    **GEA Seaside Investment, Inc.**                                    Case number *(If known)*  **18-bk-00800-JAF**
          Name

| 55.9. | **308 North Peninsula Drive Daytona Beach, Florida 32118** | Fee simple | $0.00 | Tax records | $204,386.00 |
|---|---|---|---|---|---|
| 55.10. | **Monroe Street Port Orange, Florida 32127 Vacant Land Parcel ID: 41-16-33-03-00-0231** | Fee simple | $0.00 | Tax records | $11,960.00 |
| 55.11. | **428 North Peninsula Drive Daytona Beach, Florida 32118** | Fee simple | $0.00 | Tax records | $84,195.00 |
| 55.12. | **North Peninsula Drive Daytona Beach, Florida 32118 Vacant Land Parcel ID 05-15-33-01-26-0121** | Fee simple | $0.00 | Tax records | $1,581.00 |
| 55.13. | **216 Morningside Ave Daytona Beach, Florida 32118** | Fee simple | $0.00 | Tax records | $128,022.00 |
| 55.14. | **514 Phoenix Ave Daytona Beach, Florida 32118** | Fee simple | $0.00 | Tax records | $125,364.00 |
| 55.15. | **13 South Peninsula Drive Daytona Beach, Florida 32118** | Fee simple | $0.00 | Tax records | $105,046.00 |
| 55.16. | **21 South Peninsula Drive Daytona Beach, Florida 32118** | Fee simple | $0.00 | Tax records | $114,095.00 |
| 55.17. | **121 Grandview Ave Daytona Beach, Florida 32118** | Fee simple | $0.00 | Tax records | $108,823.00 |
| 55.18. | **319 North Hollywood Ave Daytona Beach, Florida 32118** | Fee simple | $0.00 | Tax records | $86,556.00 |
| 55.19. | **324 North Peninsula Drive Daytona Beach, Florida 32118** | Fee simple | $0.00 | Tax records | $106,373.00 |

Debtor    **GEA Seaside Investment, Inc.**                      Case number *(If known)*  **18-bk-00800-JAF**
Name

| | | | | |
|---|---|---|---|---|
| 55.20 · | **509 Harvey Ave & 511 Daytona Beach, Florida 32118** | Fee simple | $0.00 | Tax records | $62,252.00 |
| 55.21 · | **101 Caroloyn Terrace Daytona Beach, Florida 32118** | Fee simple | $0.00 | Tax records | $154,346.00 |
| 55.22 · | **433 North Peninsula Drive Daytona Beach, Florida 32118** | Fee simple | $0.00 | Tax records | $113,465.00 |
| 55.23 · | **100 Carolyn Terrace Daytona Beach, Florida 32118** | Fee simple | $0.00 | Tax records | $63,128.00 |
| 55.24 · | **3764 Cardinal Blvd. Daytona Beach, Florida 32118** | Fee simple | $0.00 | Tax records | $186,282.00 |
| 55.25 · | **206 S. Venetian Way Port Orange, Florida 32127** | Fee simple | $0.00 | Tax records | $201,706.00 |
| 55.26 · | **3790 Cardinal Blvd. Port Orange, Florida 32127** | Fee simple | $0.00 | Tax records | $198,566.00 |
| 55.27 · | **813 Big Tree Rd. South Daytona Beach, Florida 32119** | Fee simple | $0.00 | Tax records | $154,576.00 |
| 55.28 · | **1928 Marilyn Street Daytona Beach, Florida 32118** | Fee simple | $0.00 | Tax records | $127,649.00 |
| 55.29 · | **420 North Peninsula Drive Daytona Beach, Florida 32118** | Fee simple | $0.00 | Tax records | $122,870.00 |
| 55.30 · | **444 North Peninsula Drive Daytona Beach, Florida 32118** | Fee simple | $0.00 | Tax records | $40,111.00 |
| 55.31 · | **317 N. Hollywood Ave Daytona Beach, Florida 32118** | Fee simple | $0.00 | Tax records | $51,851.00 |
| 55.32 · | **312 N. Peninsula Drive Daytona Beach, Florida 32118** | Fee simple | $0.00 | Tax records | $106,925.00 |

Debtor    **GEA Seaside Investment, Inc.**                    Case number *(If known)*  **18-bk-00800-JAF**
Name

| 55.33 | **507 Phoenix Ave Daytona Beach, Florida 32118** | Fee simple | $0.00 | Tax records | $126,529.00 |
|---|---|---|---|---|---|
| 55.34 | **615 Wisteria Rd. Daytona Beach, Florida 32118** | Fee simple | $0.00 | Tax records | $138,373.00 |
| 55.35 | **109 Raymond Ave Port Orange Florida 32127** | Fee simple | $0.00 | Tax records | $142,560.00 |
| 55.36 | **311 N. Hollywood Ave & 313 Daytona Beach, Florida  32118** | Fee simple | $0.00 | Tax records | $117,154.00 |
| 55.37 | **236 N. Peninsula Drive Daytona Beach, Florida 32118** | Fee simple | $0.00 | Tax records | $117,937.00 |
| 55.38 | **231 N. Hollywood Ave Daytona Beach, Florida 32118** | Fee simple | $0.00 | Tax records | $78,361.00 |
| 55.39 | **229 N. Hollywood Ave Daytona Beach, Florida 32118** | Fee simple | $0.00 | Tax records | $87,037.00 |
| 55.40 | **232 N. Peninsula Drive Daytona Beach, Florida 32118** | Fee simple | $0.00 | Tax records | $116,551.00 |
| 55.41 | **534 Lafayette Street Port Orange, Florida 32127 Vacant Land Parcel ID 41-16-33-03-00-0240** | Fee simple | $0.00 | Tax records | $12,543.00 |
| 55.42 | **244 Poinciana Ave Port Orange, Florida 32127** | Fee simple | $0.00 | Tax records | $194,806.00 |
| 55.43 | **Monroe Street Port Orange, Florida 32127 Vacant Land Parcel ID 41-16-33-03-00-0221** | Fee simple | $0.00 | Tax records | $12,168.00 |

| Debtor | **GEA Seaside Investment, Inc.** | Case number *(If known)* | **18-bk-00800-JAF** |
|---|---|---|---|
| | Name | | |

| 55.44 · | **508 Eastwood Lane Daytona Beach, Florida 32118** | **Fee simple** | **$0.00** | **Tax records** | **$271,376.00** |
|---|---|---|---|---|---|

| 56. | **Total of Part 9.** | | **$4,715,473.00** |
|---|---|---|---|

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

Debtor    **GEA Seaside Investment, Inc.**                                  Case number *(If known)*  **18-bk-00800-JAF**
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,500.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $26,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,203.20 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $4,715,473.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $43,703.20 | + 91b. $4,715,473.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,759,176.20 |

**Fill in this information to identify the case:**

Debtor name    **GEA Seaside Investment, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **18-bk-00800-JAF**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

| 2.1 | **Clear Spring Loan Services** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 4869 Dept. 446
Houston, TX 77210**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
1419**

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien
817 Big Tree Rd. South Daytona Beach, Florida 32119**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

|  |  |  | **$90,000.00** | **$106,554.00** |
|---|---|---|---|---|

| 2.2 | **Fay Servicing** | | |
|---|---|---|---|

Creditor's Name

**P.O. Box 619063
Dallas, TX 75261**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
6361**

**Do multiple creditors have an
interest in the same property?**

**Describe debtor's property that is subject to a lien
320 North Peninsula Drive Daytona Beach, Florida**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

|  |  |  | $127,511.85 | $99,818.00 |
|---|---|---|---|---|

Debtor    **GEA Seaside Investment, Inc.**
_____    Case number (if know)    **18-bk-00800-JAF**
Name

☒ No
☐ Contingent
☐ Yes. Specify each creditor,
☐ Unliquidated
including this creditor and its relative
☐ Disputed
priority.

---

| 2.3 | **FCI Lender Services Inc.** | Describe debtor's property that is subject to a lien | **$600,000.00** | **$201,706.00** |
|---|---|---|---|---|

Creditor's Name

**206 S. Venetian Way Port Orange, Florida 32127**

**P.O. Box 27370**
**Anaheim, CA 92809**

Creditor's mailing address                    Describe the lien

                                              **Is the creditor an insider or related party?**

                                              ☒ No
Creditor's email address, if known            ☐ Yes

                                              **Is anyone else liable on this claim?**

**Date debt was incurred**                    ☒ No
                                              ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check that all apply
☒ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative       ☐ Disputed
priority.

---

| 2.4 | **Mr. Cooper** | Describe debtor's property that is subject to a lien | **$165,841.75** | **$62,252.00** |
|---|---|---|---|---|

Creditor's Name

**509 Harvey Ave & 511 Daytona Beach, Florida 32118**

**8950 Cypress Waters Blvd.**
**Coppell, TX 75019**

Creditor's mailing address                    Describe the lien

                                              **Is the creditor an insider or related party?**

                                              ☒ No
Creditor's email address, if known            ☐ Yes

                                              **Is anyone else liable on this claim?**

**Date debt was incurred**                    ☒ No
                                              ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
**4602**

**Do multiple creditors have an**             **As of the petition filing date, the claim is:**
**interest in the same property?**            Check that all apply
☒ No                                          ☐ Contingent
☐ Yes. Specify each creditor,                 ☐ Unliquidated
including this creditor and its relative       ☐ Disputed
priority.

---

| 2.5 | **Mr. Cooper** | Describe debtor's property that is subject to a lien | **$319,447.19** | **$154,346.00** |
|---|---|---|---|---|

Creditor's Name

**101 Caroloyn Terrace Daytona Beach, Florida 32118**

**8950 Cypress Waters Blvd.**
**Coppell, TX 75019**

Creditor's mailing address                    Describe the lien

                                              **Is the creditor an insider or related party?**

                                              ☒ No
Creditor's email address, if known            ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor  **GEA Seaside Investment, Inc.**
_____
Name

Case number (if know)  **18-bk-00800-JAF**

---

**Date debt was incurred**

**Last 4 digits of account number**
**6050**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Mr. Cooper** | Describe debtor's property that is subject to a lien | $358,383.65 | $87,037.00 |
|-----|----------------|------------------------------------------------------|-------------|------------|

Creditor's Name

**8950 Cypress Waters Blvd. Coppell, TX 75019**
Creditor's mailing address

**229 N. Hollywood Ave Daytona Beach, Florida 32118**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8104**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Ocwen Loan Servicing LLC** | Describe debtor's property that is subject to a lien | $97,429.50 | $79,623.00 |
|-----|------------------------------|------------------------------------------------------|------------|------------|

Creditor's Name

**P.O. Box 24738 West Palm Beach, FL 33416**
Creditor's mailing address

**358 Nautilus Ave Daytona Beach, Florida 32118**

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3484**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Ocwen Loan Servicing LLC** | Describe debtor's property that is subject to a lien | $119,905.16 | $204,386.00 |
|-----|------------------------------|------------------------------------------------------|-------------|-------------|

---

Debtor    **GEA Seaside Investment, Inc.**                         Case number (if known)    **18-bk-00800-JAF**
_____
Name

Creditor's Name

**308 North Peninsula Drive Daytona Beach, Florida 32118**

**P.O. Box 24738
West Palm Beach, FL 33416**
_____
Creditor's mailing address                                **Describe the lien**
_____

**Is the creditor an insider or related party?**
_____        ■ No
Creditor's email address, if known                          ☐ Yes
                                                          **Is anyone else liable on this claim?**
**Date debt was incurred**                                   ■ No
                                                          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number
8193**

**Do multiple creditors have an
interest in the same property?**                           **As of the petition filing date, the claim is:**
                                                          Check all that apply
■ No
☐ Yes. Specify each creditor,                              ☐ Contingent
including this creditor and its relative                    ☐ Unliquidated
priority.                                                  ☐ Disputed

---

| 2.9 | **Ocwen Loan Servicing LLC** | Describe debtor's property that is subject to a lien | $121,939.47 | $86,556.00 |

Creditor's Name

**319 North Hollywood Ave Daytona Beach, Florida 32118**

**P.O. Box 24738
West Palm Beach, FL 33416**
_____
Creditor's mailing address                                **Describe the lien**
_____

**Is the creditor an insider or related party?**
_____        ■ No
Creditor's email address, if known                          ☐ Yes
                                                          **Is anyone else liable on this claim?**
**Date debt was incurred**                                   ■ No
                                                          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number
1721**

**Do multiple creditors have an
interest in the same property?**                           **As of the petition filing date, the claim is:**
                                                          Check all that apply
■ No
☐ Yes. Specify each creditor,                              ☐ Contingent
including this creditor and its relative                    ☐ Unliquidated
priority.                                                  ☐ Disputed

---

| 2.10 | **Ocwen Loan Servicing LLC** | Describe debtor's property that is subject to a lien | $61,245.09 | $106,373.00 |

Creditor's Name

**324 North Peninsula Drive Daytona Beach, Florida 32118**

**P.O. Box 24738
West Palm Beach, FL 33416**
_____
Creditor's mailing address                                **Describe the lien**
_____

**Is the creditor an insider or related party?**
_____        ■ No
Creditor's email address, if known                          ☐ Yes
                                                          **Is anyone else liable on this claim?**
**Date debt was incurred**                                   ■ No
                                                          ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number
9040**

**Do multiple creditors have an
interest in the same property?**                           **As of the petition filing date, the claim is:**
                                                          Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 13

| Debtor | **GEA Seaside Investment, Inc.** | Case number (if know) | **18-bk-00800-JAF** |
|---|---|---|---|
| | Name | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.1 1 | **Ocwen Loan Servicing LLC** | **Describe debtor's property that is subject to a lien** | $119,521.42 | $63,128.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 24738
West Palm Beach, FL 33416**

Creditor's mailing address

**100 Carolyn Terrace Daytona Beach, Florida 32118**

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
9958**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 2 | **Ocwen Loan Servicing LLC** | **Describe debtor's property that is subject to a lien** | $315,334.16 | $186,282.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 24738
West Palm Beach, FL 33416**

Creditor's mailing address

**3764 Cardinal Blvd. Daytona Beach, Florida 32118**

**Describe the lien**

**Is the creditor an insider or related party?**
- ■ No
- ☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
- ■ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
4076**

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Do multiple creditors have an interest in the same property?**
- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 3 | **Ocwen Loan Servicing LLC** | **Describe debtor's property that is subject to a lien** | $226,039.45 | $127,649.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 24738
West Palm Beach, FL 33416**

Creditor's mailing address

**1928 Marilyn Street Daytona Beach, Florida 32118**

**Describe the lien**

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **GEA Seaside Investment, Inc.** | Case number (if know) | **18-bk-00800-JAF** |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5751**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Ocwen Loan Servicing LLC** | Describe debtor's property that is subject to a lien | $91,104.16 | $122,870.00 |

Creditor's Name

**P.O. Box 24738**
**West Palm Beach, FL 33416**

Creditor's mailing address

**420 North Peninsula Drive Daytona Beach, Florida 32118**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8016**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Ocwen Loan Servicing LLC** | Describe debtor's property that is subject to a lien | $87,862.34 | $126,529.00 |

Creditor's Name

**P.O. Box 24738**
**West Palm Beach, FL 33416**

Creditor's mailing address

**507 Phoenix Ave Daytona Beach, Florida 32118**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**5118**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **GEA Seaside Investment, Inc.** | Case number (if know) | **18-bk-00800-JAF** |
|---|---|---|---|
| | Name | | |

---

**2.1 6**

**Ocwen Loan Servicing LLC**
Creditor's Name

**P.O. Box 24738**
**West Palm Beach, FL 33416**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1626**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**109 Raymond Ave Port Orange Florida 32127**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$161,971.01    $142,560.00

---

**2.1 7**

**Ocwen Loan Servicing LLC**
Creditor's Name

**P.O. Box 24738**
**West Palm Beach, FL 33416**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5480**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**311 N. Hollywood Ave & 313 Daytona Beach, Florida  32118**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$51,496.00    $117,154.00

---

**2.1 8**

**Ocwen Loan Servicing LLC**
Creditor's Name

**P.O. Box 24738**
**West Palm Beach, FL 33416**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

Describe debtor's property that is subject to a lien
**236 N. Peninsula Drive Daytona Beach, Florida 32118**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No

$58,368.04    $117,937.00

---

| Debtor | **GEA Seaside Investment, Inc.** | Case number (if know) | **18-bk-00800-JAF** |
|---|---|---|---|
| | Name | | |

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **Ocwen Loan Servicing LLC** | Describe debtor's property that is subject to a lien | $55,431.00 | $116,551.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 24738
West Palm Beach, FL 33416**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
5412**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**232 N. Peninsula Drive Daytona Beach, Florida 32118**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **Ocwen Loan Servicing LLC** | Describe debtor's property that is subject to a lien | $282,505.71 | $194,806.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 24738
West Palm Beach, FL 33416**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
2268**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**244 Poinciana Ave Port Orange, Florida 32127**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Select Porftolio Servicing** | Describe debtor's property that is subject to a lien | $144,590.37 | $67,274.00 |
|---|---|---|---|---|

---

Debtor  **GEA Seaside Investment, Inc.**
_____
Name

Case number (if know)    **18-bk-00800-JAF**

---

Creditor's Name

**Inc.**
**P.O. Box 65250**
**Salt Lake City, UT 84165**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7556**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**316 Butler Blvd. Daytona Beach Florida 32118**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Select Porftolio Servicing** | Describe debtor's property that is subject to a lien | $74,218.59 | $79,357.00 |

Creditor's Name

**Inc.**
**P.O. Box 65250**
**Salt Lake City, UT 84165**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5487**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2711 North Halifax Ave 796 Daytona Beach, Florida 32118**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **Select Porftolio Servicing** | Describe debtor's property that is subject to a lien | $231,306.87 | $77,023.00 |

Creditor's Name

**Inc.**
**P.O. Box 65250**
**Salt Lake City, UT 84165**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5495**

**318 Butler Blvd. Daytona Beach, Florida 32118**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 9 of 13

| | |
|---|---|
| Debtor **GEA Seaside Investment, Inc.** | Case number (if know) **18-bk-00800-JAF** |
| Name | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **Select Porftolio Servicing** | Describe debtor's property that is subject to a lien | $59,830.36 | $106,925.00 |
|---|---|---|---|---|

Creditor's Name
**Inc.**
**P.O. Box 65250**
**Salt Lake City, UT 84165**

Creditor's mailing address

**312 N. Peninsula Drive Daytona Beach, Florida 32118**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 9651**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **Select Porftolio Servicing** | Describe debtor's property that is subject to a lien | $55,828.20 | $78,361.00 |
|---|---|---|---|---|

Creditor's Name
**Inc.**
**P.O. Box 65250**
**Salt Lake City, UT 84165**

Creditor's mailing address

**231 N. Hollywood Ave Daytona Beach, Florida 32118**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 9594**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **Servicing Corporation** | Describe debtor's property that is subject to a lien | $183,025.28 | $271,376.00 |
|---|---|---|---|---|

Creditor's Name

**323 5th Street**
**Eureka, CA 95501**

Creditor's mailing address

**508 Eastwood Lane Daytona Beach, Florida 32118**

**Describe the lien**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 10 of 13

Debtor   **GEA Seaside Investment, Inc.**
Name

Case number (if know)   **18-bk-00800-JAF**

---

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0366**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.2 7 | **Wells Fargo Home Mortgage**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**428 North Peninsula Drive Daytona Beach, Florida 32118** | $91,969.45 | $84,195.00 |
|---|---|---|---|---|

**P.O. Box 14411**
**Des Moines, IA 50306**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4733**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.2 8 | **Wells Fargo Home Mortgage**<br>Creditor's Name | **Describe debtor's property that is subject to a lien**<br>**514 Phoenix Ave Daytona Beach, Florida 32118** | $109,619.83 | $125,364.00 |
|---|---|---|---|---|

**P.O. Box 14411**
**Des Moines, IA 50306**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7313**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **GEA Seaside Investment, Inc.** | Case number (if know) | **18-bk-00800-JAF** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 9 | **Wells Fargo Home Mortgage** | Describe debtor's property that is subject to a lien | $99,770.10 | $105,046.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 14411**
**Des Moines, IA 50306**

Creditor's mailing address

**13 South Peninsula Drive Daytona Beach, Florida 32118**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 0 | **Wells Fargo Home Mortgage** | Describe debtor's property that is subject to a lien | $89,793.09 | $113,465.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 14411**
**Des Moines, IA 50306**

Creditor's mailing address

**433 North Peninsula Drive Daytona Beach, Florida 32118**

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8911**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | **Wells Fargo Home Mortgage** | Describe debtor's property that is subject to a lien | $40,413.33 | $138,373.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 14411**
**Des Moines, IA 50306**

Creditor's mailing address

**615 Wisteria Rd. Daytona Beach, Florida 32118**

Describe the lien

---

Debtor    **GEA Seaside Investment, Inc.**                                    Case number (if know)    **18-bk-00800-JAF**
_____
Name

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4142**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$4,691,702.42** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name  and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| | | |

---

**Fill in this information to identify the case:**

Debtor name      **GEA Seaside Investment, Inc.**

United States Bankruptcy Court for the:      MIDDLE DISTRICT OF FLORIDA

Case number (if known)      **18-bk-00800-JAF**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Internal Revenue Services**<br>**P.O. Box 7346 Philadelphia**<br>**Philadelphia, PA 19101** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,000.00** | **$4,000.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**2017** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**US Department of Justice**<br>**P.O. Box 530202**<br>**Atlanta, GA 30353**<br>Date(s) debt was incurred  **01/10/13**<br>Last 4 digits of account number  **0165** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim:  **Quarterley fees for Chapter 11 Case No: 13-00165**<br>Is the claim subject to offset?  ☒ No  ☐ Yes | | **$1,950.00** |

### Part 3:     List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

### Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims

4/09/18 8:02PM

| Debtor | **GEA Seaside Investment, Inc.** | Case number (if known) | **18-bk-00800-JAF** |
|---|---|---|---|
| | Name | | |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **4,000.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **1,950.00** |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | **5,950.00** |

**Fill in this information to identify the case:**

Debtor name    **GEA Seaside Investment, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **18-bk-00800-JAF**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease** | |
| State the term remaining — **3 months** | **Amanda Guthrie & Sara Bailey 320 N. Peninsula Drive Apt. #1 Daytona Beach, FL 32118** |
| List the contract number of any government contract | |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease** | |
| State the term remaining — **6 months** | **Anthony Eldridge and Stacey Eldridge 101 Carolyn Terrace Daytona Beach, FL 32118** |
| List the contract number of any government contract | |
| **2.3.**  State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease** | |
| State the term remaining — **7 months** | **Cadegene Wagner 312 N. Peninsula Drive Daytona Beach, FL 32118** |
| List the contract number of any government contract | |
| **2.4.**  State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease** | |
| State the term remaining — **7 months** | **Cythina Johnson 319 N. Hollywood Ave Daytona Beach, FL 32118** |
| List the contract number of any government contract | |

| Debtor 1 | **GEA Seaside Investment, Inc.** | | | Case number (*if known*) | **18-bk-00800-JAF** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease**

State the term remaining — **6 months**

List the contract number of any government contract

**Debbie Dees and
Henry Dees
211-1 Poinciana Avenue
Port Orange, FL 32127**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease**

State the term remaining — **1 month**

List the contract number of any government contract

**Erika Hahm
420 N. Peninsula Drive
Apt. #1
Daytona Beach, FL 32118**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease**

State the term remaining — **5 months**

List the contract number of any government contract

**Gary Brenman
121 S. Grandview Apt. #3
Daytona Beach, FL 32118**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease**

State the term remaining — **1 month**

List the contract number of any government contract

**Grace Pennetti &
Peter Ianniello
318 Butler Blvd.
Daytona Beach, FL 32118**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease**

State the term remaining — **2 months**

List the contract number of any government contract

**Gyorgy & Lisa Kovacs
316 Butler Blvd.
Daytona Beach, FL 32118**

---

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — **Residential Lease**

State the term remaining — **6 months**

List the contract number of any

**Jamie Johnson &
Jacob Burd
615 Wisteria Rd.
Daytona Beach, FL 32118**

| Debtor 1 | **GEA Seaside Investment, Inc.** | | | Case number *(if known)* | **18-bk-00800-JAF** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  | | |
|---|---|---|
| | government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | **1 month** | **Jassari Bass**<br>**308 N. Peninsua Drive**<br>**Apt. #**<br>**Daytona Beach, FL 32118** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | **2 months** | **Jay Anthony**<br>**514 Phoenix Ave**<br>**Daytona Beach, FL 32118** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | **3 months** | **Jeannie Powell &**<br>**Caleb Powell & Jonathon Jame**<br>**3790 Cardinal Blvd.**<br>**Daytona Beach, FL 32118** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | **5 months** | **Jerry & Tina Brittain**<br>**508 Eastwood Lane**<br>**Daytona Beach, FL 32118** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | **2 months** | **Kimberly Billsborough**<br>**509 Harvey Ave #2**<br>**Daytona Beach, FL 32118** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | **Lindsey and Jason Burnside**<br>**206 S. Ventian Way**<br>**Port Orange, FL 32127** |
|---|---|---|---|

Debtor 1    **GEA Seaside Investment, Inc.**
<br>First Name    Middle Name    Last Name

Case number (*if known*)    **18-bk-00800-JAF**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| State the term remaining    **2 months** | |
| List the contract number of any government contract | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | **7 months** | **Margo Mitchell** |
| | List the contract number of any government contract | | **121 S. Grandview Ave Apt. #1**<br>**Daytona Beach, FL 32118** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | **1 month** | **Renea Pruitt and**<br>**Kyle Shoultes** |
| | List the contract number of any government contract | | **231 N. Hollywood Avenue**<br>**Daytona Beach, FL 32118** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | **5 months** | **Ruth Byrd and children** |
| | List the contract number of any government contract | | **3 Carter Terrace**<br>**Daytona Beach, FL 32118** |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | **5 months** | **Ryan Nestrick &**<br>**Kimberly Segrest** |
| | List the contract number of any government contract | | **308 N. Peninsula Drive**<br>**Apt. #1**<br>**Daytona Beach, FL 32118** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | **2 months** | **Selena Tucci** |
| | List the contract number of any government contract | | **229 N. Hollywood Blvd.**<br>**Daytona Beach, FL 32118** |

4/09/18 8:02PM

| Debtor 1 | **GEA Seaside Investment, Inc.** | | | Case number *(if known)* | **18-bk-00800-JAF** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

<span style="background:purple">   </span> **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | **4 months** | **Sharon Omarro, Cynthia Hartfiel & Children**<br>**507 Phoenix Avenue**<br>**Daytona Beach, FL 32118** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | **5 months** | **Sheldon Pasciak & Amanda Cox**<br>**313 N. Hollywood Avenue**<br>**Apt. #2**<br>**Daytona Beach, FL 32118** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | **6 months** | **Susan Unger**<br>**115 Ogden Blvd.**<br>**Daytona Beach, FL 32118** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | **2 months** | **Tiffany Butler & Steve Butler**<br>**817 Big Tree Rd. South**<br>**Daytona Beach, FL 32118** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | **5 months** | **Tina and Robert Yowell**<br>**308 N. Peninsula Drive**<br>**Apt. #4**<br>**Daytona Beach, FL 32118** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | **1 month** | **Tracy Komahcheet**<br>**232 N. Peninsula Drive**<br>**Apt. #2**<br>**Daytona Beach, FL 32118** |
| | List the contract number of any | | |

4/09/18 8:02PM

| Debtor 1 | **GEA Seaside Investment, Inc.** | | Case number (*if known*) | **18-bk-00800-JAF** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Residential Lease** | |
|---|---|---|---|
| | State the term remaining | **3 months** | **Vincent Schultz** |
| | | | **313 N. Hollywood Avenue** |
| | List the contract number of any government contract | | **Apt. #1** |
| | | | **Daytona Beach, FL 32118** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **GEA Seaside Investment, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    **18-bk-00800-JAF**

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____ Street<br><br>_____ City  State  Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____ Street<br><br>_____ City  State  Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____ Street<br><br>_____ City  State  Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____ Street<br><br>_____ City  State  Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

---

**Fill in this information to identify the case:**

Debtor name **GEA Seaside Investment, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  **18-bk-00800-JAF**

☐ Check if this is an
amended filing

---

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br><br>☐ Other _____ | $584,968.56 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
    |---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

    | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
    |---|---|---|---|

5.  **Repossessions, foreclosures, and returns**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **GEA Seaside Investment, Inc.**                                    Case number *(if known)* **18-bk-00800-JAF**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | GEA Seaside Invetments Inc. v. Susan Unger 2018-31702 COCI | Eviction | Volusia County Clerk 101 North Alabama Avenue Deland, FL 32724 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | GEA Seaside Investements Inc. v. Maureen Dupes et. al. 2018-31699 COCI | Civil | Volusia County Clerk 101 North Alabama Avenue Deland, FL 32724 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | GEA Seaside Investments Inc. v. Summer Byerly 2018-30012 COCI | Civil | Volusia County Clerk 101 North Alabama Avenue Deland, FL 32724 | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.4. | GEA Seaside Investments Inc. v. David Treder et. al. 2017-31837-COCI | Civil | Volusia County Clerk 101 North Alabama Avenue Deland, FL 32724 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. | HSBC Bank USA National etc. v. GEA Investements Inc. et. al. 2017-31415-CICI | Civil | Volusia County Clerk 101 North Alabama Avenue Deland, FL 32724 | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.6. | Deutsche Bank National Trust Company etc. v. Seaside Investements Inc. et. al. 2017-31357-CICI | Civil | Volusia County Clerk 101 North Alabama Avenue Deland, FL 32724 | ☐ Pending ☐ On appeal ☐ Concluded |
| 7.7. | HSBC Bank USA National Association etc. v. GEA Seaside Investments Inc. et. al. 2017-31329-CICI | Civil | Volusia County Clerk 101 North Alabama Avneue Deland, FL 32724 | ☐ Pending ☐ On appeal ☐ Concluded |

Debtor   **GEA Seaside Investment, Inc.**                              Case number *(if known)*   **18-bk-00800-JAF**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.8. | **Goshen Mortgage LLC v. GEA Seaside Investments Inc. et. al.**<br>**2017-31259-CICI** | **Civil** | **Volsuia County Clerk**<br>**101 North Alabama Avenue**<br>**Deland, FL 32724** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **US Bank National Association v. GEA Seaside Investments etc. et al.**<br>**2017-31025-CICI** | **Civil** | **Volusia County Clerk**<br>**101 North Alabama Avenue**<br>**Deland, FL 32724** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **GEA Seaside Investments Inc etc. v. Tonja Pitts**<br>**2017-30373-COCI** | **Civil** | **Volusia County Clerk**<br>**101 North Alabama Avenue**<br>**Deland, FL 32724** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Tammy Cruz v. GEA Seaside Investment Investment Inc.**<br>**2017-10033-APCC** | | **Volusia County Clerk**<br>**101 North Alabama Ave**<br>**Deland, FL 32724** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **US Bank National Association etc. v. GEA Seaside Investments Inc. et al.**<br>**2018-30507-CICI** | **Foreclosure** | **Volusia County Clerk**<br>**101 North Alabama Ave**<br>**Deland, FL 32724** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Wells Fargo Bank v. GEA Seaside Investment Inc.**<br>**2018-30429 CICI** | | **Volsuia County Clerk**<br>**101 North Alabama Ave**<br>**Deland, FL 32724** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **Avail 2 LLC v. GEA Seaside Investment Inc.**<br>**2018-30232 CICI** | **Foreclosure** | **Volusia County Clerk**<br>**101 North Alabama Ave**<br>**Deland, FL 32724** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | **GEA Seaside Investments Inc. v. Summer Byerly**<br>**2018-30012-COCI** | **Eviction** | **Volusia County Clerk**<br>**101 North Alabama Ave**<br>**Deland, FL 32724** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **GEA Seaside Investements Inc. v. David Treder**<br>**2017-31387-COCI** | **Eviction** | **Volusia County Clerk**<br>**101 North Alabama Ave**<br>**Deland, FL 32724** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

| Debtor | **GEA Seaside Investment, Inc.** | | Case number *(if known)* | **18-bk-00800-JAF** |
|---|---|---|---|---|

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| See attached spreadsheet for residential property damages. | $0.00 | September 2017 during Hurricane Irma | $500,000.00 |

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Adam Law Group<br>301 West Bay Street Ste. 1430<br>Jacksonville, FL 32202** | | | **$3,283.00** |
| | Email or website address<br>**tadam@adamlawgroup.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

---

| H/A | Properties | Repairs/ Service Request | | |
|-----|------------|--------------------------|---|---|
| H | 813 Big Tree Rd. South Daytona, FL 32119 | Roof Damage, Broken windows, tree damage, and fence blown down. | | |
| H | 817 Big Tree Rd. South Daytona, FL 32119 | Fence damage/Roof damage | | Neil Levitt |
| H | 316 Butler Blvd. Daytona Beach, FL 32118 | Roof damage, interior damage, front porch roof damage | | Processes Adjust |
| H | 318 Butler Blvd. Daytona Beach, FL 32118 | Roof Damage, Water damage inside + outside. | | Adjuster for insu |
| H | 3764 Cardinal Blvd. Daytona Beach, FL 32118 | Kitchen damage, interior damage, floor damage, and roof damage. | | |
| H | 100 Carolyn Terrace Daytona Beach, FL 32118 | Back porch came off and structural damage and roof damage | | I have been trying to |
| H | 101 Carolyn Terrace Daytona Beach, FL 32118 | garage door damage and roof damage | | return my calls. Finally |
| H | 3 Carter Terrace Daytona Beach, FL 32118 | Water, roof damage, drywall damage, and fence damage. | | adjuster. We have |
| H | 508 Eastwood Lane Daytona Beach, FL 32118 | Water damamge and roof damage | | repaired it is also dam |
| H | 121 S Grandview Avenue Daytona Beach, FL 32118 | 3 Broken windows, fence down, balcony damage, roof damage and water damage. | | because this reason. |
| H | 509 Harvey Avenue Daytona Beach, FL 32118 | window damage, water damage, and roof damage | | |
| H | 229 N Hollywood Avenue Daytona Beach, FL 32118 | Roof damage and interior drywall damage | | |
| H | 231 N. Hollywood Avenue Daytona Beach, FL 32118 | Roof damage, and interior damage and front step damage | | |
| H | 311 N. Hollywood Avenue Daytona Beach, FL 32118 | Roof Damage, 4 broken windows, and fence damage | | |
| 1 | 313 N. Hollywood Avenue Daytona Beach, FL 32118 | Roof Damage, exterior rails and staircase | | |
| H | 317 N. Hollywood Avenue Daytona Beach, FL 32118 | Window damage and roof damage | | |
| H | 319 N. Hollywood Avenue Daytona Beach, FL 32118 | Roof damage and back porch damage | | |
| H | 1928 Marilyn St. Daytona Beach, FL 32118 | Roof damage, siding is damaged and garage door damaged. | | |
| H | 216 Morningside Avenue Daytona Beach, FL 32118 | Tree down from hurricane. Roof damage. Ceiling + interior drywall.  Water damage. | | |
| H | 115 Ogden Blvd. Daytona Beach, FL 32118 | Roof damage, interior damage | | |
| H | 13 S. Peninsula Drive Daytona Beach, FL 32118 | Fence down and broken window in front of house, roof damage and  interior damage | | |

| | | | | | |
|---|---|---|---|---|---|
| / Public Adjuster: (386) 281-9717 | | | | | |
| ter worksheets / Blank: (303) 327-2496 | | | | | |
| racne company / Robin: (425) 446-9054 | | | | | |
| | | | | | |

contact the insurance company for over 3 months. No one would
the insurance company sent the adjuster worksheets to our public
many houses with damaged roofs and since they are not getting
naging the inside of the properties. Tenants are having to move out
These properties still have mortgage payments on them and all the
insurance has been paid in full.

| H | 21 S Peninsula Drive Daytona Beach, FL 32118 | Roof Damage, Water damage, interior damage, ceiling damage, and exterior leaking into the interior | | | |
|---|---|---|---|---|---|
| H | 25 S. Peninsula Drive Daytona Beach, FL 32118 | Roof/Siding damage and windown damage, back porch damage | | | |
| H | 232 N. Peninsula Drive Daytona Beach, FL 32118 | Roof damage. Tree limb hanging in house. | | | |
| H | 236 N Peninsula Drive Daytona Beach, FL 32118 | Roof damage, ceiling damage, interior drywall damage. Window damage, eletrical issues | | | |
| H | 308 N. Peninsula Drive Daytona Beach, FL 32118 | Roof Damage, Interior Damage, Window damage | | | |
| H | 312 N. Peninsula Drive Daytona Beach, FL 32118 | Roof damage, water damage, drywall + interior damage | | | |
| H | 320 N. Peninsula Drive Daytona Beach, FL 32118 | Roof Damage, Window damage, front + back door damage | | | |
| H | 324 N. Peninsula Drive Daytona Beach, FL 32118 | Roof damage, interior damage, water damage, drywall damage | | | |
| H | 330 N. Peninsula Drive Daytona Beach, FL 32118 | Roof damage, Window damage, water damage and interior damage | | | |
| H | 420 N. Peninsula Drive Daytona Beach, FL 32118 | Roof Damage, Water damage in the kitchen | | | |
| H | 428 N. Peninsula Drive Daytona Beach, FL 32118 | Roof leaking damage, interior damage | | | |
| H | 433 N. Peninsula Drive Daytona Beach, FL 32118 | Roof Damage, Exterior damage, water damage, interior damage | | | |
| H | 442 N. Peninsula Drive Daytona Beach, FL 32118 | Fence damage, roof damage | | | |
| H | 514 Phoenix Avenue Daytona Beach, FL 32118 | Roof damage, leaking into house, electrical damage | | | |
| H | 244-1 Poincianna Avenue Port Orange, FL 32127 | Tree in back down and roof damage | | | |
| H | 206 S Venetian Way Port Orange, FL 32127 | roof/siding damage, interior damage, window broken, and weather-stripping damage | | | |
| H | 615 Wisteria Rd. Daytona Beach, FL 32118 | Fence damage, roof damage | | | |

**TOTAL DAMAGES DONE TO PROPERTIES ARE APPROX- $500,000 HAVE NOT RECEIVED NOTHING FROM I**

Debtor    **GEA Seaside Investment, Inc.**                               Case number *(if known)*   **18-bk-00800-JAF**

■ Does not apply

| Address | Dates of occupancy<br>From-To |
| --- | --- |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■  No. Go to Part 9.
   ☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
| --- | --- | --- |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

   ■  No.
   ☐  Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■  No. Go to Part 10.
   ☐  Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

**19. Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **GEA Seaside Investment, Inc.**                        Case number *(if known)*   **18-bk-00800-JAF**

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

| Debtor | **GEA Seaside Investment, Inc.** | Case number *(if known)* **18-bk-00800-JAF** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Moss, Krusick and Associates LLC**<br>**501 S New York Ave**<br>**Winter Park, FL 32789** | **2016 and 2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jack Aberman** | **442 North Pennisula Drive**<br>**Daytona Beach, FL 32118** | **CEO** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor   **GEA Seaside Investment, Inc.**                                    Case number *(if known)*   **18-bk-00800-JAF**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Jack Aberman**<br>**442 North Penninsula Drive**<br>**Daytona Beach, FL 32118** | **$48,000.00 total paid to date. Monthly salary received in the amount of $4,000** | **Monthly** | **Salary** |
| | **Relationship to debtor**<br>**CEO** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___**April  9, 2018**___

**/s/ Jack Aberman**                                            **Jack Aberman**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor   **CEO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re **GEA Seaside Investment, Inc.**
_____
Debtor(s)

Case No. **18-bk-00800-JAF**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April  9, 2018**
_____

Signature **/s/ Jack Aberman**
_____
**Jack Aberman**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Middle District of Florida

In re   **GEA Seaside Investment, Inc.**

Debtor(s)

Case No.   **18-bk-00800-JAF**

Chapter   **11**

## VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April  9, 2018**

**/s/ Jack Aberman**

**Jack Aberman**/**CEO**
Signer/Title

GEA Seaside Investment, Inc.
428 North Peninsula Drive
Daytona Beach, FL 32118

Servicing Corporation
323 5th Street
Eureka, CA 95501

Thomas C. Adam
The Adam Law Group
301 West Bay Street Ste. 1430
Jacksonville, FL 32202

US Department of Justice
P.O. Box 530202
Atlanta, GA 30353

Clear Spring Loan Services
P.O. Box 4869 Dept. 446
Houston, TX 77210

Wells Fargo Home Mortgage
P.O. Box 14411
Des Moines, IA 50306

Fay Servicing
P.O. Box 619063
Dallas, TX 75261

FCI Lender Services Inc.
P.O. Box 27370
Anaheim, CA 92809

Internal Revenue Services
P.O. Box 7346 Philadelphia
Philadelphia, PA 19101

Mr. Cooper
8950 Cypress Waters Blvd.
Coppell, TX 75019

Ocwen Loan Servicing LLC
P.O. Box 24738
West Palm Beach, FL 33416

Select Porftolio Servicing
Inc.
P.O. Box 65250
Salt Lake City, UT 84165

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re   **GEA Seaside Investment, Inc.** _____   Case No.  **18-bk-00800-JAF**

                                           Debtor(s)           Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,283.00** |
| Prior to the filing of this statement I have received | $ | **3,283.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April  9, 2018** _____    **/s/ Thomas C. Adam**
_Date_                                   **Thomas C. Adam**
                                      _Signature of Attorney_
                                      **The Adam Law Group**
                                      **301 West Bay Street Ste. 1430**
                                      **Jacksonville, FL 32202**
                                      **904-329-7249  Fax: 904-516-9230**
                                      **tadam@adamlawgroup.com**
                                      _Name of law firm_