**[Dntcdfpp]** [District Notice of Deficient Filing Post Petition]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:

GEA Seaside Investment Inc.
dba GEA Seaside Investments Inc

_____Debtor*_____/

Case No. 3:18−bk−00800−JAF
Chapter 11

NOTICE OF DEFICIENT FILING
AND OPPORTUNITY TO CURE DEFICIENCIES

   On March 12, 2018 the above named Debtor filed a Voluntary Petition under Chapter 11 of the Bankruptcy Code. The clerk has noted deficiencies to the petition, schedules and/or other filed papers of this Debtor. The Debtor is provided an opportunity to cure the deficiencies within the time set forth herein. All deadlines run from the date of this notice unless otherwise noted. This case may be dismissed without further notice or hearing if the Debtor fails to timely correct the noted deficiency.

A link to updated forms is available on the Court's website at: http://www.flmb.uscourts.gov/forms/.

   Creditors were added with the filing of the Debtor's Schedules and after the court issued the Notice of Chapter 11 Case. The Debtor is directed to serve a copy of the Notice of Chapter 11 Case that contains the full social security number of the Debtor upon all creditors added after the initial notice was issued and file proof of service of the notice within 14 days from the date of this notice. The social security number must be redacted on the proof of service or its attachments filed with the Court.

Dated: April 10, 2018

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
300 North Hogan Street Suite 3−150
Jacksonville, FL 32202

   The Clerk's office is directed to serve a copy of this notice on interested parties.

   *All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.