[Dntcosth] [NOTICE AND ORDER SCHEDULING PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY]

ORDERED.

**Dated: June 1, 2018**

Jerry A. Funk
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

In re:                                                                            Case No. 3:18–bk–00800–JAF
                                                                                        Chapter 11
GEA Seaside Investment Inc.
dba GEA Seaside Investments Inc

_____Debtor\*_____/

NOTICE AND ORDER SCHEDULING PRELIMINARY HEARING ON
<u>MOTION FOR RELIEF FROM THE STAY</u>

    NOTICE IS GIVEN that a motion pursuant to Fed R. Bank. P. 4001 and 9014 seeking relief from the automatic stay imposed by 11 U.S.C. § 362(e) has been filed by Avail 2 LLC (Document No. 76). Pursuant to Fed. R. Bank. P. 4001, you are receiving this notice of preliminary hearing, which will take place before the Court on June 25, 2018 , at 01:30 PM in 300 North Hogan Street, 4th Floor – Courtroom 4D, Jacksonville, FL 32202. Accordingly, it is

    **ORDERED**:

1. The Automatic Stay imposed by 11 U.S.C. § 362(e) will remain in effect until further order of the Court.

2. The Bankruptcy Judge may continue the hearing upon announcement made in open court without further notice.

3. Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

<u>Avoid delays.</u> You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Craig Kelley is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a Proof of Service within 3 days of entry of the order.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.