UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

GEA SEASIDE INVESTMENT, INC.
      Debtor.

_____/

Case No. 3:18-bk-00800-JAF
Chapter 11

### NOTICE OF PRELIMINARY HEARING

NOTICE IS GIVEN that a preliminary hearing in this will be held in Courtroom 4D, 4th Floor, 300 North Hogan Street, Jacksonville, Florida on June 25, 2018 at 10:00AM, to consider and act upon the ***Debtor's Motion for Determination of No Automatic Stay in Effect (Doc. No. 80)*** and transact such other business as may properly come before the hearing.

1. The hearing may be continued upon announcement made in open Court without further notice.

2. *Appropriate Attire.* You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

3. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

/s/ Thomas C. Adam
Thomas C. Adam
Florida Bar No. 648711
ADAM LAW GROUP, P.A.
301 W. Bay Street, Suite 1430
Jacksonville, FL 32202
(904) 329-7249
(904) 516-9230 facsimile
tadam@adamlawgroup.com

*Counsel for the Debtor*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:

GEA SEASIDE INVESTMENT, INC.
          Debtor.
_____/

Case No. 3:18-bk-00800-JAF
Chapter 11

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the *Notice of Preliminary Hearing* was served by electronic transmission upon all parties having entered an appearance in this case via the Court's CM/ECF system, or by first-class mail, postage prepaid on the attached mailing matrix this 20th day of June, 2018.

/s/ Thomas C. Adam
Thomas C. Adam
Florida Bar No. 648711
ADAM LAW GROUP, P.A.
301 W. Bay Street, Suite 1430
Jacksonville, FL 32202
(904) 329-7249
(904) 516-9230 facsimile
tadam@adamlawgroup.com

```
Label Matrix for local noticing          Avail 2 LLC                              BSI Financial Services, as Servicing Agent f
113A-3                                   c/o Kelley & Fulton, P.L.                Ghidotti Berger, LLP
Case 3:18-bk-00800-JAF                   1665 Palm Beach Lakes Blvd.              c/o Chase A. Berger, Esq.
Middle District of Florida               The Forum - Suite 1000                   3050 Biscayne Blvd. - Suite 402
Jacksonville                             West Palm Beach, FL 33401-2109           3050 Biscayne Blvd. - Suite 402
Wed Jun 20 14:26:30 EDT 2018                                                      Miami, FL 33137-4143

DEUTSCHE BANK NATIONAL TRUST COMPANY     GEA Seaside Investment Inc.              Goshen Mortgage LLC, as separate trustee of
SHD Legal Group P.A.                     428 North Peninsula Drive                c/o South Milhausen, P.A.
PO Box 19519                             Daytona Beach, FL 32118-4038             1000 Legion Place, Suite 1200
Fort Lauderdale, FL 33318-0519                                                    Orlando, FL 32801-1005


HSBC Bank USA, National Association      Riverside Condominium Association, Inc.  SN Servicing Corporation, as Servicing Agent
Robertson, Anschutz & Schneid, P.L.      Frank, Weinberg & Black, P.L.            Ghidotti Berger, LLP
6409 Congress Avenue, Ste 100            David Neal Stern, Esq.                   c/o Chase A. Berger, Esq.
Boca Raton, FL 33487-2853                1875 NW Corporate Boulevard              3050 Biscayne Blvd. - Suite 402
                                         Suite 100                                3050 Biscayne Blvd. - Suite 402
                                         Boca Raton, FL 33431-8550                Miami, FL 33137-4143

U.S Bank National Association            U.S. Bank National Association           US Bank National Association
SHD Legal Group P.A.                     Robertson, Anschutz & Schneid, P. L.     Robertson, Anschutz & Schneid, P.L.
PO Box 19519                             6409 Congress Avenue, suite 100          6409 Congress Ave.suite # 100
Fort Lauderdale, FL 33318-0519           Boca Raton, FL 33487-2853                Boca Raton, FL 33487-2853


United States Trustee - JAX 11 11        VOLUSIA COUNTY BUSINESS SERVICES-REVENUE DIV   Wilmington Trust, N.A.
Office of the United States Trustee      123 W. Indiana Ave., Room 103            SHD Legal Group P.A.
George C Young Federal Building          DeLand, FL 32720-4615                    PO Box 19519
400 West Washington Street, Suite 1100                                            Fort Lauderdale, FL 33318-0519
Orlando, FL 32801-2210


AnnElise Treder/David Treder/Iris Oswald Avail 2 LLC                              BSI FINANCIAL SERVICES, AS SERVICING AGENT F
c/o D.M. Hallisky, Esq.                  c/o Kelley & Fulton, PL                  c/o Ghidotti Berger, LLP
1834 Mason Ave., Suite 100               1665 Palm Beach Lakes Blvd               Attn: Chase A. Berger, Esq.
Daytona Beach, FL 32117-5101             Ste 1000                                 3050 Biscayne Blvd., Suite 402
                                         West Palm Beach, FL 33401-2109           Miami, FL 33137-4143


Clear Spring Loan Services               Deutsche Bank National Trust Co.         FCI Lender Services Inc.
P.O. Box 4869 Dept. 446                  c/o Adam Diaz                            P.O. Box 27370
Houston, TX 77210-4869                   SHD Legal Group, P.A.                    Anaheim, CA 92809-0112
                                         PO BOX 19519
                                         Fort Lauderdale, FL 33318-0519


Fay Servicing                            Florida Department of Revenue            GEA Seaside Investment, Inc.
P.O. Box 619063                          Bankruptcy Unit                          P.O. Box 265302
Dallas, TX 75261-9063                    Post Office Box 6668                     Daytona Beach, FL 32126-5302
                                         Tallahassee FL 32314-6668


Goshen Mortgage LLC, as separate trustee for   Goshen Mortgage, LLC               HSBC Bank USA, National Association
Cameron H.P. White, Esq.                 c/o Steve D. Tran                        c/o Robertson, Anschutz & Schneid, P.L.
South Milhausen, P.A.                    EXL Legal, PLLC                          6409 Congress Avenue, Ste 100
1000 Legion Place, Ste. 1200             12425 28th St. North, Ste. 200           Boca Raton, FL 33487-2853
Orlando, FL 32801-1005                   St. Petersburg, FL 33716-1826


Internal Revenue Service                 Jill E. Kelso                            Mr. Cooper
Post Office Box 7346                     United States Trustee                    8950 Cypress Waters Blvd.
Philadelphia PA 19101-7346               400 W. Washington St. Suite 1100         Coppell, TX 75019-4620
                                         Orlando, FL 32801-2440
```

| | | |
|---|---|---|
| Ocwen Loan Servicing LLC<br>P.O. Box 24738<br>West Palm Beach, FL 33416-4738 | Office of the United States Trustee<br>George C. Young Federal Building<br>400 W. Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Riverside Condominium Association, Inc.<br>c/o Frank, Weinberg & Black, P.L.<br>David Neal Stern, Esq.<br>1875 NW Corporate Boulevard, Suite 100<br>Boca Raton, FL 33431-8550 |
| Robertson, Anschutz & Schneid, P.L.<br>Bankruptcy Department<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 | SN Servicing Corp. as Servicing Agent<br>for U.S. Bank Trust N.A.<br>c/o Ghidotti Berger, LLP<br>3050 Biscayne Blvd., Suite 402<br>Miami, FL 33137-4143 | Select Porftolio Servicing<br>Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |
| Servicing Corporation<br>323 5th Street<br>Eureka, CA 95501-0305 | U.S. Bank National Association<br>C/O Jeffrey S. Fraser, Esq.<br>PO Box 23028<br>Tampa, FL 33623-2028 | U.S. Bank National Association, as Trustee<br>c/o Wells Fargo Bank, N.A., as Servicer<br>Default Document Processing<br>N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 |
| U.S. Bank, National Association<br>c/o Adam Diaz<br>SHD Legal Group, P.A.<br>PO BOX 19519<br>Fort Lauderdale, FL 33318-0519 | US Department of Justice<br>P.O. Box 530202<br>Atlanta, GA 30353-0202 | Volusia County Tax Collector<br>123 West Indiana Avenue<br>Room 103<br>Deland FL 32720-4615 |
| Wells Fargo Home Mortgage<br>P.O. Box 14411<br>Des Moines, IA 50306-3411 | Wilmington Trust, NA<br>c/o Adam Diaz<br>SHD Legal Group, P.A.<br>PO Box 19519<br>Fort Lauderdale, FL 33318-0519 | AnnElise Treder<br>1834 Mason Ave<br>Suite 100<br>Daytona Beach, FL 32117-5101 |
| Pamela D. Hunt<br>1938 Marilyn Street<br>Daytona Beach, FL 32118 | Rhett and Patricia Johnston<br>c/o Cohen & Thurston<br>1912 Hamilton St., Suite 206<br>Jacksonville, FL 32210-2078 | Thomas C Adam<br>Adam Law Group, P.A.<br>301 W. Bay Street, Suite 1430<br>Jacksonville, FL 32202-5174 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Treder, AnnElise
Treder, David
Oswald, Iris

End of Label Matrix
Mailable recipients    47
Bypassed recipients     1
Total                  48