

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/16/2018 10:00 AM

COURTROOM 300 North Hogan Street

HONORABLE JERRY FUNK

| CASE NUMBER: | FILING DATE: |
|---|---|
| 3:18-bk-00800-JAF    11 | 03/12/2018 |

Chapter 11

**DEBTOR:** GEA Seaside Investment Inc.

**DEBTOR ATTY:** Thomas Adam

**TRUSTEE:** NA

**HEARING:**

Preliminary Hearing on Motion for Relief from Stay (Fee Paid.) Re: 508 Eastwood Lane, Daytona Beach, FL 32118. or in the alternative, for Adequate Protection Filed by Chase A Berger on behalf of Creditor BSI Financial Services, as Servicing Agent for U.S. Bank Trust National Association, as Trustee of the PRP II PALS Investments Trust (Berger, Chase) Doc #98

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Preliminary Hearing on Motion for Relief from Stay (Fee Paid.) Re: 508 Eastwood Lane, Daytona Beach, FL 32118. or in the alternative, for Adequate Protection Filed by Chase A Berger on behalf of Creditor BSI Financial Services, as Servicing Agent for U.S. Bank Trust National Association, as Trustee of the PRP II PALS Investments Trust (Berger, Chase) Doc #98

 DENIED ORD/ADAM
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.