**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourts.gov

In re:

                                                Chapter 11
                 Case No.: 3:18-bk-00800-JAF

**GEA SEASIDE INVESTMENT INC.**
d/b/a GEA SEASIDE INVESTMENTS INC.,

      Debtor.
_____/

**NOTICE OF HEARING**

**NOTICE IS HERBY GIVEN** that a preliminary hearing has been scheduled for **July 30, 2018 at 11:00 a.m.** in Jacksonville, FL, 300 North Hogan Street, 4th Floor, Courtroom 4D, to consider the following:

**EMERGENCY MOTION FOR RECONSIDERATION RULING**
**DENYING MOTION FOR RELIEF FROM STAY DOC [D.E. 114]**

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)**

    I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

                                            By:   /s/ Chase A. Berger
                                                      Chase A. Berger, Esq.

*Case No.: 8:17-bk-06108-CPM*

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 18, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

| | |
|---|---|
| *Debtor* | *Debtor's Counsel* |
| **GEA Seaside Investment Inc.** | **Thomas C. Adam, Esq.** |
| 428 North Peninsula Drive | 301 W. Bay Street, Suite 1430 |
| Daytona Beach, FL 32118 | Jacksonville, FL 32202 |
| | |
| *U.S. Trustee* | *Counsel for Trustee* |
| **United States Trustee - JAX 11, 11** | **Jill E Kelso, Esq.** |
| Office of the United States Trustee | Office of the United States Trustee |
| George C Young Federal Building | 400 W. Washington Street - Suite 1100 |
| 400 West Washington Street, Suite 1100 | Orlando, FL 32801 |
| Orlando, FL 32801 | |

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

```
Label Matrix for local noticing        Avail 2 LLC                              BSI Financial Services, as Servicing Agent f
113A-3                                  c/o Kelley & Fulton, P.L.               Ghidotti Berger, LLP
Case 3:18-bk-00800-JAF                  1665 Palm Beach Lakes Blvd.             c/o Chase A. Berger, Esq.
Middle District of Florida              The Forum - Suite 1000                  3050 Biscayne Blvd. - Suite 402
Jacksonville                            West Palm Beach, FL 33401-2109          3050 Biscayne Blvd. - Suite 402
Thu Jul 19 16:45:04 EDT 2018                                                    Miami, FL 33137-4143

DEUTSCHE BANK NATIONAL TRUST COMPANY    GEA Seaside Investment Inc.             Goshen Mortgage LLC, as separate trustee of
SHD Legal Group P.A.                    428 North Peninsula Drive               c/o South Milhausen, P.A.
PO Box 19519                            Daytona Beach, FL 32118-4038            1000 Legion Place, Suite 1200
Fort Lauderdale, FL 33318-0519                                                  Orlando, FL 32801-1005

HSBC Bank USA, National Association     Pamela D. Hunt                          Rhett and Patricia Johnston
Robertson, Anschutz & Schneid, P.L.     1938 Marilyn Street                     c/o Cohen & Thurston
6409 Congress Avenue, Ste 100           Daytona Beach, FL 32118                 1912 Hamilton St., Suite 206
Boca Raton, FL 33487-2853                                                       Jacksonville, FL 32210-2078

PNC Bank, N.A.                          Riverside Condominium Association, Inc. SN Servicing Corporation, as Servicing Agent
c/o O'Kelley & Sorohan, LLC             Frank, Weinberg & Black, P.L.           Ghidotti Berger, LLP
2290 Lucien Way, Ste 205                David Neal Stern, Esq.                  c/o Chase A. Berger, Esq.
2290 Lucien Way, Ste 205                1875 NW Corporate Boulevard             3050 Biscayne Blvd. - Suite 402
Maitland, FL 32751-7058                 Suite 100                               3050 Biscayne Blvd. - Suite 402
                                        Boca Raton, FL 33431-8550               Miami, FL 33137-4143

THE BANK OF NEW YORK MELLON TRUST COMPANY  THE BANK OF NEW YORK MELLON TRUST COMPANY, N  AnnElise Treder
Robertson, Anschutz & Schneid, P.L.     Robertson, Anschutz & Schneid, P.L.     1834 Mason Ave
6409 Congress Ave., Suite 100           6409 Congress Ave., Suite 100           Suite 100
Boca Raton, FL 33487-2853               Boca Raton, FL 33487-2853               Daytona Beach, FL 32117-5101

U.S Bank National Association           U.S. Bank National Association          US Bank National Association
SHD Legal Group P.A.                    Robertson, Anschutz & Schneid, P. L.    Robertson, Anschutz & Schneid, P.L.
PO Box 19519                            6409 Congress Avenue, suite 100         6409 Congress Ave.suite # 100
Fort Lauderdale, FL 33318-0519          Boca Raton, FL 33487-2853               Boca Raton, FL 33487-2853

VOLUSIA COUNTY BUSINESS SERVICES-REVENUE DIV  Wilmington Trust, N.A.            AnnElise Treder/David Treder/Iris Oswald
123 W. Indiana Ave., Room 103           SHD Legal Group P.A.                    c/o D.M. Hallisky, Esq.
DeLand, FL 32720-4615                   PO Box 19519                            1834 Mason Ave., Suite 100
                                        Fort Lauderdale, FL 33318-0519          Daytona Beach, FL 32117-5101

AnnElise and David Treder               Avail 2 LLC                             BSI FINANCIAL SERVICES, AS SERVICING AGENT F
c/o Hallisky & Davis                    c/o Kelley & Fulton, PL                 c/o Ghidotti Berger, LLP
1834 Mason Avenue, Suite 100            1665 Palm Beach Lakes Blvd              Attn: Chase A. Berger, Esq.
Daytona Beach, FL 32117-5101            Ste 1000                                3050 Biscayne Blvd., Suite 402
                                        West Palm Beach, FL 33401-2109          Miami, FL 33137-4143

Barbara Burnes                          Brian Pooler,Renea Coffey, Reba Anderson Clear Spring Loan Services
c/o Hallisky & Davis                    c/o Hallisky & Davis                    P.O. Box 4869 Dept. 446
1834 Mason Avenue, Suite 100            1834 Mason Avenue, Suite 100            Houston, TX 77210-4869
Daytona Beach, Florida 32117-5101       Daytona Beach, Florida 32117-5101

Deutsche Bank National Trust Co.        Deutsche Bank National Trust Company    FCI Lender Services Inc.
c/o Adam Diaz                           Select Portfolio Servicing, Inc         P.O. Box 27370
SHD Legal Group, P.A.                   P.O. Box 65250                          Anaheim, CA 92809-0112
PO BOX 19519                            Salt Lake City UT 84165-0250
Fort Lauderdale, FL 33318-0519
```

| | | |
|---|---|---|
| Fay Servicing<br>P.O. Box 619063<br>Dallas, TX 75261-9063 | Fay Servicing, LLC, as servicer for<br>Goshen Mortgage, LLC<br>c/o J. Anthony Van Ness, Esq.<br>1239 E. Newport Center Dr., Te. 110<br>Deerfield Beach, FL 33442-7711 | Florida Community Bank, N.A.<br>c/o Kelley & Fulton, P.L.<br>1665 Palm Beach Lakes Blvd, Suite 1000<br>West Palm Beach, FL 33401-2109 |
| Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | GEA Seaside Investment, Inc.<br>P.O. Box 265302<br>Daytona Beach, FL 32126-5302 | Goshen Mortgage LLC, as separate trustee for<br>Cameron H.P. White, Esq.<br>South Milhausen, P.A.<br>1000 Legion Place, Ste. 1200<br>Orlando, FL 32801-1005 |
| Goshen Mortgage, LLC<br>Fay Servicing, LLC<br>3000 Kellway Dr., Suite 150<br>Carrollton, TX 75006-3357 | Goshen Mortgage, LLC<br>c/o Steve D. Tran<br>EXL Legal, PLLC<br>12425 28th St. North, Ste. 200<br>St. Petersburg, FL 33716-1826 | HSBC BANK USA, NATIONAL ASSOCIATION TRUSTEE<br>Attn: Cashiering Department<br>1661 Worthington Road, Ste 100<br>West Palm Beach, FL 33409-6493 |
| HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUS<br>Ocwen Loan Servicing, LLC<br>Attn: Cashiering Department<br>1661 Worthington Road, Ste 100<br>West Palm Beach, FL 33409-6493 | HSBC Bank USA, National Association<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Ste 100<br>Boca Raton, FL 33487-2853 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Iris Oswald<br>c/o Hallisky & Davis<br>1834 Mason Avenue, Suite 100<br>Daytona Beach, FL 32117-5101 | Jill E. Kelso<br>United States Trustee<br>400 W. Washington St. Suite 1100<br>Orlando, FL 32801-2440 | Mary and Paul Savard<br>c/o Hallisky & Davis<br>1834 Mason Avenue, Suite 100<br>Daytona Beach, Florida 32117-5101 |
| Mr. Cooper<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019-4620 | Ocwen Loan Servicing LLC<br>P.O. Box 24738<br>West Palm Beach, FL 33416-4738 | Office of the United States Trustee<br>George C. Young Federal Building<br>400 W. Washington Street, Suite 1100<br>Orlando, FL 32801-2210 |
| PNC BANK, N.A.<br>c/o Amanda Renee Murphy, Esquire<br>O'Kelley & Sorohan, LLC<br>2290 Lucien Way, Suite 205<br>Maitland, FL 32751-7058 | Pooler, Coffey, Anderson<br>c/o Hallisky & Davis<br>1834 Mason Avenue, Ste 100<br>Daytona Beach, Florida 32117-5101 | Riverside Condominium Association, Inc.<br>c/o Frank, Weinberg & Black, P.L.<br>David Neal Stern, Esq.<br>1875 NW Corporate Boulevard, Suite 100<br>Boca Raton, FL 33431-8550 |
| Robertson, Anschutz & Schneid, P.L.<br>Bankruptcy Department<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 | SN Servicing Corp. as Servicing Agent<br>for U.S. Bank Trust N.A.<br>c/o Ghidotti Berger, LLP<br>3050 Biscayne Blvd., Suite 402<br>Miami, FL 33137-4143 | Select Porftolio Servicing<br>Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |
| Servicing Corporation<br>323 5th Street<br>Eureka, CA 95501-0305 | THE BANK OF NEW YORK MELLON TRUST COMPANY, N<br>Attn: Cashiering Department<br>1661 Worthington Road, Ste 100<br>West Palm Beach, FL 33409-6493 | Tammy Cruz<br>c/o Hallisky & Davis<br>1834 Mason Avenue, Suite 100<br>Daytona Beach, FL 32117-5101 |
| Tiffany & Steve Butler<br>844 BERKSHIRE RD<br>DAYTONA BEACH, fl 32117, FL 32117-4506 | U.S. BANK NATIONAL ASSOCIATION<br>Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE F<br>Attn: Cashiering Department<br>1661 Worthington Road, Ste 100<br>West Palm Beach, FL 33409-6493 |

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE F<br>Ocwen Loan Servicing, LLC<br>Attn: Cashiering Department<br>1661 Worthington Road, Ste 100<br>West Palm Beach, FL 33409-6493 | U.S. Bank National Association<br>C/O Jeffrey S. Fraser, Esq.<br>PO Box 23028<br>Tampa, FL 33623-2028 | U.S. Bank National Association, as Trustee<br>c/o Wells Fargo Bank, N.A., as Servicer<br>Default Document Processing<br>N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 |
| U.S. Bank, National Association<br>c/o Adam Diaz<br>SHD Legal Group, P.A.<br>PO BOX 19519<br>Fort Lauderdale, FL 33318-0519 | US Department of Justice<br>P.O. Box 530202<br>Atlanta, GA 30353-0202 | Volusia County Tax Collector<br>123 West Indiana Avenue<br>Room 103<br>Deland FL 32720-4615 |
| Wells Fargo Bank, N.A.<br>c/o Heather L. Ries, Esq.<br>777 S. Flagler Drive<br>Suite 1700 West Tower<br>West Palm Beach, FL 33401-6161 | Wells Fargo Home Mortgage<br>P.O. Box 14411<br>Des Moines, IA 50306-3411 | Wilmington Trust, NA<br>Select Portfolio Servicing, Inc<br>P.O. Box 65250<br>Salt Lake City UT 84165-0250 |
| Wilmington Trust, NA<br>c/o Adam Diaz<br>SHD Legal Group, P.A.<br>PO Box 19519<br>Fort Lauderdale, FL 33318-0519 | pamela hunt<br>1928 marilyn st<br>Daytona Beach, FL 32118-5161 | Lance Paul Cohen +<br>Cohen & Thurston, P.A.<br>1912 Hamilton Street, Suite 206<br>Jacksonville, FL 32210-2078 |
| United States Trustee - JAX 11 11+<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Craig I Kelley +<br>Kelley & Fulton, P.A.<br>1665 Palm Beach Lakes Boulevard<br>Suite 1000<br>West Palm Beach, FL 33401-2109 | Jill E Kelso +<br>Office of the United States Trustee<br>400 W. Washington Street<br>Suite 1100<br>Orlando, FL 32801-2440 |
| J. Anthony Van Ness +<br>Van Ness Law Firm P.A.<br>1239 E. Newport Center Drive, Ste. 110<br>Deerfield Beach, FL 33442-7711 | David N Stern +<br>Frank, Weinberg & Black, P.L.<br>1875 N.W. Corporate Boulevard<br>Suite 100<br>Boca Raton, FL 33431-8550 | Cameron H P White +<br>South Milhausen, P.A.<br>1000 Legion Place, Suite 1200<br>Orlando, FL 32801-1005 |
| Deborah M Hallisky +<br>Hallisky Davis and Associates, LLC<br>1834 Mason Avenue, Suite 100<br>Daytona Beach, FL 32117-5101 | Chase A Berger +<br>Ghidotti Berger, LLP<br>3050 Biscayne Boulevard, Suite 402<br>Miami, FL 33137-4143 | Thomas C Adam +<br>Adam Law Group, P.A.<br>301 W. Bay Street, Suite 1430<br>Jacksonville, FL 32202-5174 |
| Jeffrey S Fraser +<br>Albertelli Law<br>Post Office Box 23028<br>Tampa, FL 33623-2028 | Adam A Diaz +<br>SHD Legal Group, P.A,<br>PO Box 19519<br>Plantation, FL 33318-0519 | Amanda R Murphy +<br>O Kelley & Sorohan, LLC<br>2290 Lucien Way<br>Maitland, FL 32751-7057 |
| April G Harriott +<br>Roberson, Anschutz & Schneid, PL<br>6409 Congress Avenue<br>Boca Raton, FL 33487-2853 | Audrey M Aleskovsky +<br>Office of the United States Trustee<br>George C. Young Federal Building<br>400 West Washington St, Suite 1100<br>Orlando, FL 32801-2210 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Fay Servicing, LLC | (u)Brian pooler, Renea Coffey and Reba Anders<br>c/o Hallisky & Davis<br>1834 Mason Avenue, Daytona Beach, Florid | (d)Deutsche Bank National Trust Company<br>Select Portfolio Servicing, Inc<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |
| (u)Riverside Condominium Association, Inc. | (d)THE BANK OF NEW YORK MELLON TRUST COMPANY<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 | (u)Treder, AnnElise<br>Treder, David<br>Oswald, Iris |
| (d)Wilmington Trust, NA<br>Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 | End of Label Matrix<br>Mailable recipients    85<br>Bypassed recipients    7<br>Total                 92 | |