**[Dntccnrh]** [District Notice Cancelling or Rescheduling Hearing or Conference (BK)]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:18−bk−00800−JAF
        Chapter 11

GEA Seaside Investment Inc.
dba GEA Seaside Investments Inc

_____Debtor*_____/

## NOTICE OF RESCHEDULED HEARING

   NOTICE IS GIVEN THAT the hearing regarding Motion for Relief from Stay , (Document No. 98) Filed by BSI Financial Services, held on July 16, 2018, has been rescheduled .

The hearing has been rescheduled and will be held on August 20, 2018 at 01:30 PM in 300 North Hogan Street, 4th Floor − Courtroom 4D, Jacksonville, FL 32202.

Avoid delays. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Dated: August 1, 2018

FOR THE COURT
Sheryl L. Loesch , Clerk of Court
300 North Hogan Street Suite 3−150
Jacksonville, FL 32202

The Clerk's office is directed to serve a copy of this notice on interested parties.

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.