ORDERED.

Dated: August 01, 2018

_____
Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourts.gov

In re:

                                                                              Chapter 11
                                                Case No.: 3:18-bk-00800-JAF

GEA SEASIDE INVESTMENT INC.
d/b/a GEA SEASIDE INVESTMENTS INC.,

        Debtor.
_____/

**ORDER GRANTING EMERGENCY MOTION TO RECONSIDER**
**RULING DENYING MOTION FOR RELIEF FROM STAY**

**THIS MATTER** came before the Court on July 30, 2018 upon movant SN Servicing Corporation, as Servicing Agent for U.S. Bank Trust National Association, as Trust of the PRP II PALS Investments Trust's (the "Movant") Emergency Motion for Reconsideration of Order Denying Motion for Relief From Stay [D.E. 114](the "Motion"). The Court upon review of the Motion and having heard argument of counsel, and being otherwise fully advised in the premises, finds that the Motion should be granted. Accordingly, it is

**ORDERED** and **ADJUDGED**, as follows:

1. The Motion is **GRANTED**.

2. The Order Denying Motion for Relief From Stay [D.E. 115] entered on July 19, 2018 is hereby **VACATED**.

###

Submitted by:

**Chase A. Berger, Esq.**
Florida Bar No. 083794
**GHIDOTTI | BERGER, LLP**
3050 Biscayne Blvd. - Suite 402
Miami, FL 33137
Telephone: (305) 502-2808
Facsimile: (954) 780-5578

Attorney **Chase Berger** is directed to serve copies of this Order on all interested parties and file a Certificate of Service within three (3) days from the entry date of this Order.