**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**www.flmb.uscourts.gov**

In re:

                                                         Chapter 11
                                    Case No.: 3:18-bk-00800-JAF

**GEA SEASIDE INVESTMENT INC.**
d/b/a GEA SEASIDE INVESTMENTS INC.,

    Debtor.
_____/

## NOTICE OF HEARING

**NOTICE IS HERBY GIVEN** that a hearing has been scheduled for **September 13, 2018** at **1:30 p.m.** at Bryan Simpson United States Courthouse, 300 North Hogan St., 4th Floor Courtroom 4D, Jacksonville, FL 32202, to consider the following:

**Motion to Allow Late Filed Claim(s) as Timely Filed by Chase A. Berger on behalf of Creditor SN Servicing Corporation, as Servicing Agent for U.S. Bank Trust National Association, as Trustee of the PROP II PALS Investments Trust (Berger, Chase) (Entered: 08/06/2018)**

### CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

                                                    By: /s/ Chase A. Berger
                                                         Chase A. Berger, Esq.

*Case No.: 8:17-bk-06108-CPM*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 8, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon all interested parties on the attached mailing matrix.

**Dated this 8th day of August, 2018.**

        Respectfully submitted,

        **GHIDOTTI | BERGER, LLP**
*Attorneys for Secured Creditor*
3050 Biscayne Blvd. - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

By:  /s/ Chase A. Berger
     Chase A. Berger, Esq.
     Florida Bar No. 083794
     cberger@ghidottiberger.com

```
Label Matrix for local noticing      Avail 2 LLC                          BSI Financial Services, as Servicing Agent f
113A-3                               c/o Kelley & Fulton, P.L.            Ghidotti Berger, LLP
Case 3:18-bk-00800-JAF               1665 Palm Beach Lakes Blvd.          c/o Chase A. Berger, Esq.
Middle District of Florida           The Forum - Suite 1000               3050 Biscayne Blvd. - Suite 402
Jacksonville                         West Palm Beach, FL 33401-2109       3050 Biscayne Blvd. - Suite 402
Fri Aug  3 15:54:09 EDT 2018                                              Miami, FL 33137-4143

DEUTSCHE BANK NATIONAL TRUST COMPANY Deutsche Bank National Trust Company, as Tru   GEA Seaside Investment Inc.
SHD Legal Group P.A.                 Robertson, Anschutz & Schneid, P.L.  428 North Peninsula Drive
PO Box 19519                         6409 Congress Ave., Suite 100        Daytona Beach, FL 32118-4038
Fort Lauderdale, FL 33318-0519       Boca Raton, FL 33487-2853

Goshen Mortgage LLC, as separate trustee of   HSBC Bank USA, National Association   HSBC Bank USA, National Association, As Trus
c/o South Milhausen, P.A.            Robertson, Anschutz & Schneid, P.L.  Robertson, Anschutz & Schneid, P.L.
1000 Legion Place, Suite 1200        6409 Congress Avenue, Ste 100        6409 Congress Ave., Suite 100
Orlando, FL 32801-1005               Boca Raton, FL 33487-2853            Boca Raton, FL 33487-2853

PNC Bank, N.A.                       Riverside Condominium Association, Inc.   SN Servicing Corporation, as Servicing Agent
c/o O'Kelley & Sorohan, LLC          Frank, Weinberg & Black, P.L.        Ghidotti Berger, LLP
2290 Lucien Way, Ste 205             David Neal Stern, Esq.               c/o Chase A. Berger, Esq.
2290 Lucien Way, Ste 205             1875 NW Corporate Boulevard          3050 Biscayne Blvd. - Suite 402
Maitland, FL 32751-7058              Suite 100                            3050 Biscayne Blvd. - Suite 402
                                     Boca Raton, FL 33431-8550            Miami, FL 33137-4143

THE BANK OF NEW YORK MELLON TRUST COMPANY   THE BANK OF NEW YORK MELLON TRUST COMPANY, N   U.S Bank National Association
Robertson, Anschutz & Schneid, P.L.  Robertson, Anschutz & Schneid, P.L.  SHD Legal Group P.A.
6409 Congress Ave., Suite 100        6409 Congress Ave., Suite 100        PO Box 19519
Boca Raton, FL 33487-2853            Boca Raton, FL 33487-2853            Fort Lauderdale, FL 33318-0519

U.S. Bank National Association       US Bank National Association         United States Trustee - JAX 11 11
Robertson, Anschutz & Schneid, P. L. Robertson, Anschutz & Schneid, P.L.  Office of the United States Trustee
6409 Congress Avenue, suite 100      6409 Congress Ave.suite # 100        George C Young Federal Building
Boca Raton, FL 33487-2853            Boca Raton, FL 33487-2853            400 West Washington Street, Suite 1100
                                                                          Orlando, FL 32801-2210

VOLUSIA COUNTY BUSINESS SERVICES-REVENUE DIV   Wilmington Trust, N.A.     AnnElise Treder/David Treder/Iris Oswald
123 W. Indiana Ave., Room 103        SHD Legal Group P.A.                 c/o D.M. Hallisky, Esq.
DeLand, FL 32720-4615                PO Box 19519                         1834 Mason Ave., Suite 100
                                     Fort Lauderdale, FL 33318-0519       Daytona Beach, FL 32117-5101

AnnElise and David Treder            Avail 2 LLC                          BSI FINANCIAL SERVICES, AS SERVICING AGENT F
c/o Hallisky & Davis                 c/o Kelley & Fulton, PL              c/o Ghidotti Berger, LLP
1834 Mason Avenue, Suite 100         1665 Palm Beach Lakes Blvd           Attn: Chase A. Berger, Esq.
Daytona Beach, FL 32117-5101         Ste 1000                             3050 Biscayne Blvd., Suite 402
                                     West Palm Beach, FL 33401-2109       Miami, FL 33137-4143

Barbara Burnes                       Brian Pooler,Renea Coffey, Reba Anderson   Clear Spring Loan Services
c/o Hallisky & Davis                 c/o Hallisky & Davis                 P.O. Box 4869 Dept. 446
1834 Mason Avenue, Suite 100         1834 Mason Avenue, Suite 100         Houston, TX 77210-4869
Daytona Beach, Florida 32117-5101    Daytona Beach, Florida 32117-5101

Deutsche Bank National Trust Co.     Deutsche Bank National Trust Company   Deutsche Bank National Trust Company
c/o Adam Diaz                        Robertson, Anschutz & Schneid, P.L.  Select Portfolio Servicing, Inc
SHD Legal Group, P.A.                6409 Congress Ave., Suite 100        P.O. Box 65250
PO BOX 19519                         Boca Raton, FL 33487-2853            Salt Lake City UT 84165-0250
Fort Lauderdale, FL 33318-0519
```

```
Deutsche Bank National Trust Company, Tee fo   FCI Lender Services Inc.                      Fay Servicing
Ocwen Loan Servicing LLC                       P.O. Box 27370                                P.O. Box 619063
1661 Worthington Road, Suite 100               Anaheim, CA 92809-0112                        Dallas, TX 75261-9063
West Palm Beach, FL 33409-6493


Fay Servicing, LLC, as servicer for            Florida Community Bank, N.A.                  Florida Department of Revenue
Goshen Mortgage, LLC                           c/o Kelley & Fulton, P.L.                     Bankruptcy Unit
c/o J. Anthony Van Ness, Esq.                  1665 Palm Beach Lakes Blvd, Suite 1000        Post Office Box 6668
1239 E. Newport Center Dr., Te. 110            West Palm Beach, FL 33401-2109                Tallahassee FL 32314-6668
Deerfield Beach, FL 33442-7711


GEA Seaside Investment, Inc.                   Goshen Mortgage LLC, as separate trustee for  Goshen Mortgage, LLC
P.O. Box 265302                                Cameron H.P. White, Esq.                      Fay Servicing, LLC
Daytona Beach, FL 32126-5302                   South Milhausen, P.A.                         3000 Kellway Dr., Suite 150
                                               1000 Legion Place, Ste. 1200                  Carrollton, TX 75006-3357
                                               Orlando, FL 32801-1005


Goshen Mortgage, LLC                           HSBC BANK USA, NATIONAL ASSOCIATION TRUSTEE   HSBC BANK USA, NATIONAL ASSOCIATION Trustee
c/o Steve D. Tran                              Attn: Cashiering Department                   DEUTSCHE ALT-A SECURITIES, INC. MORTGAGE
EXL Legal, PLLC                                1661 Worthington Road, Ste 100                1661 Worthington Road, Suite 100
12425 28th St. North, Ste. 200                 West Palm Beach, FL 33409-6493                West Palm Beach, FL 33409-6493
St. Petersburg, FL 33716-1826


HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUS   HSBC Bank USA, National Association           HSBC Bank USA, National Association, as Trus
Ocwen Loan Servicing, LLC                      c/o Robertson, Anschutz & Schneid, P.L.       for ACE Securities Corp. Home Equity Loa
Attn: Cashiering Department                    6409 Congress Avenue, Ste 100                 Series 2006-OP1
1661 Worthington Road, Ste 100                 Boca Raton, FL 33487-2853                     1661 Worthington Road, Suite 100
West Palm Beach, FL 33409-6493                                                               West Palm Beach, FL 33409-6493


Internal Revenue Service                       Iris Oswald                                   Jill E. Kelso
Post Office Box 7346                           c/o Hallisky & Davis                          United States Trustee
Philadelphia PA 19101-7346                     1834 Mason Avenue, Suite 100                  400 W. Washington St. Suite 1100
                                               Daytona Beach, FL 32117-5101                  Orlando, FL 32801-2440


Mary and Paul Savard                           Mr. Cooper                                    Ocwen Loan Servicing LLC
c/o Hallisky & Davis                           8950 Cypress Waters Blvd.                     P.O. Box 24738
1834 Mason Avenue, Suite 100                   Coppell, TX 75019-4620                        West Palm Beach, FL 33416-4738
Daytona Beach, Florida 32117-5101


Office of the United States Trustee            PNC BANK, N.A.                                Pooler, Coffey, Anderson
George C. Young Federal Building               c/o Amanda Renee Murphy, Esquire              c/o Hallisky & Davis
400 W. Washington Street, Suite 1100           O'Kelley & Sorohan, LLC                       1834 Mason Avenue, Ste 100
Orlando, FL 32801-2210                         2290 Lucien Way, Suite 205                    Daytona Beach, Florida 32117-5101
                                               Maitland, FL 32751-7058


Riverside Condominium Association, Inc.        Robertson, Anschutz & Schneid, P.L.           SN Servicing Corp. as Servicing Agent
c/o Frank, Weinberg & Black, P.L.              Bankruptcy Department                         for U.S. Bank Trust N.A.
David Neal Stern, Esq.                         6409 Congress Ave., Suite 100                 c/o Ghidotti Berger, LLP
1875 NW Corporate Boulevard, Suite 100         Boca Raton, FL 33487-2853                     3050 Biscayne Blvd., Suite 402
Boca Raton, FL 33431-8550                                                                    Miami, FL 33137-4143


Select Porftolio Servicing                     Servicing Corporation                         THE BANK OF NEW YORK MELLON TRUST COMPANY, N
Inc.                                           323 5th Street                                Attn: Cashiering Department
P.O. Box 65250                                 Eureka, CA 95501-0305                         1661 Worthington Road, Ste 100
Salt Lake City, UT 84165-0250                                                                West Palm Beach, FL 33409-6493
```

| | | |
|---|---|---|
| Tammy Cruz<br>c/o Hallisky & Davis<br>1834 Mason Avenue, Suite 100<br>Daytona Beach, FL 32117-5101 | Tiffany & Steve Butler<br>844 BERKSHIRE RD<br>DAYTONA BEACH, fl 32117, FL 32117-4506 | U.S. BANK NATIONAL ASSOCIATION<br>Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE F<br>Attn: Cashiering Department<br>1661 Worthington Road, Ste 100<br>West Palm Beach, FL 33409-6493 | U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE F<br>Ocwen Loan Servicing, LLC<br>Attn: Cashiering Department<br>1661 Worthington Road, Ste 100<br>West Palm Beach, FL 33409-6493 | U.S. Bank National Association<br>C/O Jeffrey S. Fraser, Esq.<br>PO Box 23028<br>Tampa, FL 33623-2028 |
| U.S. Bank National Association, as Trustee<br>c/o Wells Fargo Bank, N.A., as Servicer<br>Default Document Processing<br>N9286-01Y<br>1000 Blue Gentian Road<br>Eagan, MN 55121-7700 | U.S. Bank, National Association<br>c/o Adam Diaz<br>SHD Legal Group, P.A.<br>PO BOX 19519<br>Fort Lauderdale, FL 33318-0519 | US Department of Justice<br>P.O. Box 530202<br>Atlanta, GA 30353-0202 |
| Volusia County Tax Collector<br>123 West Indiana Avenue<br>Room 103<br>Deland FL 32720-4615 | Wells Fargo Bank, N.A.<br>c/o Heather L. Ries, Esq.<br>777 S. Flagler Drive<br>Suite 1700 West Tower<br>West Palm Beach, FL 33401-6161 | Wells Fargo Home Mortgage<br>P.O. Box 14411<br>Des Moines, IA 50306-3411 |
| Wilmington Trust, NA<br>Select Portfolio Servicing, Inc<br>P.O. Box 65250<br>Salt Lake City UT 84165-0250 | Wilmington Trust, NA<br>c/o Adam Diaz<br>SHD Legal Group, P.A.<br>PO Box 19519<br>Fort Lauderdale, FL 33318-0519 | pamela hunt<br>1928 marilyn st<br>Daytona Beach, FL 32118-5161 |
| AnnElise Treder<br>1834 Mason Ave<br>Suite 100<br>Daytona Beach, FL 32117-5101 | Pamela D. Hunt<br>1938 Marilyn Street<br>Daytona Beach, FL 32118 | Rhett and Patricia Johnston<br>c/o Cohen & Thurston<br>1912 Hamilton St., Suite 206<br>Jacksonville, FL 32210-2078 |
| Taylor J King<br>Law Offices of Mickler & Mickler<br>5452 Arlington Expressway<br>Jacksonville, FL 32211-6860 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Fay Servicing, LLC | (u)Brian pooler, Renea Coffey and Reba Anders<br>c/o Hallisky & Davis<br>1834 Mason Avenue, Daytona Beach, Florid | (d)Deutsche Bank National Trust Company<br>Select Portfolio Servicing, Inc<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |
| (d)HSBC Bank USA, National Association<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 | (u)Riverside Condominium Association, Inc. | (d)THE BANK OF NEW YORK MELLON TRUST COMPANY<br>Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Ave., Suite 100<br>Boca Raton, FL 33487-2853 |

| | | |
|---|---|---|
| (u)Treder, AnnElise | (d)Wilmington Trust, NA | End of Label Matrix |
| Treder, David | Select Portfolio Servicing, Inc. | Mailable recipients 78 |
| Oswald, Iris | P.O. Box 65250 | Bypassed recipients 8 |
| | Salt Lake City, UT 84165-0250 | Total 86 |