UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: GEA SEASIDE INVESTMENT, INC.　　　　CASE NO.: 3:18-bk-00800-JAF
　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　Debtor(s).

==========================================

## NOTICE OF FILING AMENDED SUMMARY OF SCHEDULES AND AMENDED SCHEDULE A/B

The Debtor gives notice of amending Schedule A to amend the value of 444 N. Peninsula Drive, Daytona Beach, FL 32218. The value of the property is amended from $40,111 (based on tax assessor listed value) to $188,000 (based on Debtor's opinion of market value).

Respectfully submitted this 21 day of September, 2018.

　　　　　　　　　　　　　　　　　　　Law Offices of Mickler & Mickler

　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　TAYLOR J. KING
　　　　　　　　　　　　　　　　　　　Attorney for Debtor
　　　　　　　　　　　　　　　　　　　5452 Arlington Expressway
　　　　　　　　　　　　　　　　　　　Jacksonville, FL 32211
　　　　　　　　　　　　　　　　　　　(904) 725-0822\FAX 725-0855
　　　　　　　　　　　　　　　　　　　Florida Bar No. 72049

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy hereof, together with a copy of the attached Declaration Concerning Debtor's Amended Schedule A/B was furnished to the U.S. Trustee's Office, by CM/ECF electronic filing, this 21 day of September, 2018.

                                          Law Offices of Mickler & Mickler

                                          By: /s/ Taylor J. King
                                          TAYLOR J. KING
                                          Attorney for Debtor
                                          5452 Arlington Expressway
                                          Jacksonville, FL 32211
                                          (904) 725-0822\FAX 725-0855
                                          Florida Bar No. 72049

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | GEA Seaside Investment, Inc. |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | 18-bk-00800-JAF |

 ☑ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ 4,863,362

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $ 43,703.20

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $ 4,907,065.20

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................... $ 4,691,702.42

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.................................................. $ 4,000.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................. +$ 1,950.00

4. **Total liabilities** ...........................................................................
   Lines 2 + 3a + 3b                                                                          $ 4,697,652.42

**Fill in this information to identify the case:**

Debtor name: __GEA Seaside Investment, Inc.__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known): __18-bk-00800-JAF__

☑ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor                                           Current value of debtor's interest

3. Checking, savings, money market, or financial brokerage accounts *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. Vystar Business Checking | Business Checking | 5883 | $7,500.00 |

4. Other cash equivalents *(Identify all)*

5. **Total of Part 1.**                                                                                                                                   **$7,500.00**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:     Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ☐ No. Go to Part 3.
   ☑ Yes Fill in the information below.

7. Deposits, including security deposits and utility deposits
   Description, including name of holder of deposit

   | 7.1. Security Deposits held for rental properties | $6,000.00 |
   |---|---|

8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                                                                                                   **$6,000.00**

   Add lines 7 through 8. Copy the total to line 81.

Debtor   **GEA Seaside Investment, Inc.**
         Name

Case number *(If known)* **18-bk-00800-JAF**

## Part 3:  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 26,000.00 | − | 0.00 | = .... | $26,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**                                                                                                           $26,000.00
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

## Part 4:  Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

20. **Work in progress**

21. **Finished goods, including goods held for resale**

22. **Other inventory or supplies**

| Debtor | GEA Seaside Investment, Inc. | Case number (If known) | 18-bk-00800-JAF |
|---|---|---|---|
| | Name | | |

Refrigerator (42) $1050
Full Size Stove (42) $840
Window cooling (44) $528
Shovels (10)$40
Claw Tub (4) $200
Pedestal Bathroom sinks (2) $24
Industrial Commercial Sink $15
Lawn mower $20
Sledge Hammer $40
Mix and match tiles(80) $16
Shingles (200) $30
Ceiling Fans (4) $52
Tar Paper (2) $50
Shelving Units (3) $54
Smoke Detectors (15) $15
Exterior Doors (8) 1$160
Interior Doors (20) $300
French Doors (4) $140
Exterior Lights (5) $40
Interior Globe Lights (8) $32
Drywall Sheets (8) $160
Trim (96) $67.20                                                     $0.00                         $4,203.20

23. **Total of Part 5.**                                                                              $4,203.20
    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

    ■ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

**Part 8:    Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

| Debtor | GEA Seaside Investment, Inc. | Case number (If known) | 18-bk-00800-JAF |
|---|---|---|---|
| | Name | | |

■ No. Go to Part 9.
☐ Yes Fill in the information below.

## Part 9: Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | 316 Butler Blvd. Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $67,274.00 |
| 55.2. | Monroe St. Port Orange, Florida 32127<br>Vacant Land<br>Parcel ID 41-16-33-03-00-0161 | Fee simple | $0.00 | Tax records | $12,543.00 |
| 55.3. | 2711 North Halifax Ave 796 Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $79,357.00 |
| 55.4. | 358 Nautilus Ave Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $79,623.00 |
| 55.5. | 3 Carter Terrace Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $117,758.00 |
| 55.6. | 318 Butler Blvd. Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $77,023.00 |
| 55.7. | 320 North Peninsula Drive Daytona Beach, Florida | Fee simple | $0.00 | Tax records | $99,818.00 |
| 55.8. | 817 Big Tree Rd. South Daytona Beach, Florida 32119 | Fee simple | $0.00 | Tax records | $106,554.00 |

| Debtor | GEA Seaside Investment, Inc. | | Case number (If known) | 18-bk-00800-JAF |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.9. | 308 North Peninsula Drive Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $204,386.00 |
| 55.10. | Monroe Street Port Orange, Florida 32127 Vacant Land Parcel ID: 41-16-33-03-00-0231 | Fee simple | $0.00 | Tax records | $11,960.00 |
| 55.11. | 428 North Peninsula Drive Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $84,195.00 |
| 55.12. | North Peninsula Drive Daytona Beach, Florida 32118 Vacant Land Parcel ID 05-15-33-01-26-0121 | Fee simple | $0.00 | Tax records | $1,581.00 |
| 55.13. | 216 Morningside Ave Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $128,022.00 |
| 55.14. | 514 Phoenix Ave Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $125,364.00 |
| 55.15. | 13 South Peninsula Drive Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $105,046.00 |
| 55.16. | 21 South Peninsula Drive Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $114,095.00 |
| 55.17. | 121 Grandview Ave Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $108,823.00 |
| 55.18. | 319 North Hollywood Ave Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $86,556.00 |
| 55.19. | 324 North Peninsula Drive Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $106,373.00 |

| Debtor | GEA Seaside Investment, Inc. | | | Case number (If known) | 18-bk-00800-JAF |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.20. | 509 Harvey Ave & 511 Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $62,252.00 |
| 55.21. | 101 Caroloyn Terrace Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $154,346.00 |
| 55.22. | 433 North Peninsula Drive Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $113,465.00 |
| 55.23. | 100 Carolyn Terrace Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $63,128.00 |
| 55.24. | 3764 Cardinal Blvd. Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $186,282.00 |
| 55.25. | 206 S. Venetian Way Port Orange, Florida 32127 | Fee simple | $0.00 | Tax records | $201,706.00 |
| 55.26. | 3790 Cardinal Blvd. Port Orange, Florida 32127 | Fee simple | $0.00 | Tax records | $198,566.00 |
| 55.27. | 813 Big Tree Rd. South Daytona Beach, Florida 32119 | Fee simple | $0.00 | Tax records | $154,576.00 |
| 55.28. | 1928 Marilyn Street Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $127,649.00 |
| 55.29. | 420 North Peninsula Drive Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $122,870.00 |
| 55.30. | 444 North Peninsula Drive Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $188,000 |
| 55.31. | 317 N. Hollywood Ave Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $51,851.00 |
| 55.32. | 312 N. Peninsula Drive Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $106,925.00 |

| Debtor | GEA Seaside Investment, Inc. | | | Case number (If known) | 18-bk-00800-JAF |
|---|---|---|---|---|---|
| | Name | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 55.33 | 507 Phoenix Ave Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $126,529.00 |
| 55.34 | 615 Wisteria Rd. Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $138,373.00 |
| 55.35 | 109 Raymond Ave Port Orange Florida 32127 | Fee simple | $0.00 | Tax records | $142,560.00 |
| 55.36 | 311 N. Hollywood Ave & 313 Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $117,154.00 |
| 55.37 | 236 N. Peninsula Drive Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $117,937.00 |
| 55.38 | 231 N. Hollywood Ave Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $78,361.00 |
| 55.39 | 229 N. Hollywood Ave Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $87,037.00 |
| 55.40 | 232 N. Peninsula Drive Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $116,551.00 |
| 55.41 | 534 Lafayette Street Port Orange, Florida 32127 Vacant Land Parcel ID 41-16-33-03-00-0240 | Fee simple | $0.00 | Tax records | $12,543.00 |
| 55.42 | 244 Poinciana Ave Port Orange, Florida 32127 | Fee simple | $0.00 | Tax records | $194,806.00 |
| 55.43 | Monroe Street Port Orange, Florida 32127 Vacant Land Parcel ID 41-16-33-03-00-0221 | Fee simple | $0.00 | Tax records | $12,168.00 |

| Debtor | GEA Seaside Investment, Inc. | | Case number (If known) | 18-bk-00800-JAF |
|---|---|---|---|---|
| | Name | | | |

| 55.44 | 508 Eastwood Lane Daytona Beach, Florida 32118 | Fee simple | $0.00 | Tax records | $271,376.00 |
|---|---|---|---|---|---|

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
    Copy the total to line 88.

    $4,863,362

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ■ No
    ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No. Go to Part 11.
    ☐ Yes Fill in the information below.

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ■ No. Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor   **GEA Seaside Investment, Inc.**               Case number *(If known)*  **18-bk-00800-JAF**
         Name

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $7,500.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $6,000.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $26,000.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $4,203.20 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9*........................> | | $4,863,362 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $43,703.20 | +91b. $4,863,362 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $4,907,065.20 |

IN RE: GEA SEASIDE INVESTMENT, INC.          CASE NO.: 3:18-bk-00800-JAF
                                             Chapter 11
          Debtor(s).

=================================================

## DECLARATION CONCERNING DEBTOR'S
## AMENDED SUMMARY OF SCHEDULES AND AMENDED SCHEDULE A

I declare under penalty of perjury that I have read the foregoing Amended Summary of Schedules and Amended Schedule A, consisting of __13__ sheets including this page, and that they are true and correct to the best of my knowledge, information and belief.

Date: __9-21-18__                    Signature: _____
                                     GEA SEASIDE INVESTMENT, INC.
                                     By: Jack Aberman, Its Chief Executive Officer


Sworn to and subscribed before me
this __21st__ day of September, 2018.

_____
Notary Public, State of Florida
  at Large
My Commission Expires: __April 13, 2021__

STEFFANY PEREZ
Commission # GG 093965
Expires April 13, 2021
Bonded Thru Troy Fain Insurance 800-385-7019