

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

09/24/2018 03:00 PM

COURTROOM 300 North Hogan Street

HONORABLE JERRY FUNK

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:18-bk-00800-JAF | 11 | 03/12/2018 |

Chapter 11

**DEBTOR:**      GEA Seaside Investment Inc.

**DEBTOR ATTY:**   Taylor King

**TRUSTEE:**      NA

**HEARING:**

TRIAL on Motion for Relief from Stay Re: 444 N. Peninsula Drive, Daytona Beach, FL. Filed by Amanda R Murphy on behalf of Creditor PNC Bank, N.A. (Attachments: # [1] Exhibit A - Note and Mortgage # [2] Exhibit B - Deed) (Murphy, Amanda) Doc #113
-Response to PNC Bank Motion for Relief Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[113]). (King, Taylor) Doc #153

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
TRIAL on Motion for Relief from Stay Re: 444 N. Peninsula Drive, Daytona Beach, FL. Filed by Amanda R Murphy on behalf of Creditor PNC Bank, N.A. (Attachments: # [1] Exhibit A - Note and Mortgage # [2] Exhibit B - Deed) (Murphy, Amanda) Doc #113

   DENY R/S GRANT A/P(W/SCL)ORD/KING

-Response to PNC Bank Motion for Relief Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[113]). (King, Taylor) Doc #153
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.