UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:         GEA SEASIDE INVESTMENT, INC.

CASE NO.: 3:18-bk-00800-JAF
CHAPTER 11

Debtor

_____

## PROOF OF SERVICE

**I HEREBY CERTIFY** that a copy of the Order dated September 28, 2018 Conditionally Denying Motion for Relief (444 N. Peninsula Drive, Daytona Beach, FL 32118) (Doc 202) was furnished by CM/ECF electronic filing and/or U.S. Mail, postage prepaid to: Assistant U.S. Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL 32081; and to Sean K. Mills, Esquire, 2290 Lucien Way, Suite 205, Maitland, Florida 32751; this 1st day of October, 2018.

Law Offices of Mickler & Mickler

By: /s/ Taylor J. King
TAYLOR J. KING
Attorney for Debtor
5452 Arlington Expressway
Jacksonville, Florida 32211
(904) 725-0822\FAX 725-0855
Florida Bar No. 072049