# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

IN RE:  CASE NO.: 3:18-bk-00800-JAF
CHAPTER 11

**GEA Seaside Investment Inc.**,

*dba* **GEA Seaside Investments Inc,**

       **Debtor.**

_____/

**RESPONSE TO MOTION TO VALUE SECURED CLAIM 54 OF U.S. BANK, N.A., c/o OCWEN LOAN SERVICING, LLC ON REAL PROPERTY AND STRIP LIEN EFFECTIVE UPON DISCHARGE (CLASS 11 OF PLAN OF REORGANIZATION – 319 N. HOLLYWOOD AVENUE, DAYTONA BEACH, FL 32118)**

**COMES NOW**, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-GEL3 ("Secured Creditor"), by and through its undersigned counsel, files its Response to Motion to Value Secured Claim 54 of U.S. Bank, N.A., c/o Ocwen Loan Servicing, LLC on Real Property and Strip Lien Effective Upon Discharge (Class 11 of Plan of Reorganization – 319 N. Hollywood Avenue, Daytona Beach, FL 32118) (DE # 419) and, in support thereof, states as follows:

1. The Debtor filed a voluntary petition pursuant to Chapter 11 of the Bankruptcy Code on March 12, 2018.2.

2. Creditor holds a security interest in the real property, located at 319 N. HOLLYWOOD AVENUE, DAYTONA BEACH, FL 32118.

3. On or about March 21, 2019, the Debtor filed a Motion to Value Secured Claim 54 of U.S. Bank, N.A., c/o Ocwen Loan Servicing, LLC on Real Property and Strip Lien Effective Upon Discharge (Class 11 of Plan of Reorganization – 319 N. Hollywood Avenue, Daytona Beach, FL 32118) (DE # 419) ("Motion") seeking to value the property at $89,246.00.

4. The Motion attempts to modify the Debtor's prior cram down of the subject claim, pursuant to a confirmed Plan on January 5, 2016 (DE #953) and entry of a discharge on March 27, 2017 (DE #1111) by this Court in Case 3:13-bk-00165, in violation of 11 U.S.C. 1127(b).

5. Creditor believes the property is worth in excess of $154,346.00 and demands an opportunity to have the property appraised.

16-166711 - ChL

6.      Secured Creditor reserves the right to supplement its Response to Debtor's Objection at any time before or at the hearing.

**WHEREFORE**, Secured Creditor prays that a hearing on Debtor's Motion be scheduled no sooner than 60 days hence to afford Secured Creditor sufficient time to have an appraisal of the property performed, and for such other and further relief as the Court may deem just and proper.

Respectfully Submitted,

Robertson, Anschutz & Schneid, P.L.
Authorized Agent for Secured Creditor
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
    Telephone: 561-241-6901
 Facsimile: 561-997-6909


By: /s/April Harriott
April Harriott, Esquire
Florida Bar Number 37547
Email:  aharriott@rasflaw.com

16-166711 - ChL

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 26, 2019, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

TAYLOR J KING
LAW OFFICES OF MICKLER & MICKLER
5452 ARLINGTON EXPRESSWAY
JACKSONVILLE, FL 32211

GEA SEASIDE INVESTMENTS INC
442 N PENNINSULA DRIVE
DAYTONA BEACH, FL  32118

AUDREY M ALESKOVSKY
GEORGE C. YOUNG FEDERAL BUILDING
400 WEST WASHINGTON ST, SUITE 1100
ORLANDO, FL  32801

JILL E KELSO
OFFICE OF THE UNITED STATES TRUSTEE
400 W. WASHINGTON STREET
SUITE 1100
ORLANDO, FL 32801

ARMISTEAD W ELLIS, JR., ESQ.
P O BOX 127
DAYTONA BEACH, FL 32115

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
ATTORNEYS FOR 21ST MORTGAGE CORPORATION
ONE EAST BROWARD BLVD., SUITE 1200
FT. LAUDERDALE, FL 33301

HEATHER L. RIES
FOX ROTHSCHILD LLP
777 S. FLAGLER DRIVE
SUITE 1700 – WEST TOWER
WEST PALM BEACH, FL 33401

J. ANTHONY VAN NESS, ESQ.
VAN NESS LAW FIRM, PLC
1239 E. NEWPORT CENTER DRIVE, SUITE 110
DEERFIELD BEACH, FLORIDA 33442

16-166711 - ChL

JEFFREY S. FRASER, ESQ.
ALBERTELLI LAW
PO BOX 23028
TAMPA, FL 33623

STEVE D. TRAN
EXL LEGAL, PLLC
12425 28TH STREET NORTH, SUITE 200
ST. PETERSBURG, FL 33716

GHIDOTTI | BERGER, LLP
3050 BISCAYNE BLVD. - SUITE 402
MIAMI, FLORIDA 33137

CAMERON H.P. WHITE, ESQ.
SOUTH MILHAUSEN, P.A.
1000 LEGION PLACE, STE. 1200
ORLANDO, FL 32801

SHD LEGAL GROUP P.A.
PO BOX 19519
FORT LAUDERDALE, FL 33318

DAVID NEAL STERN, ESQ.
FRANK WEINBERG & BLACK, P.L.
1875 NW CORPORATE BOULEVARD, SUITE 100
BOCA RATON, FLORIDA 33431

DEBORAH M. HALLISKY, ESQUIRE
1834 MASON AVE., SUITE 100
DAYTONA BEACH, FLORIDA 32117


By: /s/April Harriott
April Harriott, Esquire
Florida Bar Number 37547
Email: aharriott@rasflaw.com

16-166711 - ChL