ORDERED.

Dated: November 01, 2019

_____
Jerry A. Funk
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re:<br>GEA SEASIDE INVESTMENT INC.<br>    Debtor.<br>_____/ | Case No.: 3-18-bk-800-JAF<br>Chapter 11 |

**ORDER GRANTING MOTION PURSUANT TO 11 U.S.C. § 1129(B)**
**(CLASS 63 SECURED CLAIM OF MARIAN PRICE)**

THIS CASE came on for hearing on October 29, 2019 upon the Motion Pursuant to 11 U.S.C. § 1129(b) (the "Motion", Doc. 641) filed by the Debtor. Upon the evidence presented at a hearing, the Court finds that the plan is fair and equitable and does not discriminate against the creditor in Class 63 as an impaired class.  Additionally, the Court finds that the Plan proposed that the creditor shall retain any lien and pays the allowed amount of the secured claim with interest. Accordingly, it is

    **ORDERED:**

    1.)    The Motion is **GRANTED**.

    2.)    The creditor shall retain its lien up to the allowed amount of its secured claim of $127,526.00 less payments made pursuant to the Plan.

3.) The Class 63 Plan terms are as follows:

**SECURED CLAIMS – Impaired/Subject to Valuation and retention of lien (to the extent of the allowed amount of the secured claim less payments made pursuant to the payment schedule below; no retention of lien for avoided liens or wholly unsecured claims):**

| Class: | Creditor: | Collateral: | Interest Rate: | Amount Allowed: | Payment: |
|---|---|---|---|---|---|
| 63 | Marian Price 116 Venetian Way Port Orange, FL 32127 | First Mortgage on property located at: 813 Big Tree Rd, South Daytona Beach, FL 32118 (Sch. D) | 4% | $127,526 | $608.83 per month principal and interest for months 1-360; Debtor to maintain taxes and insurance directly |
| 63 | **Additional Class 63 Plan terms:** Upon completion of the Class 63 payments (whether over the full Plan term or completed via pre-payment), the lien of Marian Price shall be null and void and no longer of any further force or effect. The court reserves jurisdiction to enter further orders as may be necessary to establish clear title for Debtor. | | | | |

Taylor J. King, Attorney for Debtor, is directed to serve a copy of the Order on interested parties and file a proof of service within three (3) days of entry of the Order.