UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:       GEA SEASIDE INVESTMENT, INC.

CASE NO.: 3:18-bk-00800-JAF
CHAPTER 11

Debtor

## PROOF OF SERVICE

**I HEREBY CERTIFY** that a copy of the Order dated November 1, 2019 Granting Motion Pursuant to 11 U.S.C. § 1129(B)(Class 63 Secured Claim of Marian Price) (Doc 830) was furnished by either U.S. Mail, postage prepaid and/or CM/ECF electronic filing to the

Assistant United States Trustee
400 W. Washington Street, Suite 1100
Orlando, Florida 32801; and to

Marian Price
116 Venetian Way
Port Orange, FL 32127;

this 4th day of November, 2019.

Law Offices of Mickler & Mickler

By: /s/ Taylor J. King
TAYLOR J. KING
Attorney for Debtor
5452 Arlington Expressway
Jacksonville, Florida 32211
(904) 725-0822\FAX 725-0855
Florida Bar No. 072049