ORDERED.

**Dated:  January 10, 2020**

Jerry A. Funk
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| **In re:**<br>**GEA SEASIDE INVESTMENT, INC.**<br>**Debtor(s).** | **Case No.:   3:18-bk-00800-JAF**<br>**Chapter 11** |

**AGREED ORDER GRANTING MOTION TO VALUE CLASS 10 – CLAIM 53**
**(re: 109 Raymond Avenue, Port Orange, FL 32127)**

This case is before the Court upon the Motion to Value Secured Claim of BANK OF NEW YORK MELLON c/o Ocwen (the "Creditor") Class 10 – Claim 53 – 109 Raymond Avenue (the "Motion"; Doc. 418) currently scheduled for trial on February 25, 2020. The Debtor and Creditor have agreed to terms as outlined in the Stipulation Regarding Class 10 Plan Treatment to be filed with the court. Accordingly, it is

**ORDERED:**

1. The Motion is GRANTED.

2. The Creditor's secured claim is allowed in the amount of $169,380.17.

| | |
|---|---|
| **Robertson, Anschutz & Schneid, P.L.** | **LAW OFFICES OF MICKLER AND MICKLER, LLP** |
| By: */s/ April Harriott* | By: */s/ Taylor J. King* |

April Harriott
Florida Bar No. 37547
6409 Congress Ave., Suite 100
Boca Raton, FL 33487
(561) 241-6901
aharriott@rasflaw.com
Attorney for Creditor

Taylor J. King
Florida Bar No. 72049
5452 Arlington Expressway
Jacksonville, FL 32211
(904)725-0822
tjking@planlaw.com
Attorney for Debtor

*Filer's Attestation: Pursuant to Local Rule 1001-2(e)(3) regarding signatures, Taylor J. King, attests that concurrence in the filing of this paper has been obtained*

Taylor J. King, Attorney for Debtor, is directed to serve a copy of this Order on interested parties and file a proof of service within three (3) days of entry of the Order.