ORDERED.

**Dated:  April 22, 2020**

Jerry A. Funk
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

| | |
|---|---|
| **In re:**<br>**GEA SEASIDE INVESTMENT, INC.**<br>Debtor(s). | **Case No.:   3:18-bk-00800-JAF**<br>**Chapter 11** |

**AGREED ORDER GRANTING MOTION TO VALUE CLASS 11 – CLAIM 54**
**(re: 319 N. Hollywood Ave., Daytona Beach, FL 32118)**

This case is before the Court upon the Motion to Value Secured Claim of U.S. BANK c/o Ocwen (the "Creditor") Class 11 – Claim 54 – 319 N. Hollywood Ave., Daytona Beach, FL 32118 (the "Motion"; Doc. 419) currently scheduled for trial on April 28, 2020. The Debtor and Creditor have agreed to terms as outlined in the Stipulation Regarding Class 11 Plan Treatment to be filed with the court. Accordingly, it is

**ORDERED:**

1. The Motion is GRANTED.

2. The Creditor's secured claim is allowed in the amount of $91,000.

| | |
|---|---|
| **Robertson, Anschutz & Schneid, P.L.** | **LAW OFFICES OF MICKLER AND MICKLER, LLP** |
| By: */s/ April Harriott* | By: */s/ Taylor J. King* |

April Harriott  
Florida Bar No. 37547  
6409 Congress Ave., Suite 100  
Boca Raton, FL 33487  
(561) 241-6901  
aharriott@rasflaw.com  
Attorney for Creditor

Taylor J. King  
Florida Bar No. 72049  
5452 Arlington Expressway  
Jacksonville, FL 32211  
(904)725-0822  
tjking@planlaw.com  
Attorney for Debtor

*Filer's Attestation: Pursuant to Local Rule 1001-2(e)(3) regarding signatures, Taylor J. King, attests that concurrence in the filing of this paper has been obtained*

Taylor J. King, Attorney for Debtor, is directed to serve a copy of this Order on interested parties and file a proof of service within three (3) days of entry of the Order.