# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION

In Re:   GEA SEASIDE INVESTMENT INC

*Debtor(s)*

Case No.   18-00800-6F1
Chapter 11

------------------------------------------/

## NOTICE OF ADDITIONAL CREDITORS

Craig Baumgardner, Revenue Director, Business Services for COUNTY OF VOLUSIA, Florida, hereby gives notice that the following certificate holder(s) purchased at auction, the pre-petition, secured ad-valorem real property tax liens of Volusia County by virtue of payment for tax certificates issued by Volusia County pursuant to Chapter 197, Florida Statutes.

As to all parcels and accounts identified on the attached list, Volusia County is the secured creditor for the 2019 ad-valorem real estate taxes and all tangible personal property taxes.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been provided either by electronic transmission or by U.S. first class mail postage prepaid to:
The United States Bankruptcy Court,
MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION, 400 W WASHINGTON ST, STE 5100, ORLANDO, FL   32801
Attorney for the Debtor: THOMAS C ADAM,
Trustee: UNKNOWN, UNKNOWN

Date: 04/29/2020

| Certificate Holder | Bidder Address | Parcel Number | Tax Year | Cert. No. | Certificate Amount | Int. Bid |
|---|---|---|---|---|---|---|
| ASENDORF, JOHN J. 7662 | PO BOX 621171, OVIEDO, FL   32762 | 634103000221 | 2012 | 14167 | $621.38 | 10.75% |

The certificate amount reflects the certificate amount due as of the date on this form.  The claim of the COUNTY OF VOLUSIA Revenue Director, if any, is specifically set forth on a separate Proof of Claim and does not include the amounts due the certificate holder(s) identified herein.  **The tax certificate shall be redeemed at the interest rate due or the five percent (5%) mandatory charge, whichever is greater, F.S. 197.472 (2).*  The Revenue Director does not represent the Certificate Holders in this matter, nor does the notice to the Revenue Director constitute notice to the Certificate Holders.  The addresses of the certificate holders are set forth in the Certificate of Service.

Craig Baumgardner, CFC, CEL
COUNTY OF VOLUSIA, FL

By: _____/S/_____
**/s/ Craig Baumgardner, CFC, CEL**
Revenue Director, Business Services
Volusia County, Florida
123 W Indiana Ave Room 103
DeLand FL 32720
Phone   (386) 736-5938
Fax     (386) 822-5729

**PLEASE NOTE: IT IS CERTIFICATE HOLDERS RESPONSIBILITY TO FILE PROOF OF CLAIM WITH THE BANKRUPTCY COURT**