UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re
GEA SEASIDE INVESTMENT, INC.
   Debtor-in- Possession.

Case No. 3:18-bk-00800-JAF
Chapter 11

**Admitted Into Evidence**

**JUN 23 2020**

**Ray Readdick**

_____/

### DEBTOR'S EXHIBIT LIST

| Exh. # | Document Description | Date Identified | Date Admitted | With or Without Objection |
|---|---|---|---|---|
| 1 | Fourth Amended Plan of Reorganization dated May 19, 2020 (Doc. 1157) | 6/23/2020 | 6/23/2020 | W/O |
| 2 | Order Finding 11 U.S.C. § 1129(a) Requirements Met with Exception of 11 U.S.C. §§ 1129(a)(8), (11) (Doc. 840) | 6/23/2020 | 6/23/2020 | |
| 3 | Amended Ballot Tabulation (Doc. 1247) | 6/23/2020 | 6/23/2020 | |
| 4 | Amended Confirmation Affidavit (Doc. 1248) | 6/23/2020 | 6/23/2020 | |