

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/23/2020 10:00 AM

COURTROOM 4D, 4th Floor

**HONORABLE JERRY FUNK**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 3:18-bk-00800-JAF | 11 | 03/12/2018 |

Chapter 11

**DEBTOR:** GEA Seaside Investment Inc.

**DEBTOR ATTY:** Taylor King

**TRUSTEE:** NA

**HEARING:**

1. RESCHEDULED CONFIRMATION HEARING
-Ballot Tabulation Amended Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc.. (King, Taylor) (EOD: 06/19/2020)(1247)
-Amended Confirmation Affidavit   Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc.. (King, Taylor) (EOD: 06/22/2020)(1248)
2. (SETTLED ORDER ENTERED) TRIAL on Motion Pursuant to Section 1129(b) Class 67, Secured Claim of Ocwen Loan Servicing Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (King, Taylor) Modified on 10/7/2019 (Hodges, Nancy). Doc #645
3. Preliminary Hearing on Motion Pursuant to Section 1129(b) (CLASS 105 - SECURED CLAIM OF CITRUS CAPITAL HOLDINGS, LLC) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1177
4. Preliminary Hearing on Motion Pursuant to Section 1129(b) (CLASS 104 - SECURED CLAIM OF KEYS FUNDING, LLC) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1176
5. Preliminary Hearing on Motion Pursuant to Section 1129(b) (CLASS 103 - SECURED CLAIM OF KEYS FUNDING, LLC) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1057]). (King, Taylor) Doc #1175
6. Preliminary Hearing on Motion Pursuant to Section 1129(b) (CLASS 102 - SECURED CLAIM OF KEYS FUNDING, LLC) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1174
7. Preliminary Hearing on Motion Pursuant to Section 1129(b) (CLASS 101 - SECURED CLAIM OF KEYS FUNDING, LLC) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1173
8. Preliminary Hearing on Motion Pursuant to Section 1129(b) (CLASS 100 - SECURED CLAIM OF CITRUS CAPITAL HOLDINGS, LLC) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1172
9. Preliminary Hearing on Motion Pursuant to Section 1129(b) (CLASS 99 SECURED CLAIM OF JOHN J. ASENDORF) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1171

10. Preliminary Hearing on Motion Pursuant to Section 1129(b) (CLASS 98 SECURED CLAIM OF BTI 2019, LLC) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1170

11. Preliminary Hearing on Motion Pursuant to Section 1129(b) (CLASS 97 SECURED CLAIM OF JOHN J. ASENDORF) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1169

12. Preliminary Hearing on Motion Pursuant to Section 1129(b) (CLASS 96 SECURED CLAIM OF BTI 2019, LLC) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1168

13. Preliminary Hearing on Motion Pursuant to Section 1129(b) (CLASS 95 SECURED CLAIM OF JOHN J. ASENDORF) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1167

14. reliminary Hearing on Second Amended Motion Pursuant to Section 1129(b) (CLASS 79 SECURED CLAIM OF VOLUSIA COUNTY TAX COLLECTOR) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1164

15. Preliminary Hearing on Second Amended Motion Pursuant to Section 1129(b) (CLASS 80 SECURED CLAIM OF VOLUSIA COUNTY TAX COLLECTOR) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1165

16. Preliminary Hearing on Second Amended Motion Pursuant to Section 1129(b) (CLASS 81 SECURED CLAIM OF VOLUSIA COUNTY TAX COLLECTOR) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1166

17. Preliminary Hearing on Second Amended Motion Pursuant to Section 1129(b) (CLASS 77 SECURED CLAIM OF VOLUSIA COUNTY TAX COLLECTOR) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1162

18. Preliminary Hearing on Second Amended Motion Pursuant to Section 1129(b) (CLASS 78 SECURED CLAIM OF VOLUSIA COUNTY TAX COLLECTOR) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1163

19. Preliminary Hearing on Second Amended Motion Pursuant to Section 1129(b) (CLASS 75 SECURED CLAIM OF VOLUSIA COUNTY TAX COLLECTOR) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1160

20. Preliminary Hearing on Second Amended Motion Pursuant to Section 1129(b) (CLASS 76 SECURED CLAIM OF VOLUSIA COUNTY TAX COLLECTOR) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1161

21. Preliminary Hearing on Second Amended Motion Pursuant to Section 1129(b) CLASS 72 SECURED CLAIM OF VOLUSIA COUNTY TAX COLLECTOR Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1158

22. Preliminary Hearing on Second Amended Motion Pursuant to Section 1129(b) (CLASS 74 SECURED CLAIM OF VOLUSIA COUNTY TAX COLLECTOR) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1159

23. Amended Motion Pursuant to Section 1129(b) Class 102 - Secured Claim of Keys Funding LLC (Amended to Correct Scrivener's Error for Property Address and Parcel #) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)1157, 1241). (King, Taylor) (EOD: 06/12/2020)(1242)

24. Preliminary Hearing on Motion Pursuant to Section 1129(b) Class 8, Secured Claim of U.S. Bank c/o Ocwen Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (King, Taylor) Modified on 10/7/2019 (Hodges, Nancy). Doc #589

25. Preliminary Hearing on Notice of Default RE: Class V Filed by Maya Rubinov on behalf of Creditor Statebridge Company (related document(s)[746]). (Rubinov, Maya) Doc #1156

-Opposition Response to Notice of Default (Class - 320 N Peninsula) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1156]). (King, Taylor) Doc #1178

**APPEARANCES:**:

**WITNESSES:**

**EVIDENCE:**

**RULING:**
1. RESCHEDULED CONFIRMATION HEARING

 CONFIRMED ORD/KING

Case Number 3:18-bk-00800-JAF                    Chapter 11

-Ballot Tabulation Amended Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc.. (King, Taylor) (EOD: 06/19/2020)(1247)

-Amended Confirmation Affidavit   Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc.. (King, Taylor) (EOD: 06/22/2020)(1248)

2. (SETTLED ORDER ENTERED) TRIAL on Motion Pursuant to Section 1129(b) Class 67, Secured Claim of Ocwen Loan Servicing Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (King, Taylor) Modified on 10/7/2019 (Hodges, Nancy). Doc #645

3. Preliminary Hearing on Motion Pursuant to Section 1129(b) (CLASS 105 - SECURED CLAIM OF CITRUS CAPITAL HOLDINGS, LLC) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1177

   GRANTED ORD/KING

4. Preliminary Hearing on Motion Pursuant to Section 1129(b) (CLASS 104 - SECURED CLAIM OF KEYS FUNDING, LLC) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1176

   GRANTED ORD/KING

5. Preliminary Hearing on Motion Pursuant to Section 1129(b) (CLASS 103 - SECURED CLAIM OF KEYS FUNDING, LLC) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1057]). (King, Taylor) Doc #1175

   GRANTED ORD/KING

6. Preliminary Hearing on Motion Pursuant to Section 1129(b) (CLASS 102 - SECURED CLAIM OF KEYS FUNDING, LLC) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1174

   W/D NTC/ORD/KING

7. Preliminary Hearing on Motion Pursuant to Section 1129(b) (CLASS 101 - SECURED CLAIM OF KEYS FUNDING, LLC) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1173

   GRANTED ORD/KING

8. Preliminary Hearing on Motion Pursuant to Section 1129(b) (CLASS 100 - SECURED CLAIM OF CITRUS CAPITAL HOLDINGS, LLC) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1172

   GRANTED ORD/KING

9. Preliminary Hearing on Motion Pursuant to Section 1129(b) (CLASS 99 SECURED CLAIM OF JOHN J. ASENDORF) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1171

   GRANTED ORD/KING

10. Preliminary Hearing on Motion Pursuant to Section 1129(b) (CLASS 98 SECURED CLAIM OF BTI 2019, LLC) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1170

   GRANTED ORD/KING

11. Preliminary Hearing on Motion Pursuant to Section 1129(b) (CLASS 97 SECURED CLAIM OF JOHN J. ASENDORF) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1169

   GRANTED ORD/KING

12. Preliminary Hearing on Motion Pursuant to Section 1129(b) (CLASS 96 SECURED CLAIM OF BTI 2019, LLC) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1168

GRANTED ORD/KING

13. Preliminary Hearing on Motion Pursuant to Section 1129(b) (CLASS 95 SECURED CLAIM OF JOHN J. ASENDORF) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1167

GRANTED ORD/KING

14. reliminary Hearing on Second Amended Motion Pursuant to Section 1129(b) (CLASS 79 SECURED CLAIM OF VOLUSIA COUNTY TAX COLLECTOR) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1164

GRANTED ORD/KING

15. Preliminary Hearing on Second Amended Motion Pursuant to Section 1129(b) (CLASS 80 SECURED CLAIM OF VOLUSIA COUNTY TAX COLLECTOR) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1165

GRANTED ORD/KING

16. Preliminary Hearing on Second Amended Motion Pursuant to Section 1129(b) (CLASS 81 SECURED CLAIM OF VOLUSIA COUNTY TAX COLLECTOR) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1166

GRANTED ORD/KING

17. Preliminary Hearing on Second Amended Motion Pursuant to Section 1129(b) (CLASS 77 SECURED CLAIM OF VOLUSIA COUNTY TAX COLLECTOR) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1162

GRANTED ORD/KING

18. Preliminary Hearing on Second Amended Motion Pursuant to Section 1129(b) (CLASS 78 SECURED CLAIM OF VOLUSIA COUNTY TAX COLLECTOR) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1163

GRANTED ORD/KING

19. Preliminary Hearing on Second Amended Motion Pursuant to Section 1129(b) (CLASS 75 SECURED CLAIM OF VOLUSIA COUNTY TAX COLLECTOR) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1160

GRANTED ORD/KING

20. Preliminary Hearing on Second Amended Motion Pursuant to Section 1129(b) (CLASS 76 SECURED CLAIM OF VOLUSIA COUNTY TAX COLLECTOR) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1161

GRANTED ORD/KING

21. Preliminary Hearing on Second Amended Motion Pursuant to Section 1129(b) CLASS 72 SECURED CLAIM OF VOLUSIA COUNTY TAX COLLECTOR Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1158

GRANTED ORD/KING

22. Preliminary Hearing on Second Amended Motion Pursuant to Section 1129(b) (CLASS 74 SECURED CLAIM OF VOLUSIA COUNTY TAX COLLECTOR) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1157]). (King, Taylor) Doc #1159

  GRANTED ORD/KING

23. Amended Motion Pursuant to Section 1129(b) Class 102 - Secured Claim of Keys Funding LLC (Amended to Correct Scrivener's Error for Property Address and Parcel #) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)1157, 1241). (King, Taylor) (EOD: 06/12/2020)(1242)

  GRANTED ORD/KING

24. Preliminary Hearing on Motion Pursuant to Section 1129(b) Class 8, Secured Claim of U.S. Bank c/o Ocwen Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (King, Taylor) Modified on 10/7/2019 (Hodges, Nancy). Doc #589

  ORDER PREVIOUSLY ENTERED AT DOC. # 1209

25. Preliminary Hearing on Notice of Default RE: Class V Filed by Maya Rubinov on behalf of Creditor Statebridge Company (related document(s)[746]). (Rubinov, Maya) Doc #1156

  RESOLVED W/CONFIRMATION ORDER

-Opposition Response to Notice of Default (Class - 320 N Peninsula) Filed by Taylor J King on behalf of Debtor GEA Seaside Investment Inc. (related document(s)[1156]). (King, Taylor) Doc #1178
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.