UNITED STATES BANKRUPTCY COURT

_Middle_ DISTRICT OF _Jacksonville_

_Florida_ DIVISION

IN RE:                              }    CASE NUMBER

_GEA Seaside Investment_    }    _3:18-13k-0800-JAF_

                        }    JUDGE _Funk_

                        }

DEBTOR.                          }    CHAPTER 11

### DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)

FROM _5/1/2020_ TO _5/31/2020_ FOR THE PERIOD

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

                                   Attorney for Debtor's Signature

                                   _Taylor J. King_

Debtor's Address                  Attorney's Address
and Phone Number:            and Phone Number:

_Jack Aberman_                  _5452 Arlington Expy_

_428 N. Peninsula Dr._        _Jacksonville FL 32211_

_Daytona Beach, Fl 32118_

                                     _904-725-0822_

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/21/reg_info.mn.
1)     Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)     Initial Filing Requirements
3)     Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust

SCHEDULE OF RECEIPTS AND DISBURSEMENTS
FOR THE PERIOD BEGINNING _5/1/2020_ AND ENDING _5/31/2020_

Name of Debtor: GEA Seaside Investments    Case Number _18-0800_
Date of Petition: _____

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| 1. FUNDS AT BEGINNING OF PERIOD | 123,555.13 (a) | 2,893,910.80 (b) |
| 2. RECEIPTS: | | |
| A. Cash Sales | 8,052.04 | |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | 56,383.29 | |
| C. Other Receipts *(See MOR-3)* | 278.66 | |
| (If you receive rental income, you must attach a rent roll.) | 218.02 | |
| 3. TOTAL RECEIPTS *(Lines 2A+2B+2C)* | | |
| 4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)* | 188,486.54 | 188,486.54 |
| 5. DISBURSEMENTS | | |
| A. Advertising | 108.00 | 5,053.44 |
| B. Medical | | 1,971.95 |
| C. Mortgage | | 38,747.77 |
| D. Internet | 199.96 | 3,610.29 |
| E. Insurance | | 58,994.14 |
| F. Contract labor | | 67,424.39 |
| G. Leases | 400.00 | 6,137.88 |
| H. Manufacturing Supplies | 3,272.87 | 89,767.80 |
| I. Office Supplies | 93.90 | 3,884.75 |
| J. Payroll - Net *(See Attachment 4B)* | 3,097.89 | 157,726.00 |
| K. Professional Fees (Accounting & Legal) | 6,722.50 | 174,504.33 |
| L. Rent | | 24,296.06 |
| M. Repairs & Maintenance | 10,696.69 | 214,658.18 |
| N. Secured Creditor Payments *(See Attach. 2)* | 13,441.13 | 125,604.45 |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | 3,204.36 | 34,341.74 |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | 980.50 | 22,731.67 |
| R. Telephone | 323.27 | 6,594.52 |
| S. Travel & Entertainment | | 2,282.26 |
| Y. U.S. Trustee Quarterly Fees | | 6,822.29 |
| U. Utilities | 2,098.68 | 66,154.39 |
| V. Vehicle Expenses | 1,498.00 | 79,190.56 |
| W. Other Operating Expenses *(See MOR-3)* | 6.95 | 48,192.39 |
| 6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)* | 46,244.78 | |
| 7. ENDING BALANCE *(Line 4 Minus Line 6)* | 142,241.76 (c) | 142,241.76 (c) |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true
and correct to the best of my knowledge and belief.

This _31_ day of _JUNE_, 20_20_        _____
                                              (Signature)

(a)This number is carried forward from last month's report. For the first report only, this number will be the
    balance as of the petition date.
(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of
    the petition.
(c)These two amounts will always be the same if form is completed correctly.

## May 2020 Payments

| Date | Payee | Amount |
|------|-------|--------|
| 5/1/2020 | Payee 24 | $ 777.16 |
| 5/1/2020 | Payee 19 | $ 1,040.18 |
| 5/1/2020 | Payee 197 | $ 187.20 |
| 5/1/2020 | Payee 199 | $ 221.00 |
| 5/1/2020 | Payee 12 | $ 132.66 |
| 5/1/2020 | Payee 192 | $ 960.00 |
| 5/1/2020 | Payee 193 | $ 900.00 |
| 5/4/2020 | Payee 24 | $ 513.82 |
| 5/4/2020 | Payee 12 | $ 148.75 |
| 5/5/2020 | Payee 81 | $ 38.50 |
| 5/8/2020 | Payee 74 | $ 852.59 |
| 5/8/2020 | Payee 194 | $ 253.58 |
| 5/8/2020 | Payee 195 | $ 1,800.00 |
| 5/8/2020 | Payee 74 | $ 852.59 |
| 5/8/2020 | Payee 26 | $ 53.40 |
| 5/11/2020 | Payee 140 | $ 126.58 |
| 5/11/2020 | Payee 168 | $ 5,322.50 |
| 5/11/2020 | Payee 82 | $ 300.00 |
| 5/11/2020 | Payee 82 | $ 77.99 |
| 5/11/2020 | Payee 78 | $ 255.49 |
| 5/11/2020 | Payee 79 | $ 1,384.79 |
| 5/11/2020 | Payee 112 | $ 780.00 |
| 5/11/2020 | Payee 178 | $ 250.00 |
| 5/11/2020 | Payee 178 | $ 660.10 |
| 5/11/2020 | Payee 141 | $ 645.99 |
| 5/11/2020 | Payee 47 | $ 16.17 |
| 5/11/2020 | Payee 88 | $ 1,157.73 |
| 5/11/2020 | Payee 87 | $ 799.35 |
| 5/12/2020 | Payee 100 | $ 988.24 |
| 5/12/2020 | Payee 151 | $ 2,833.33 |
| 5/12/2020 | Payee 41 | $ 93.98 |
| 5/12/2020 | Payee 194 | $ 504.45 |
| 5/12/2020 | Payee 38 | $ 400.00 |
| 5/12/2020 | Payee 5 | $ 740.00 |
| 5/12/2020 | Payee 176 | $ 134.95 |
| 5/12/2020 | Payee 159 | $ 74.99 |
| 5/12/2020 | Payee 33 | $ 225.35 |
| 5/14/2020 | Payee 21 | $ 6.95 |
| 5/15/2020 | Payee 84 | $ 2,194.55 |
| 5/15/2020 | Payee 196 | $ 108.00 |
| 5/15/2020 | Payee 19 | $ 1,041.71 |
| 5/15/2020 | Payee 197 | $ 1,368.90 |
| 5/18/2020 | Payee 22 | $ 980.50 |
| 5/18/2020 | Payee 11 | $ 323.27 |

| 5/18/2020 | Payee 200 | $ | 160.00 |
|-----------|-----------|---|--------|
| 5/18/2020 | Payee 200 | $ | 320.00 |
| 5/19/2020 | Paye  107 | $ | 1,913.38 |
| 5/19/202  | Payee 3   | $ | 699.34 |
| 5/19/2020 | Payee 26  | $ | 284.84 |
| 5/20/2020 | Payee 63  | $ | 498.00 |
| 5/20/2020 | Payee 26  | $ | 788.89 |
| 5/20/2020 | Payee 193 | $ | 500.00 |
| 5/22/2020 | Payee 9   | $ | 986.99 |
| 5/22/2020 | Payee 26  | $ | 121.37 |
| 5/22/2020 | Payee 198 | $ | 95.00 |
| 5/22/2020 | Payee 199 | $ | 381.42 |
| 5/28/2020 | Payee 1   | $ | 208.55 |
| 5/28/2020 | Payee 1   | $ | 283.66 |
| 5/28/2020 | Payee 1   | $ | 267.50 |
| 5/28/2020 | Payee 1   | $ | 229.00 |
| 5/28/2020 | Payee 1   | $ | 191.52 |
| 5/28/2020 | Payee 1   | $ | 145.94 |
| 5/28/2020 | Payee 1   | $ | 119.59 |
| 5/28/2020 | Payee 1   | $ | 73.11 |
| 5/28/2020 | Payee 1   | $ | 69.64 |
| 5/28/2020 | Payee 1   | $ | 68.55 |
| 5/28/2020 | Payee 1   | $ | 68.55 |
| 5/29/2020 | Payee 26  | $ | 392.35 |
| 5/28/2020 | Payee 10  | $ | 54.97 |
| 5/28/2020 | Payee 10  | $ | 45.35 |
| 5/28/2020 | Payee 10  | $ | 33.97 |
| 5/28/2020 | Payee 10  | $ | 13.43 |
| 5/28/2020 | Payee 159 | $ | 124.97 |
| 5/28/2020 | Payee 86  | $ | 1,000.00 |
| 5/29/2020 | Payee 201 | $ | 385.56 |
| 5/29/2020 | Payee 197 | $ | 1,316.00 |
| 5/29/2020 | Payee 199 | $ | 278.20 |
| 5/29/2020 | Payee 19  | $ | 1,016.00 |
| 5/30/2020 | Payee 182 | $ | 198.45 |
| 5/31/2020 | Payee 47  | $ | 383.40 |
| **Total** | | **$ 46,244.78** | |

## May 2020 Deposit

| Date | Payee | For | Amount |
|------|-------|-----|--------|
| 5/1/2020 | Tenant 7 | Address 7 | $ 1,600.00 |
| 5/1/2020 | Tenant 8 | Address 8 | $ 1,395.00 |
| 5/1/2020 | Tenant 16 | Address 16 | $ 995.00 |
| 5/1/2020 | Tenant 30 | Address 30 | $ 725.00 |
| 5/1/2020 | Tenant 34 | Address 34 | $ 1,095.00 |
| 5/1/2020 | Teannt 23 | Address 23 | $ 1,550.00 |
| 5/1/2020 | Tenant 35 | Address 35 | $ 50.00 |
| 5/1/2020 | Tenant 32 | Address 32 | $ 750.00 |
| 5/1/2020 | Tenant 57 | Address 57 | $ 750.00 |
| 5/1/2020 | Tenant 33 | Address 33 | $ 1,395.00 |
| 5/1/2020 | Teannt 23 | Address 23 | $ 1,545.00 |
| 5/1/2020 | Tenant 15 | Address 15 | $ 995.00 |
| 5/1/2020 | Tenant 40 | Address 40 | $ 875.00 |
| 5/1/2020 | Tenant 14 | Address 14 | $ 1,100.00 |
| 5/1/2020 | Tenant 42 | Address 42 | $ 436.95 |
| 5/1/2020 | Tenant 18 | Address 18 | $ 675.00 |
| 5/1/2020 | Tenant 10 | Address 10 | $ 1,650.00 |
| 5/1/2020 | Tenant 47 | Address 47 | $ 1,750.00 |
| 5/1/2020 | Tenant 29 | Address 29 | $ 700.00 |
| 5/1/2020 | Tenant 52 | Address 52 | $ 875.00 |
| 5/2/2020 | Tenant 58 | Address 58 | $ 1,570.00 |
| 5/2/2020 | Tenant 38 | Address 38 | $ 875.00 |
| 5/2/2020 | Tenant 4 | Address 4 | $ 1,000.00 |
| 5/4/2020 | Tenant 6 | Address 6 | $ 6,805.00 |
| 5/5/2020 | Tenant 48 | Address 48 | $ 675.00 |
| 5/5/2020 | Tenant 49 | Address 49 | $ 600.00 |
| 5/6/2020 | Tenant 54 | Address 54 | $ 100.00 |
| 5/6/2020 | Tenant 42 | Address 42 | $ 1,068.05 |
| 5/11/2020 | Tenant 7 | Address 7 | $ 100.00 |
| 5/13/2020 | Tenant 55 | Address 55 | $ 600.00 |
| 5/15/2020 | Tenant 24 | Address 24 | $ 114.50 |
| 5/16/2020 | Tenant 38 | Address 38 | $ 52.14 |
| 5/16/2020 | Tenant 55 | Address 55 | $ 44.00 |
| 5/16/2020 | Tenant 49 | Address 49 | $ 122.00 |
| 5/18/2020 | Tenant 32 | Address 32 | $ 47.88 |
| 5/18/2020 | Tenant 48 | Address 48 | $ 40.54 |
| 5/18/2020 | Tenant 51 | Address 51 | $ 81.04 |
| 5/18/2020 | Tenant 9 | Address 9 | $ 50.00 |
| 5/18/2020 | Tenant 50 | Address 50 | $ 40.54 |
| 5/18/2020 | Tenant 18 | Address 18 | $ 73.11 |
| 5/19/2020 | Tenant 30 | Address 30 | $ 47.88 |
| 5/19/2020 | Tenant 25 | Address 25 | $ 104.50 |
| 5/19/2020 | Tenant 29 | Address 29 | $ 95.76 |
| 5/20/2020 | Tenant 52 | Address 52 | $ 267.50 |

| 5/20/2020 | Tenant 40 | Address 40 | $ | 59.80 |
|---|---|---|---|---|
| 5/20/2020 | Tenant 39 | Address 39 | $ | 130.60 |
| 5/20/2020 | Tenant 57 | Address 57 | $ | 59.00 |
| 5/20/2020 | Tenant 13 | Address 13 | $ | 1,000.00 |
| 5/20/2020 | Tenant 35 | Address 35 | $ | 50.00 |
| 5/20/2020 | Tenant 54 | Address 54 | $ | 5,877.50 |
| 5/21/2020 | Tenant 9 | Address 9 | $ | 1,550.00 |
| 5/21/2020 | Tenant 25 | Address 25 | $ | 10.00 |
| 5/25/2020 | Tenant 37 | Address 37 | $ | 50.00 |
| 5/25/2020 | Tenant 39 | Address 39 | $ | 100.00 |
| 5/25/2020 | Tenant 39 | Address 39 | $ | 500.00 |
| 5/27/2020 | Tenant 38 | Address 38 | $ | 100.00 |
| 5/27/2020 | Tenant 50 | Address 50 | $ | 850.00 |
| 5/28/2020 | Tenant 39 | Address 39 | $ | 3,900.00 |
| 5/28/2020 | Tenant 44 | Address 44 | $ | 1,650.00 |
| 5/29/2020 | Tenant 9 | Address 9 | $ | 1,350.00 |
| 5/29/2020 | Tenant 3 | Address 3 | $ | 200.00 |
| 5/30/2020 | Tenant 8 | Address 8 | $ | 1,395.00 |
| 5/30/2020 | Tenant 33 | Address 33 | $ | 1,395.00 |
| 5/30/2020 | Tenant 18 | Address 18 | $ | 675.00 |
| | **Total:** | | $ | 56,383.29 |

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

Detail of Other Receipts and Other Disbursements

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt.  Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| See attached | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.).  Please describe below:

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.  Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| See attached bank statement | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

MOR-3

## ATTACHMENT 1

### MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: GEA Seaside Investment    Case Number: 18-0800

Reporting Period beginning 5/1/2020    Period ending 5/31/2020

ACCOUNTS RECEIVABLE AT PETITION DATE: _____

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $_____ | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $_____ | (b) |
| PLUS/MINUS: Adjustments or Writeoffs | $_____ | * |
| End of Month Balance | $_____ | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

_____
_____

### POST PETITION ACCOUNTS RECEIVABLE AGING

(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Total | |
|---|---|---|---|---|---|
| $_____ | $_____ | $_____ | $_____ | $_____ | (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| _____ | _____ | Collection Agency – In house |
| _____ | _____ | Collection Attempt |
| _____ | _____ | |

(a) This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.

(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).

(c) These two amounts must equal.

MOR-4

ATTACHMENT 2
## MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT

Name of Debtor: _GFA Seaside Investment_    Case Number: _18-0800_

Reporting Period beginning _5/1/2020_    Period ending _5/31/2020_

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

### POST-PETITION ACCOUNTS PAYABLE

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL AMOUNT _____(b)

☐ Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.

### ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)

| | |
|---|---|
| Opening Balance | $_____(a) |
| PLUS: New Indebtedness Incurred This Month | $_____ |
| MINUS: Amount Paid on Post Petition. | |
| Accounts Payable This Month | $_____ |
| PLUS/MINUS: Adjustments | $_____ * |
| Ending Month Balance | $_____(c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

### SECURED PAYMENTS REPORT

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ |

TOTAL _____(d)

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).
(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

## ATTACHMENT 3
## INVENTORY AND FIXED ASSETS REPORT

Name of Debtor: _GEA Seaside Investment_    Case Number: _18-0800_

Reporting Period beginning _5/1/2020_    Period ending _5/31/2020_

### INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE:    $ _____

INVENTORY RECONCILIATION:
|  |  |  |
|---|---|---|
| Inventory Balance at Beginning of Month | $ _____ | (a) |
| PLUS: Inventory Purchased During Month | $ _____ |  |
| MINUS: Inventory Used or Sold | $ _____ | * |
| PLUS/MINUS: Adjustments or Write-downs | $ _____ |  |
| Inventory on Hand at End of Month | $ _____ |  |

METHOD OF COSTING INVENTORY: _____

*For any adjustments or write-downs provide explanation and supporting documentation, if applicable. _____

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| _____% | _____% | _____% | _____% = | _____100%* |

* Aging Percentages must equal 100%.

☐ Check here if inventory contains perishable items.

Description of Obsolete Inventory: _____

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: _____ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): _____
_____ See attached _____

FIXED ASSETS RECONCILIATION:
|  |  |  |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month | $ _____ | (a)(b) |
| MINUS: Depreciation Expense | $ _____ |  |
| PLUS: New Purchases | $ _____ |  |
| PLUS/MINUS: Adjustments or Write-downs | $ _____ | * |
| Ending Monthly Balance | $ _____ |  |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: _____ none _____

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

<u>ATTACHMENT 4A</u>

<u>MONTHLY SUMMARY OF BANK ACTIVITY – OPERATING ACCOUNT</u>

Name of Debtor: GEA Seaside Investment     Case Number: 18-0800

Reporting Period beginning 5/1/2020     Period ending 5/31/2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at ~~http://www.usdoj.gov/ust/r21/reg_info.htm~~. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: TD Bank     BRANCH: Jacksonville

ACCOUNT NAME: Property Daytona Management     ACCOUNT NUMBER: 4357169684 / 4363291809

PURPOSE OF ACCOUNT: _____ OPERATING _____

| | | |
|---|---|---|
| Ending Balance per Bank Statement | S | |
| Plus Total Amount of Outstanding Deposits | S | |
| Minus Total Amount of Outstanding Checks and other debits | S | * |
| Minus Service Charges | S | |
| Ending Balance per Check Register | S | **(a) |

*Debit cards are used by____ Aberman, Jack _____

**If Closing Balance is negative, provide explanation:_____

The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

<u>TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS</u>

"Total Amount of Outstanding Checks and other debits", listed above, includes:

S ____ Ø ____ Transferred to Payroll Account
S ____ Ø ____ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 4B**

**MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT**

Name of Debtor: GEA Seaside Investment    Case Number: 18-0800

Reporting Period beginning 5/1/2020    Period ending 5/31/2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity.
A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: TD Bank    BRANCH: Jacksonville

ACCOUNT NAME: Property Management    ACCOUNT NUMBER: 4357169684/4365291809
PURPOSE OF ACCOUNT: Daytona    PAYROLL

|  |  |  |
|---|---|---|
| Ending Balance per Bank Statement | $ |  |
| Plus Total Amount of Outstanding Deposits | $ |  |
| Minus Total Amount of Outstanding Checks and other debits | $ | * |
| Minus Service Charges | $ |  |
| Ending Balance per Check Register | $ | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** NA

The following disbursements were paid by Cash:  ( ☐ Check here if cash disbursements were authorized
by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
"Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: GEA Seaside Investment          Case Number: 18-0800

Reporting Period beginning 5/1/2020          Period ending 5/31/2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A
standard bank reconciliation form can be found on the United States Trustee website,
http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: TD Bank          BRANCH: Jacksonville

ACCOUNT NAME: Property Management (Daytona)          ACCOUNT NUMBER: 4357169684/436529180

PURPOSE OF ACCOUNT: TAX

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ | |
| Plus Total Amount of Outstanding Deposits | $ | |
| Minus Total Amount of Oustanding Checks and other debits | $ | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ | **(a) |

**\*Debit cards must not be issued on this account.**

**\*\*If Closing Balance is negative, provide explanation:** NA

The following disbursements were paid by Cash: ( ☐ Check here if cash disbursements were authorized by
                                                United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as
"Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

MOR-11

**ATTACHMENT 4D**

**INVESTMENT ACCOUNTS AND PETTY CASH REPORT**

**INVESTMENT ACCOUNTS**

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately.  Attach copies of account statements.

| Type of Negotiable Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| None |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL _____(a)

**PETTY CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

TOTAL    $_____(b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts.  If there are no receipts, provide an explanation**_____

_____

_____

_____

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b)**    $_____(c)

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: CoEA Seaside Investment  Case Number: 18-0800

Reporting Period beginning 5/1/2020  Period ending 5/31/2020

NAME OF BANK: TD Bank  BRANCH: Jacksonville

ACCOUNT NAME: Daytona Property Management

ACCOUNT NUMBER: 4357109484 / 436529180 9

PURPOSE OF ACCOUNT: OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

TOTAL  $

**ATTACHMENT 5A**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: CoEA Seaside Investment    Case Number: 18-0800

Reporting Period beginning 5/1/2020    Period ending 5/31/2020

NAME OF BANK: TD Bank    BRANCH: Jacksonville

ACCOUNT NAME: Daytona Property Management

ACCOUNT NUMBER: 435711069684 / 436529187 9

PURPOSE OF ACCOUNT: OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
| TOTAL |            |       |         | $      |

MOR-8

## ATTACHMENT 5B
## CHECK REGISTER - PAYROLL ACCOUNT

Name of Debtor: _GEA Seaside Investment_          Case Number: _18-0800_

Reporting Period beginning _5/1/2020_          Period ending _5/31/2020_

NAME OF BANK: _TD Bank_          BRANCH: _Jacksonville_

ACCOUNT NAME: _Daytona Property Management_

ACCOUNT NUMBER: _4357169684 / 4365291800_

*PURPOSE* OF ACCOUNT: _PAYROLL_

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|------|--------------|-------|---------|--------|
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |
|      |              |       |         |        |

TOTAL                                                                $

## ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor: GEA Seaside Investment     Case Number: 18-0800

Reporting Period beginning 5/1/2020          Period ending 5/31/2020

NAME OF BANK: TD Bank          BRANCH: Jacksonville

ACCOUNT NAME: Property Management Daytona     ACCOUNT # 4357169684/4363291809

PURPOSE OF ACCOUNT: TAX

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | NA | NA | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL _____(d)

### SUMMARY OF TAXES PAID

| | |
|---|---|
| Payroll Taxes Paid | _____(a) |
| Sales & Use Taxes Paid | _____(b) |
| Other Taxes Paid | _____(c) |
| TOTAL | _____(d) |

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).

(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).

(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).

(d) These two lines must be equal.

### ATTACHMENT 6

### MONTHLY TAX REPORT

Name of Debtor: GEA seaside Investment    Case Number: 18-0800

Reporting Period beginning 5/1/2020    Period ending 5/31/2020

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| Volusia | Property | Taxes | 2020 | | |
| | Irs | Tax leins | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL    $ _____

## ATTACHMENT 7

### SUMMARY OF OFFICER OR OWNER COMPENSATION

#### SUMMARY OF PERSONNEL AND INSURANCE COVERAGES

Name of Debtor: GEA Seaside Investment    Case Number: 18-0800

Reporting Period beginning 5/1/2020    Period ending 5/31/2020

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

#### PERSONNEL REPORT

|  | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | _____ |
| Number hired during the period | NA | _____ |
| Number terminated or resigned during period | _____ | _____ |
| Number of employees on payroll at end of period | _____ | _____ |

#### CONFIRMATION OF INSURANCE

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| _____ | _____ | _____ | NA | _____ | _____ |
| _____ | _____ | _____ | | _____ | _____ |

The following lapse in insurance coverage occurred this month:

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

⌐ Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)*; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc.   Attach any relevant documents.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before _____.

MOR-16