Dated: August 20, 2020

ORDERED.

Jerry A. Funk
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:   GEA SEASIDE INVESTMENT, INC.

CASE NO.: 3:18-bk-00800-JAF
Chapter 11

Debtor(s).

## ORDER GRANTING DEBTOR'S MOTION TO DETERMINE SECURED STATUS OF CLAIM OF COUNTY OF VOLUSIA AND TO STRIP LIEN EFFECTIVE IMMEDIATELY
## (3764 CARDINAL BOULEVARD, PORT ORANGE, FLORIDA 32127)

THIS CASE is before the Court on the Debtor's Motion to Determine Secured Status of County of Volusia ("Creditor") and to Strip Lien Effective Immediately (the "Motion"; Doc. 1281). The motion was served on Creditor on July 16, 2020 with the Local Rule 2002-4 negative notice legend informing the Creditor of its opportunity to object within 30 days of the date of service. Creditor failed to file an objection within the time permitted. The Court therefore considers the matter to be unopposed. Accordingly, it is

**ORDERED:**

1

1. The Motion is GRANTED.

2. The claim of County of Volusia shall be treated as an unsecured claim in the Chapter 11 Case.

3. The real property (the "Real Property") that is the subject of the Motion is located at 3764 Cardinal Boulevard, Port Orange, Florida 32127, and more particularly described as follows:

> E 100 FT OF S 100 FT OF N 2880 FT WINTHROP HOLDING CO RESUB HALIFAX ESTATES PER OR 4973 PG 1020 PER OR 5543 PG 1144 PER OR 5576 PG 3965, public records of Volusia County.
>
> Parcel Identification Number: 6302-06-00-0460

4. The lien held by County of Volusia recorded at OR Book 7345, Page 4677 of the Official Records of Volusia County, Florida, shall be deemed void and the lien shall be stripped effective immediately without need for further order of the Court. Pursuant to 11 U.S.C. § 1141(d), confirmation of a Plan in a corporate case acts as a discharge and the Confirmation Order was entered July 20, 2020 (Doc. 1282).

Taylor J. King, Attorney for Debtor, is directed to serve a copy of the Order on interested parties and file a proof of service within three (3) days of entry of the Order.