Dated:  October 22, 2020

ORDERED.

*Jerry A. Funk*
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourts.gov

**IN RE:**

| | |
|---|---|
| GEA SEASIDE INVESTMENT INC. | CASE NO.: 3:18-bk-00800-JAF |
| *dba* GEA SEASIDE INVESTMENTS INC. | CHAPTER: 11 |
| DEBTOR(S). | |

_____/

**AGREED ORDER RESOLVING MOTION FOR SANCTIONS AND REQUEST FOR AWARD OF ATTORNEY'S FEES**
**(RED STICK ACQUISITIONS, LLC C/O STATEBRIDGE COMPANY)**
**(Cancelling Trial on November 9, 2020 at 10:00 A.M.)**

THIS CASE came on for consideration without a hearing upon the Motion for Sanctions and Request for Award of Attorney's Fees (the "Motion"; Doc. 1292) filed by Debtor against Red Stick Acquisitions, LLC c/o Statebridge Company ("Creditor"). Based upon agreement of the Debtor and Creditor, the Court finds as follows:

1. Once Creditor receives and processes the October 2020 payment (Check #995936 - $780), Debtor will have paid a total of $14,040 to Creditor from February 2019 to present.

2. Total payments due through October 2020 equal $15,885.

3. Debtor is therefore currently delinquent $1,845.

4. Creditor agrees to credit Debtor's account $1,000. After applying this credit, Debtor will be delinquent $845 in addition to the regular payment of $738.72 due for November 1, 2020.

5. In addition, Creditor agrees to issue payment within ten (10) days in the amount of $1,000 payable to "Mickler & Mickler" and mailed to Taylor J. King, Esq., 5452 Arlington Expressway, Jacksonville, FL 32211.

Accordingly, it is

**ORDERED:**

1. The Motion is **GRANTED in part and DENIED in part** as outlined below.

2. Within ten (10) days from the entry of this order, Creditor shall issue payment in the amount of $1,000 payable to "Mickler & Mickler" and mailed to Taylor J. King, Esq., 5452 Arlington Expressway, Jacksonville, FL 32211.

3. Creditor shall credit Debtor's account $1,000. After applying this credit, Debtor will be delinquent $845 in addition to the regular payment of $738.72 due for November 1, 2020.

4. Within ten (10) days from the entry of this order, Debtor shall pay $845 to cure the delinquency.

5. Within ten (10) days from the entry of this order, Creditor shall withdraw the Notice of Default (Doc. 1156).

6. Payments to Creditor shall be payable to "Statebridge Company" and addressed to:

Statebridge Company
6061 S. Willow Dr., Suite 300
Greenwood Village, CO 80111

7. The terms of Agreed Order Granting Motion for Cramdown/1129(b) *(Class 5 Secured*

*Claim of Red Stick Acquisitions c/o SN Servicing 320 N. Peninsula Dr., Daytona Beach, FL 32118)* (the "Class 5 Agreed Order"; Doc. 746) and terms of the Confirmation Order as they relate to Class 5 remain in full force and effect, except to the limited extent modified herein. Payments shall continue to come due as outlined in the Class 5 Agreed Order and the Confirmation Order.

| | |
|---|---|
| **SOKOLOF REMTULLA, LLC** | **LAW OFFICES OF MICKLER AND MICKLER, LLP** |
| By: */s/ Owen H. Sokolof* <br> Owen H. Sokolof <br> Florida Bar No. 54091 <br> 224 Datura St., Ste 515 <br> West Palm Beach, FL 33401-5633 <br> (954) 564-0071 <br> osokolof@floridalitlaw.com <br> Attorney for Creditor | By: */s/ Taylor J. King* <br> Taylor J. King <br> Florida Bar No. 72049 <br> 5452 Arlington Expressway <br> Jacksonville, FL 32211 <br> (904)725-0822 <br> tjking@planlaw.com <br> Attorney for Debtor |

*Filer's Attestation: Pursuant to Local Rule 1001-2(e)(3) regarding signatures, Taylor J. King, attests that concurrence in the filing of this paper has been obtained.*

Taylor J. King, Attorney for Debtor, is directed to serve a copy of the Order on interested parties and file a proof of service within three (3) days of entry of the Order.