UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

IN RE: §
§ VARIOUS CASES
§
VARIOUS DEBTORS §
§

**F I L E D**
JACKSONVILLE, FLORIDA

OCT 2 3 2020

CLERK, U. S. BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

## NOTICE OF ADDRESS CHANGE

A CLAIM HAS BEEN FILED IN THE ATTACHED LIST OF CASES or deemed filed under 11 U.S.C. § 1111(a). PLEASE TAKE NOTICE that the notice address and payment address for the below mentioned Creditor has changed. Please update the cases and claims registers with the new information outlined below.

**Prior Name and Address where notices should be sent:**
Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129

Phone: (800) 315-4757

**Prior Name and Address where payments should be sent:**
Specialized Loan Servicing LLC
PO Box 636007
Littleton, CO 80163

**Current Name and Address where notices should be sent:**
Specialized Loan Servicing LLC
6200 S. Quebec Street
Greenwood Village, CO 80111

Phone: (800) 315-4757

**Current Name and Address where payments should be sent:**
Specialized Loan Servicing LLC
6200 S. Quebec Street
Greenwood Village, CO 80111

Dated: 10/22/2020

Respectfully submitted,
Bonial & Associates, P.C.

Craig Edelman
14841 Dallas Parkway, Suite 300
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: POCInquiries@BonialPC.com
Authorized Agent for Creditor

| Case Number | Debtor 1 Name | Debtor 2 Name |
|---|---|---|
| 15-02251 | Talavera, Nancy Gonzalez | |
| 15-03731 | Hills Jr, Franklin | |
| 15-04381 | Harrell, Brenda M. | |
| 15-04715 | Krieger, Stacey Ann | Krieger, Larry Richard |
| 15-04901 | Whyte, Michael B. | Whyte, Christine M. |
| 15-04912 | Ramirez, Roberto J. | |
| 15-05831 | White, Theo V. | |
| 15-08553 | Caswell, William Ernest | |
| 15-08562 | Moghadasi, Farid | |
| 15-08860 | Farkas, Alexander | |
| 15-09055 | Reyes, Daniel | |
| 15-09067 | Vargas, Milagros | |
| 15-09161 | Osterlind, Jeffery | |
| 15-09589 | Lambiase, Vincent J. | Lambiase, Michele H. |
| 15-09589 | Lambiase, Vincent J | Lambiase, Michele H |
| 15-10193 | Somsamout , Preesa | Somsamout , Anousone S. |
| 15-10287 | Radwanski, Adam Ryan | |
| 15-10632 | Mirabal, Delmari | |
| 15-10687 | Heald, Keven | |
| 15-11305 | Ross, Jayne Marie | Ross, Charles William |
| 16-00154 | Sylvestro , Nicholas John | |
| 16-00338 | Hampton, Latroy S. | Hampton, Shyihona R. |
| 16-00473 | Vlack, Renee Van | |
| 16-00674 | Mackenzie, Mark John | Mackenzie, Phyllis Jean |
| 16-00698 | East, Gloria H | |
| 16-00698 | East, Gloria H | |
| 16-00792 | Santiago, Luz M. | |
| 16-00851 | Parrott , Clayton Carl | |
| 16-01003 | Pike, Douglas Daniel | |
| 16-01020 | Bialo, Patricia A. | |
| 16-01028 | Pajic, Hamzo | |
| 16-01095 | Garibaldi, James Ronald | Garibaldi, Alicia Elizabeth |
| 16-01460 | Patel, Ajay Dinbandhu | Patel, Sheetal Ajay |
| 16-01839 | Jarvis, Lois M. | |
| 16-01842 | Willems, Shane D. | Willems, Laura A. |
| 16-01956 | Maestri, Ruth A. | |
| 16-02001 | Oliva, Yosvanis | |
| 16-02244 | Lane , Debbie L | |
| 16-02267 | Toribio, Jose M | Toribio, Maria M. |
| 16-02592 | Marcial, Jr. , Felicito | |

1

| Case Number | Debtor 1 Name | Debtor 2 Name |
|---|---|---|
| 16-02883 | Torrey, Paul James | Torrey, Brenda Rice |
| 16-02991 | Green, Ronald S. | |
| 16-02991 | Green, Ronald S. | |
| 16-03002 | Eckhardt, Ferdinand | |
| 16-03109 | Salter, Ruttnet | |
| 16-03126 | Arnold, Othel Thomas | Riggins-Arnold, Rhonda LaValle |
| 16-03426 | Larocca, Susan | |
| 16-03660 | Graves, Rasheda Dionne | |
| 16-05158 | McCullum-Floyd, Andrea Joyce | |
| 16-05633 | Hill, REGINA Irene | |
| 16-06653 | Del Risco, Luis Arturo | Acosta, Adriana Patricia |
| 16-06742 | Snyder, Dennis J. | |
| 16-06836 | Dern, Jeffrey T. | |
| 16-07321 | Smith, Jr., Randel Craig | Smith, Jan Marie |
| 16-07886 | Jones, Rachael Olivia | |
| 16-08035 | Passmore, Gary Jon | Passmore, Melissa Ann |
| 16-08208 | PERKINS, Floyd Willboford | Perkins, Daralee Debra |
| 16-08820 | Irwin, Diane | Irwin, Darryll Russell |
| 16-11020 | Beller, Todd M. | |
| 17-00132 | Smith, JR, Larry | |
| 17-00135 | Brown-King, Stacey Lashawn | |
| 17-00269 | Newberry, Linda M. | |
| 17-00764 | Couch, Theresa Elizabeth | |
| 17-00919 | Elliott, Riley Thomas | Elliott, Sarah Nicole |
| 17-00932 | Ramos, Edwin | |
| 17-00932 | Ramos, Edwin | |
| 17-01254 | Vucicevic, Branko | |
| 17-01549 | Shavers, La'Shosha | |
| 17-01551 | Puryear, Eric Gordon | |
| 17-01648 | Frost, Sr., Jimmy L. | |
| 17-01648 | Frost, Sr., Jimmy L. | |
| 17-01741 | White, Deanna Lynne | |
| 17-01819 | Pendleton II, Glenn Edward | Pendleton, Carol Ann |
| 17-02030 | Williams, Deborah Michelle | |
| 17-02074 | Kunsberg, Ralph Lewis | Kunsberg, Linda Diane |
| 17-02103 | Roberts, Kevin Lee | |
| 17-02370 | Rogers, John Christopher | Rogers, Kalia Teresa |
| 17-02449 | Atchison, Judy M. | |
| 17-02931 | Taylor, Patricia C. | |
| 17-02947 | Mauger, Edzer Muraille | |

| Case Number | Debtor 1 Name | Debtor 2 Name |
|---|---|---|
| 17-03167 | Walsh, Charles | |
| 17-03170 | Koon, William Kirk | |
| 17-03188 | Burkett, Brian Keith | |
| 17-03232 | Lemus, Isabel | Fernandez, Edwin |
| 17-03297 | Boyer, James C. | Boyer, Jenny C. |
| 17-03316 | McCullah, Willie | |
| 17-03335 | Combs, Angela | |
| 17-04165 | Scott, James Clinton | |
| 17-05010 | Grof, Denise A | |
| 17-05110 | Rubino, Richard | Rubino, Rochelle M. |
| 17-05627 | Yeung, Christopher K. | Yeung, Luisa Yvetee |
| 17-05698 | Smelko, JOSEPH Adam | |
| 17-05729 | Nieves, Josue Rivera | |
| 17-06018 | Schaefer, Scott C. | Schaefer, Annette Louise |
| 17-06258 | Gentry, Robert B | |
| 17-06333 | Renelus, Paula Henry | |
| 17-06552 | Mathis, Bettye | |
| 17-06755 | McBride, Cindy Denise | |
| 17-06820 | Gunning, Mary Jane | Gunning, Christopher |
| 17-06911 | Tong, Spencer S. | Tong, Neysa T. |
| 17-07061 | Barber, Kenneth Lennorris | |
| 17-07163 | Joslin, Frank S. | Joslin, Consuelo D. |
| 17-07592 | Vazquez, Severina | |
| 17-08496 | Allen, Hildra Lee | Allen, Lisa Denise |
| 18-00335 | Stephens, Bobbi C | |
| 18-00485 | Hunt, Lisa J. | |
| 18-00623 | Abrams, Teresa Rene | |
| 18-00703 | Koch, Richard Eugene | Koch, Marjorie Ann |
| 18-00800 | Investment Inc. , GEA Seaside | |
| 18-00800 | Investment Inc., GEA Seaside | |
| 18-00800 | Investment Inc., GEA Seaside | |
| 18-00840 | Castillo, Zaneta Lynn | |
| 18-00863 | Rodriguez, Pura C. | |
| 18-01070 | Sindy, Yvette M | |
| 18-01111 | Ravaglia, Alfio | |
| 18-01400 | Gautier, Jean Francois | |
| 18-01910 | Tressler, Barry D. | Tressler, Shari D. |
| 18-02070 | Ravelo, Richard Augusto | Ravelo, Holly Janine |
| 18-02239 | Paulk, Marcia A. | |
| 18-02354 | Mendez-Pagan, Manuel | Cruz , Vivian Johan Falcon |

3

| Case Number | Debtor 1 Name | Debtor 2 Name |
|---|---|---|
| 18-02447 | Goff, Lloyd Wesley | |
| 18-02579 | Schierenbeck, Ty John | |
| 18-02584 | Rodriguez, Maria M. | |
| 18-02692 | Castillo, Luis F. | Castillo, Helen |
| 18-03088 | Svatos, Nikki Le | |
| 18-03097 | Grace, Patricia Ann | |
| 18-03227 | Lynch, Patrick J | |
| 18-03266 | Scarpa, Kathryn Arlene | |
| 18-03607 | Peyton, Jason M. | |
| 18-03655 | Pesonen, Laurie | |
| 18-03993 | Parks, Fred M | |
| 18-04015 | Fay, Christopher John | |
| 18-04344 | Montgomery, III, Lee E | MONTGOMERY, Stacey G |
| 18-04823 | Bracamonte, Jorge P | Arribas, Hilda D |
| 18-04868 | Anderson, Derrick Michael | Anderson, Jennifer Leigh |
| 18-04945 | Suarez, Rafael | Gonzalez, Maritza |
| 18-05260 | Lomba, Djair Teixeira | |
| 18-05355 | Leal, Judith P | |
| 18-05403 | Keys, Sr., Jamie Alonzo | |
| 18-05661 | Gandia, Aaron L | Perez, Andry B |
| 18-06259 | Micallef, Dana | |
| 18-06422 | Kelly, Al M | |
| 18-06595 | Hemingway, Richard Darvin | |
| 18-06875 | Patino, Ana C. | |
| 18-07068 | Armbruster, David Eugene | Armbruster, Teresa Marie |
| 18-07358 | Beharry, Timia T. | |
| 18-07439 | Julian, Michael Kirby | |
| 18-07559 | Sudano, Brian Natale | Sudano, Rachele Leigh |
| 18-07824 | Joseph, Knowland Paul | Joseph, Ingrid |
| 18-07893 | Espinoza, Nally | |
| 18-07894 | Erlich, Michael A. | |
| 18-08041 | Call Jr., William B. | Call, Sandra S. |
| 18-08958 | Wastchak, Marjorie Ann | |
| 18-09477 | Figueroa, Miguel Angel | Figueroa, Stephanie Lynn |
| 18-10396 | Palo, Lisa | |
| 18-10614 | Armstrong, Audrey Lynn | |
| 19-00095 | Storr, Jose Brian | McGarrity, Rona V. |
| 19-00097 | Thomas, Jefferson John | |
| 19-00239 | Rodriguez Calderon, Hector Juan | |
| 19-00265 | Ciesla, Gary Michael | Ciesla, Lynn M |

| Case Number | Debtor 1 Name | Debtor 2 Name |
|---|---|---|
| 19-00269 | Castillo Jr, Adolfo | |
| 19-00269 | Castillo, Jr., Adolfo | |
| 19-00427 | Hicks, III, Eugene O. | Hicks, Maxine |
| 19-00512 | Rodriguez, Leoncio | |
| 19-00641 | Sanderson, Edna J. | |
| 19-00644 | Khan, Shahabadeen | Khan, Bibi Acklima |
| 19-00652 | Kicklighter, Tia Michelle | |
| 19-00683 | Parveen, Suma | |
| 19-00835 | Munoz, Hector Hernando | Munoz, Janet |
| 19-00842 | Yaffe, Lacinda Ann | |
| 19-01040 | DeJesus, Sr., David | DeJesus, Anila |
| 19-01308 | Jones, Jr., Truman Rudolph | |
| 19-01325 | Sumlar, Barbara B. | |
| 19-01358 | White, Alexander R. | |
| 19-01368 | Lee, Teresa Margaret | |
| 19-01519 | Fernandez, Daniel E. | |
| 19-01578 | Sannasardo, Robert J | Sannasardo, Terri M |
| 19-01768 | McRae Jones, Hannah | |
| 19-01768 | Jones, Hannah McRae | |
| 19-01816 | Jones, Giri | Jones, Brenda Maria Thompson |
| 19-02037 | Aldrich, Robert Stephen | Aldrich, Pamela Jean |
| 19-02057 | Wiggins, Lamonica S. | |
| 19-02092 | Clark-Jackson, Tangerlar D. | |
| 19-02182 | Fedrick, John L. | Fedrick, Deborah Carol |
| 19-02339 | Johnson, Susan T | |
| 19-02600 | Patton, Kelly | Patton, Theodore |
| 19-02810 | Lewis JR., Irving Nelson | Lewis, Joyce Ann |
| 19-02898 | McGee, Diane | |
| 19-02986 | Ruise, Shirley M. | |
| 19-03571 | Witherup, Felicia Yolanda | |
| 19-03963 | Clements, Andrea Phillips | |
| 19-04044 | Gatewood II, Darnell L. | Gatewood, Melissa A. |
| 19-04132 | Velazquez, Victor | |
| 19-04198 | Koller, Dana Beth | |
| 19-04204 | Urra, Jesse Maximillian | Urra, Beatriz MARIA |
| 19-04317 | Mccall, Donnette Leatrice | |
| 19-04403 | Trott, Mark W. | |
| 19-04417 | James, Rhodora Lynn | |
| 19-04448 | Vaskovsky, Keith Lee | Vaskovsky, Linda Ann |
| 19-04464 | Acton, JOSEPH | Acton, Kimberly Ann |

5

| Case Number | Debtor 1 Name | Debtor 2 Name |
| --- | --- | --- |
| 19-04549 | Washington, Doretha | |
| 19-04553 | Butts, Willie Darnell | |
| 19-04692 | Reynolds, Angelia A. | |
| 19-04713 | Kop, Edward R. | Kop, Barbara A. |
| 19-04750 | Shaw, John B. | Shaw, Deborah Jean |
| 19-04934 | Raffety, Kreig L. | Raffety, Katherine E. |
| 19-05294 | Jonathas, Francois Josue | Jonathas, Blosette |
| 19-05299 | Abner, JOSEPH Anthony | |
| 19-05620 | Montanez, Marisol | |
| 19-05814 | Kessler, Peter Scott | |
| 19-05927 | Williams, Michael C. | |
| 19-05987 | Jose, Roberto Racimo | |
| 19-06195 | Jordan, Mike Gary | |
| 19-06494 | Valarezo, Euro O | |
| 19-06506 | Duff III, Edwin H. | Duff, Pamela W. |
| 19-06517 | Narvaez, Luis A. | |
| 19-06743 | Capaldo, Michael | |
| 19-06758 | Simmons, David L. | Simmons, Carol V. |
| 19-06909 | Laabichi, Mohammed | Laabichi, Margaret Mary |
| 19-07412 | Merchant, Itela | |
| 19-07431 | Moore JR., James | |
| 19-07472 | Kimble, Nakeatha | |
| 19-08421 | Donaldson, Jr., Headley G. | |
| 19-08544 | Hatcher, Gregory D. | |
| 19-08758 | Groves, Tonika | |
| 19-09992 | Mims, Susan Marie | |
| 19-10668 | Dongvort, Flora Lee | |
| 19-10729 | Slover, William | |
| 19-11150 | Revilla, John A. | |
| 19-11620 | Ovsanik, Jr., Andrew Nicholas | |
| 19-11735 | Schiefler, Karen Rosalie | |
| 20-00086 | Moran, John A | Moran, Anita A |
| 20-00224 | Kling, Susan Lynn | |
| 20-00257 | Jones, Kathy T. | |
| 20-00311 | Smith, Dean Wendell | Smith, Blythe Beverly |
| 20-00419 | Plasoti, Edmond | Plasoti, Mimoza |
| 20-00451 | Barnes, Jacquelyn A | |
| 20-00486 | Langford, Cecilia Mary | |
| 20-00520 | Seidito, Salvatire | |
| 20-00633 | Richardson, Elizabeth Yvonne | |

| Case Number | Debtor 1 Name | Debtor 2 Name |
|---|---|---|
| 20-00758 | Mitchell, Julie Ann | |
| 20-00769 | Ramirez, Roberto | |
| 20-00790 | Gaw, Jennifer Jane | |
| 20-00851 | Vasquez, Zenaida R. | |
| 20-00856 | Booras, Jean Marie | |
| 20-00865 | Weldon, Kimmie D | |
| 20-01025 | Maxey, Terri | |
| 20-01058 | Atkins, Crispian J. | Atkins, Stephanie R. |
| 20-01137 | Comella, Timothy Brian | Comella, Cindy Ann |
| 20-01365 | Castaneda, Daniel | |
| 20-01368 | Dennis, Arthur R. | Dennis, Pauline C. |
| 20-01417 | Williams, Samantha Tania | |
| 20-01484 | Williams, Garrett Lamar | |
| 20-01648 | Hicks, Adam T. | |
| 20-01788 | Granados, Diego Mauricio Paramo | Paramo, Yelithza |
| 20-01813 | De La Cruz, Juan Bautista | Rivera, Judith |
| 20-02056 | Hall, Patrick L. | Hall, Alison |
| 20-02187 | Fitzgerald, Edward Francis | |
| 20-02287 | Aguilar, Jose Luis | |
| 20-02336 | Montayre, Joffre Pacana | Montayre, Cynthia Marie |
| 20-02404 | Willis, Jason Scott | |
| 20-02436 | Randosh, Ha Yong Kim | |
| 20-02484 | Hartley, Brett Lawrence | Hartley, Rachel |
| 20-02586 | Dharwarkar, Vaman Hayavadan | Dharwarkar, Malathi V. |
| 20-02694 | Nova, Genevieve Lynn | |
| 20-02694 | Nova, Genevieve Lynn | |
| 20-02901 | McCoy, Norleen | |
| 20-03493 | Thomas, Latisha Evette | |
| 20-03643 | Peraza, Hazel Liliana | |
| 20-03722 | Larrimore, Franziska Margret | |
| 20-04271 | Hoffman, JOSEPH Guy | Hoffman, Donna Longwell |
| 20-04414 | Swider, Michael Anthony | Swider, Amy Elizabeth |
| 20-04414 | Swider, Michael Anthony | Swider, Amy Elizabeth |
| 20-04422 | Rajkumar, Gladys G. | |
| 20-04455 | David, Gregory | Colberg- David , Ruth |
| 20-04515 | Harilal, Mahadeo Persaud | |
| 20-04616 | Kabella, John Albert | Pischeda, Sean Edward |
| 20-04618 | Martin, Clifton | |
| 20-05843 | Whitter, Trent Derod | |
| 20-05844 | Landi, John Anthony | |

| Case Number | Debtor 1 Name | Debtor 2 Name |
|---|---|---|
| 20-06584 | Joline, Glen James | Joline, Tracey Lyn |
| 20-06982 | Kiser, Randall D. | Kiser, Amanda A. |