**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:   GEA SEASIDE INVESTMENT INC.

CASE NO.: 3:18-bk-0800-JAF
Chapter 11

Debtor(s).

**AGREED MOTION TO CONTINUE TRIAL**
**(January 28, 2021 at 11:00 a.m.)**

Debtor and Deutsche Bank National Trust Company c/o Select Portfolio Servicing ("Creditor"), by and through their undersigned counsel, file this agreed motion requesting a continuance of the trial scheduled for January 28, 2021 at 11:00 a.m. on the Objection to Claim 59 (Doc. 526). The parties believe a continuance will allow the parties additional time to discuss settlement of the issues raised in the Objection. Debtor has conveyed a settlement offer and is awaiting a response from the Creditor.

Accordingly, Debtor and Creditor request the court reschedule the Trial for a period of 45 days and extend all outstanding deadlines.

Dated this 22nd day of January, 2021.

| **SHD LEGAL GROUP, P.A.** | **LAW OFFICES OF MICKLER AND MICKLER, LLP** |
|---|---|
| By: */s/ Adam Diaz* <br> Adam Diaz, Esq. <br> Florida Bar No. 98379 <br> 499 NW 70th Ave. <br> Suite 309 <br> Plantation, FL 33317 <br> (954) 564-0071 Ext. 140 <br> IMoghimi-Kian@dallegal.com <br> Attorney for Secured Creditors | By: */s/ Taylor J. King* <br> Taylor J. King, Esq. <br> Florida Bar No. 72049 <br> 5452 Arlington Expressway <br> Jacksonville, FL 32211 <br> (904)725-0822 <br> tjking@planlaw.com <br> Attorney for Debtor |

*Filer's Attestation: Pursuant to Local Rule 1001-2(e)(3) regarding signatures, Taylor J. King, attests*

*that concurrence in the filing of this paper has been obtained*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished to Office of the United States Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL 32801 and to all interested parties as listed on the court's matrix, by CM/ECF electronic filing, this 22nd day of January, 2021.

        Law Offices of Mickler & Mickler

        By: */s/ Taylor J. King*
            TAYLOR J. KING
        Florida Bar No. 072049
        Attorney for Debtor in Possession
        5452 Arlington Expressway
        Jacksonville, FL 322211
        (904) 725-0822/FAX 725.0855
        tjking@planlaw.com