Official Form 417A (12/18)

UNITED STATES BANKRUPTCY COURT MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:
GEA SEASIDE INVESTMENT, INC.          CASE NO.: 3:18-bk-00800-JAF
Debtor.

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

**Part 1: Identify the appellant(s)**

1. Name(s) of appellant(s): AnnElise & David Treder, Iris Oswald, Tammy Cruz, Mary & Paul Savard, Barbara Burnes, B. Pooler, R. Coffey, R. Anderson

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
☐ Plaintiff
☐ Defendant
☐ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.
☐ Debtor
☑ Creditor
☐ Trustee
☐ Other (describe) _____

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from: Order Denying Motion to Amend Confirmation Order

2. State the date on which the judgment, order, or decree was entered: January 22, 2021

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: GEA Seaside Investment, Inc.    Attorney: Taylor J. King, Esquire
   5452 Arlington Expressway
   Jacksonville, FL 32211
   904-725-0822

2. Party: AnnElise & David Treder, Iris Oswald, Tammy Cruz, Mary & Paul Savard, Barbara Burnes, B. Pooler, R. Coffey and R. Anderson    Attorney: Deborah M. Hallisky, Esquire
   Florida Bar No. 0226180
   1834 Mason Avenue
   Daytona Beach, Florida 32117
   (866) 897-6970 (Phone/Fax)

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☑ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

_/s/ Deborah M. Hallisky_  
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: February 5, 2021

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Deborah M. Hallisky, Esquire  
1834 Mason Avenue, Ste 100  
Daytona Beach, Florida 32117  
(866) 897-6970 (Phone/Fax)

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

[**Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]