United States Bankruptcy Court
Middle District of Florida

| | |
|---|---|
| In re: | Case No. 18-00800-JAF |
| GEA Seaside Investment Inc. | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113A-3 | User: pcathy-ja | Page 1 of 4 |
| Date Rcvd: Feb 08, 2021 | Form ID: 3TAPNR | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | GEA Seaside Investment Inc., 428 North Peninsula Drive, Daytona Beach, FL 32118-4038 |
| 27656899 | + | AnnElise and David Treder, c/o Hallisky & Davis, 1834 Mason Avenue, Suite 100, Daytona Beach, FL 32117-5101 |
| 27657300 | + | Barbara Burnes, c/o Hallisky & Davis, 1834 Mason Avenue, Suite 100, Daytona Beach, Florida 32117-5101 |
| 27657298 | + | Brian Pooler, Renea Coffey, Reba Anderson, c/o Hallisky & Davis, 1834 Mason Avenue, Suite 100, Daytona Beach, Florida 32117-5101 |
| 27656931 | + | Iris Oswald, c/o Hallisky & Davis, 1834 Mason Avenue, Suite 100, Daytona Beach, FL 32117-5101 |
| 27657255 | + | Mary and Paul Savard, c/o Hallisky & Davis, 1834 Mason Avenue, Suite 100, Daytona Beach, Florida 32117-5101 |
| 27656943 | + | Tammy Cruz, c/o Hallisky & Davis, 1834 Mason Avenue, Suite 100, Daytona Beach, FL 32117-5101 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 10, 2021        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron R. Wolfe | on behalf of Creditor 320 FBR LLC awolfe@doranlaw.com, bshoner@doranlaw.com |
| Adam A Diaz | on behalf of Creditor U.S Bank National Association adiaz@dallegal.com |
| Adam A Diaz | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY adiaz@dallegal.com |

| | | |
|---|---|---|
| District/off: 113A-3 | User: pcathy-ja | Page 2 of 4 |
| Date Rcvd: Feb 08, 2021 | Form ID: 3TAPNR | Total Noticed: 7 |

Adam A Diaz
    on behalf of Creditor Wilmington Trust  N.A. adiaz@dallegal.com

April G Harriott
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee for Argent Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-M1 aharriott@raslg.com

April G Harriott
    on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY  NATIONAL ASSOCIATION AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2005-RS7 aharriott@raslg.com

April G Harriott
    on behalf of Creditor U.S. Bank National Association  As Trustee, Successor In Interest To Bank Of America, National Association, As Trustee, Successor By Merger To Lasalle Bank National Association, As Trustee For Merrill aharriott@raslg.com

April G Harriott
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR ASSET BACKED SECURITIES CORPORATION HOME EQUITY LOAN TRUST, SERIES OOMC 2006-HE3, ASSET BACKED PASS-THROUGH CERTIFICATES, SERIES OOMC 2006-HE3 aharriott@raslg.com

April G Harriott
    on behalf of Creditor THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS TRUSTEE FOR FIRST HORIZON ALTERNATIVE MORTGAGE SECURITIES TRUST 2006-AA4 aharriott@raslg.com

April G Harriott
    on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY  NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A aharriott@raslg.com

April G Harriott
    on behalf of Creditor HSBC Bank USA  National Association, As Trustee for Ace Securities Corp. Home Equity Loan Trust, Series 2006-OP1 aharriott@raslg.com

April G Harriott
    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York as Trustee for First Horizon Alternative Mortgage Securities Trust 2006-AA4 aharriott@raslg.com

April G Harriott
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-GEL3 aharriott@raslg.com

April G Harriott
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR MERRILL aharriott@raslg.com

April G Harriott
    on behalf of Creditor US Bank National Association aharriott@raslg.com

April G Harriott
    on behalf of Creditor HSBC Bank USA  National Association aharriott@raslg.com

April G Harriott
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR RESIDENTIAL ASSET SECURITIES CORPORATION, HOME EQUITY MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2007-KS1 aharriott@raslg.com

April G Harriott
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION  AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-RS6 aharriott@raslg.com

April G Harriott
    on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY aharriott@raslg.com

April G Harriott
    on behalf of Creditor U.S. Bank National Association aharriott@raslg.com

April G Harriott
    on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY  NATIONAL ASSOCIATION FKA THE BANK OF NEW YORK TRUST COMPANY, N.A. AS SUCCESSOR TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUC aharriott@raslg.com

April G Harriott
    on behalf of Creditor U.S. Bank National Association  as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass-Through Certificates, Series 2007-KS2 aharriott@raslg.com

April G Harriott
    on behalf of Creditor U.S. Bank National Association  as Trustee for Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-HE3 aharriott@raslg.com

April G Harriott
    on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN

| | | |
|---|---|---|
| District/off: 113A-3 | User: pcathy-ja | Page 3 of 4 |
| Date Rcvd: Feb 08, 2021 | Form ID: 3TAPNR | Total Noticed: 7 |

April G Harriott
    INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR NOVASTAR MORTGAGE FUNDING TRUST, SERIES 2005-1, NOVASTAR HOME EQUITY LOAN A aharriott@raslg.com

April G Harriott
    on behalf of Creditor THE BANK OF NEW YORK MELLON TRUST COMPANY  NATIONAL ASSOCIATION AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-RS4 aharriott@raslg.com

April G Harriott
    on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York As Trustee For First Horizon Alternative Mortgage Securities Trust 2006-AA6 aharriott@raslg.com

April G Harriott
    on behalf of Creditor HSBC Bank USA  National Association Trustee for Deutsche Alt-A Securities, Inc. Mortgage Loan Trust, Series 2006-AR5 Mortgage Pass-Through Certificate aharriott@raslg.com

Armistead W Ellis, Jr
    on behalf of Creditor Rhett and Patricia Johnston BKpleadings@BiffEllisLaw.com  Pleadings.EllisLaw@gmail.com

Arthur C Neiwirth
    on behalf of Creditor Arthur Neiwirth 21st Mortgage Corporation c/o aneiwirthcourt@qpwblaw.com

Audrey M Aleskovsky
    Audrey.M.Aleskovsky@usdoj.gov

Cameron H P White
    on behalf of Creditor Goshen Mortgage LLC  as separate trustee of GDBT I Trust 2011-1 cwhite861@gmail.com

Charles R Sterbach
    on behalf of U.S. Trustee United States Trustee - JAX 11  11 Charles.R.Sterbach@usdoj.gov

Chase A Berger
    on behalf of Creditor BSI Financial Services  as Servicing Agent for U.S. Bank Trust National Association, as Trustee of the PRP II PALS Investments Trust bknotifications@ghidottiberger.com, gbadmin@ecf.courtdrive.com;areyes@ghidottiberger.com

Chase A Berger
    on behalf of Creditor SN Servicing Corporation  as Servicing Agent for U.S. Bank Trust National Association, as Trustee of the PRP II PALS Investments Trust bknotifications@ghidottiberger.com, gbadmin@ecf.courtdrive.com;areyes@ghidottiberger.com

Craig I Kelley
    on behalf of Creditor Avail 2 LLC bankruptcy@kelleylawoffice.com tina@kelleylawoffice.com;cassandra@kelleylawoffice.com;kristina@kelleylawoffice.com;debbie@kelleylawoffice.com;dana@kelleylawoffice.com

Daniel I Singer
    on behalf of Creditor Red Stick Acquisitions LLC daniel@dsingerlawgroup.com

David N Stern
    on behalf of Creditor Riverside Condominium Association  Inc. dnstern@fwblaw.net, twolosh@fwblaw.net

Deborah M Hallisky
    on behalf of Defendant AnnElise Treder deborah.hallisky@gmail.com

Deborah M Hallisky
    on behalf of Creditor AnnElise Treder deborah.hallisky@gmail.com

Deborah M Hallisky
    on behalf of Defendant Jimmy Davis deborah.hallisky@gmail.com

Deborah M Hallisky
    on behalf of Creditor Pamela D. Hunt deborah.hallisky@gmail.com

Deborah M Hallisky
    on behalf of Creditor TREDER OSWALD,CRUZ, et. al. deborah.hallisky@gmail.com

Deborah M Hallisky
    on behalf of Defendant Deborah Hallisky deborah.hallisky@gmail.com

Gary M Glassman
    on behalf of Creditor City of Daytona Beach glassmang@codb.us

Gavin Stewart
    on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Heather L Ries
    on behalf of Creditor Wells Fargo Bank  N.A. hries@foxrothschild.com, ralbert@foxrothschild.com

Ida A Moghimi-Kian
    on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY IMoghimi-Kian@dallegal.com MiddleDistrict@SHDLegalgroup.com

Ida A Moghimi-Kian
    on behalf of Creditor U.S. Bank National Association IMoghimi-Kian@dallegal.com  MiddleDistrict@SHDLegalgroup.com

| District/off: 113A-3 | User: pcathy-ja | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Feb 08, 2021 | Form ID: 3TAPNR | Total Noticed: 7 |

Ida A Moghimi-Kian
    on behalf of Creditor Wilmington Trust N.A. IMoghimi-Kian@dallegal.com, MiddleDistrict@SHDLegalgroup.com

Ida A Moghimi-Kian
    on behalf of Creditor U.S Bank National Association IMoghimi-Kian@dallegal.com MiddleDistrict@SHDLegalgroup.com

J. Anthony Van Ness
    on behalf of Creditor Fay Servicing LLC bankruptcy@vanlawfl.com

Jeffrey S Fraser
    on behalf of Creditor U.S. Bank National Association bkfl@albertellilaw.com anhsalaw@infoex.com

Jeffrey S Fraser
    on behalf of Creditor US Bank National Association bkfl@albertellilaw.com anhsalaw@infoex.com

Jeffrey S Fraser
    on behalf of Creditor U.S. Bank National Association as Trustee bkfl@albertellilaw.com, anhsalaw@infoex.com

Jeffrey S Fraser
    on behalf of Creditor PNC Bank National Association bkfl@albertellilaw.com, anhsalaw@infoex.com

Jill E Kelso
    on behalf of U.S. Trustee United States Trustee - JAX 11 11 jill.kelso@usdoj.gov

John J Rafferty
    on behalf of Creditor SPECIALIZED LOAN SERVICING LLC john.rafferty@bonialpc.com

Keith Scott Labell
    on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York As Successor In Interest To JPMorgan Chase Bank, N.A. As Trustee For NovaStar Mortgage Funding Trust, Series 2005-1, NovaStar Home Equity Loan A klabell@raslg.com, klabell@raslg.com

Lance Paul Cohen
    on behalf of Creditor Rhett and Patricia Johnston cohenthurston@cs.com

Maya Rubinov
    on behalf of Creditor Red Stick Acquisitions LLC bankruptcy@vanlawfl.com

Maya Rubinov
    on behalf of Creditor Statebridge Company bankruptcy@vanlawfl.com

Maya Rubinov
    on behalf of Creditor Secured Creditor SN Servicing Corporation as servicer for Red Stick Acquisitions LLC bankruptcy@vanlawfl.com

Neisi I Garcia Ramirez
    on behalf of Creditor The Bank Of New York Mellon F/K/A The Bank Of New York As Trustee For First Horizon Alternative Mortgage Securities Trust 2006-AA6 Neisi.GarciaRamirez@mccalla.com FLBKECF@mccalla.com,mccallaecf@ecf.courtdrive.com,Neisi.GarciaRamirez@mccalla.com

Owen H Sokolof
    on behalf of Creditor Red Stick Acquisitions LLC osokolof@floridalitlaw.com

Sean K Mills
    on behalf of Creditor PNC Bank N.A. smills@oslawllc.com

Taylor J King
    on behalf of Debtor GEA Seaside Investment Inc. tjking@planlaw.com bkmickler@planlaw.com,cmickler@planlaw.com,mmiller@planlaw.com,court@planlaw.com

Taylor J King
    on behalf of Plaintiff GEA Seaside Investments Inc. tjking@planlaw.com, bkmickler@planlaw.com,cmickler@planlaw.com,mmiller@planlaw.com,court@planlaw.com

United States Trustee - JAX 11, 11
    USTP.Region21.OR.ECF@usdoj.gov

TOTAL: 68

[3TAPNR] [Notice to Appellant of Responsibilities]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:  Case No. 3:18−bk−00800−JAF
Chapter 11

GEA Seaside Investment Inc.
dba GEA Seaside Investments Inc
428 North Peninsula Drive
Daytona Beach, FL 32118

_____Debtor(s)_____/

NOTICE TO APPELLANT OF RESPONSIBILITIES

NOTICE IS GIVEN TO THE APPELLANT that the Appellant shall, within 14 days of the date the appeal was filed, file with the Clerk of the United States Bankruptcy Court the following:

1. Designation of the items to be included in the record on appeal and serve a copy upon the appellee;

2. Statement of the issues to be presented and serve a copy upon the appellee; and

3. Written request for the transcript and deliver a copy to the court reporter where the record designation includes a transcript of any proceeding or a part thereof.

FOR THE COURT
Sheryl L. Loesch, Clerk of Court
300 North Hogan Street Suite 3−150
Jacksonville, FL 32202

Copies furnished to:
Appellants
Appellee
Attorney for Appellants
Attorney for Appellee