**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE:

GEA SEASIDE INVESTMENT, INC.                    CASE NO.: 3:18-bk-00800-JAF
Debtor.
_____/

**NOTICE OF APPELLANTS' CONSOLIDATED STATEMENT OF ISSUES**
**AND DESIGNATION OF RECORD**

**COME NOW** Creditor/Tenants, ("TENANTS"), Ann Elise and David Treder, Iris Oswald, Tammy Cruz, Barbara Burnes, Mary and Paul Savard, Brian Pooler, Reba Anderson and Renee Coffey**,** by and through undersigned counsel, pursuant to Federal Bankruptcy Rule of Procedure 8009 and hereby notify the Court of Appellants' Consolidated Statement of Issues and Designation of Record:

**A.**   **Statement of Issues – Order Re: Motion for Reconsideration, Clarification and Amendment of Confirmation Order Dated 7/21/2020**

   1. Whether the claims, to which Debtor failed to object or rebut pre-confirmation, were provided for in the plans of reorganization pursuant to 11 U.S.C. s. 1328

   2. Whether the claims, to which Debtor failed to object pre-confirmation, constitute property of the bankruptcy estate or an asset of Debtor

   3. Whether the Court erred in entering an order re-classifying Tenants' valid claims, to which Debtor failed to object or rebut pre-confirmation, as generally unsecured when such claims were not specified in the plans of reorganization served upon impacted creditors

   4. Whether the Court erred by construing the ambiguities in Debtor's plans of reorganization in favor of Debtor rather than Tenants without hearing

   5. Whether the claims, to which Debtor failed to object pre-confirmation, constitute priority claims under 11 U.S.C. s. 507(a)

      6.      Whether Tenants' security deposits, if converted to Debtor's operations in violation of Florida law, constitute defalcation while acting in a fiduciary capacity sufficient to warrant amendment of the confirmation order or, alternatively, constitute perjury by Debtor in its reported schedules for which Debtor should remain liable to Tenants

**B.**    **Statement of Issues – Order Sustaining Debtor's Objections to Tenants' Claims**

      1.      Whether the claims, to which Debtor objected post confirmation, constitute property of the bankruptcy estate

      2.      Whether the claims, to which Debtor objected post confirmation, constitute priority claims under 11 U.S.C. s. 507(a)

      3.      Whether Debtor's post confirmation objections to Tenants' claims constitute an adversarial proceeding and Tenants are entitled an evidentiary hearing and determination on the merits of all claims advanced or, alternatively, a lifting of the stay to pursue same in state court

      4.      Whether Debtor's rejection of Tenants' leases entitles it to retention of security deposits for which no set off is available under Florida law or, alternatively, without notice and hearing on the merits

**C.**    **Designation of Record:**

| Date Entered | Docket No. | Description |
| --- | --- | --- |
| 02/08/2021 | 1350 | Notice to Appellant of Responsibilities |
| 02/08/2021 | 1349 | Notice to Appellant of Responsibilities |
| 02/05/2021 | 1348 | Appeal Cover Sheet |
| 02/05/2021 | 1347 | Notice of Appeal – Objection Claims (Multiple Tenants) |
| 02/05/2021 | 1346 | Appeal Cover Sheet |
| 02/05/2021 | 1345 | Notice of Appeal – Motion Reconsider |
| 01/22/2021 | 1341 | Order Sustaining Objection to Claim(s) Multiple Tenants – (Related Doc # 1284, 1285, 1286, 1287, 1288, 1289) |
| 01/22/2021 | 1340 | Order Denying Motion to Reconsider/Clarify/Amend Confirmation Order |
| 10/07/2020 | 1332 | Supplemental Response to Debtor's Opposition to Motion to Reconsider - Doc 1326, Doc 1296 |
| 09/24/2020 | 1327 | Hearing Memo: Priority Creditor's Motion to Reconsider/Clarify/Amend |
| 09/23/2020 | 1326 | GEA Opposition Response to Creditors' Motion to Reconsider and Reply to Creditors' Responses to Claim Objections |
| 08/31/2020 | 1314 | Notice of Prel Hearing on Objection to Claim 58, Cruz |

| Date | Doc | Description |
|---|---|---|
| 08/31/2020 | 1313 | Notice of Prel Hearing on Objection to Claim 56, Treder |
| 08/31/2020 | 1312 | Notice of Prel Hearing on Objection to Claim 57, Oswald. |
| 08/31/2020 | 1311 | Notice of Prel Hearing on Objection to Claim 69, Burnes |
| 08/31/2020 | 1310 | Notice of Prel Hearing on Objection to Claim 67, Pooler et. al. |
| 08/31/2020 | 1309 | Notice of Prel Hearing on Objection to Claim 64, Savard. |
| 08/31/2020 | 1308 | Notice Rescheduling Hearing on Priority Creditor's Motion to Reconsider/Clarify/Amend Confirmation Order |
| 08/28/2020 | | Preliminary Hearing. Re: Objection to Claim 58 of Tammy Cruz |
| 08/24/2020 | 1305 | Response to Objection to Claim 67 and Motion to Determine w/ Memo |
| 08/24/2020 | 1304 | Response to Objection to Claim 64 and Motion to Determine w/ Memo |
| 08/24/2020 | 1303 | Response to Objection to Claim 58 and Motion to Determine w/ Memo |
| 08/24/2020 | 1302 | Response to Objection to Claim 57 and Motion to Determine w/Memo |
| 08/24/2020 | 1301 | Response to Objection to Claim 69 and Motion to Determine w/Memo |
| 08/24/2020 | 1300 | Response to Objection to Claim 56 and Motion to Determine w/Memo |
| 08/20/2020 | 1298 | Notice of Preliminary Hearing on Reconsideration Confirmation Order 7/21/2020 re: Ann Elise Treder (related document(s)1288, 1289, 1286, 1284, 1285, 1296, 1287, 1290, 1291). |
| 08/19/2020 | | Preliminary Hearing 09/16/2020 11:00 AM Jacksonville, FL Re: Motion for Reconsideration /Determination Claim Status Doc 1296 |
| 08/18/2020 | 1296 | Motion to Reconsider/Clarify/Amend Confirmation Order Dated July 21, 2020 Allowing Payment of Priority Claims w/ Incorporated Motion to Determine Priority Claims Non dischargeable |
| 07/24/2020 | 1291 | Objection to Claim 71 of Pamela Hunt. |
| 07/24/2020 | 1290 | Objection to Claim 70 of Tiffany & Steve Butler. |
| 07/24/2020 | 1289 | Objection to Claim 69 of Barbara Burnes. |
| 07/24/2020 | 1288 | Objection to Claim 67 of Pooler, Coffey & Anderson. |
| 07/24/2020 | 1287 | Objection to Claim 64 of Mary & Paul Savard. |
| 07/24/2020 | 1286 | Objection to Claim 58 of Tammy Cruz. |
| 07/24/2020 | 1285 | Objection to Claim 57 of Iris Oswald. |
| 07/24/2020 | 1284 | Objection to Claim 56 of Ann Elise & David Treder. |
| 07/22/2020 | 1283 | Proof of Service re: Order Confirming Plan dated July 20, 2020 |
| 07/21/2020 | 1282 | Order Confirming Chapter 11 Plan |
| 06/23/2020 | 1252 | Hearing Proceeding Memo: Hearing Held - RESCHEDULED CONFIRMATION HEARING – Transcript Requested |
| 06/23/2020 | 1250 | Annotated Exhibit List of Debtor |
| 06/22/2020 | 1249 | Proposed Exhibits ranging from 1 to 4. |
| 06/22/2020 | 1248 | Amended Confirmation Affidavit of Debtor GEA |
| 06/19/2020 | 1247 | Amended Ballot Tabulation |
| 06/01/2020 | 1216 | Addendum to Schedule E/F, incl. addition/deletion of creditors |
| 05/22/2020 | 1181 | Amendment to Schedule E/F, incl. addition/deletion of creditors |

| Date | Doc | Description |
|---|---|---|
| 05/19/2020 | 1157 | Fourth Amended Chapter 11 Plan of Reorganization (Amended as to Classes 11, 22, 24, 61-62, 72, 74-81 and amended to add Classes 95-105) |
| 04/16/2020 | 1056 | Third Amended Chapter 11 Plan of Reorganization (Amended as to Classes 1, 2, 3, 5, 9, 10, 12, 25, 54-55, 57-59, 65-66, 69, 72-81 and add Classes 86-94). (related document(s)255, 951, 581). |
| 03/05/2020 | 1024 | Notice Rescheduling Confirmation Hearing for 6/23/2020 |
| 03/04/2020 | 1023 | Hearing Memo: RESCHEDULED TO JUNE 23 @ 10:00 |
| 01/23/2020 | 958 | Amended Schedule A/B,D, incl. addition/ deletion of creditors |
| 01/16/2020 | 951 | Second Amended Chapter 11 Plan of Reorganization |
| 01/16/2020 | 950 | Motion to Approve Compromise of Controversy. City of Daytona Beach. |
| 10/29/2019 | 797 | Hearing Memo: RESCH CONFIRMATION HEARING MARCH 4 @ 10 |
| 10/28/2019 | 792 | Proposed Exhibits ranging from 1 to 3.  Debtor's Confirmation Exhibits |
| 10/28/2019 | 779 | Confirmation Affidavit |
| 10/24/2019 | 772 | Ballot Tabulation |
| 10/04/2019 | 581 | Amended Chapter 11 Plan of Reorganization . |
| 09/25/2019 | 574 | Amended Summary Of Schedules/Amended Schedule B |
| 07/15/2019 | 522 | Notice Rescheduling Hearing on Confirmation 10/29/2019 at 11:00am |
| 06/28/2019 | 518 | Motion to Reschedule Hearing On Confirmation July 1 2019 at 11:30am |
| 03/25/2019 | 442 | Order Granting Motion To Reschedule Hearing re Confirmation |
| 03/19/2019 | 412 | Motion to Reschedule Hearing On Confirmation |
| 02/28/2019 | 378 | Order Granting Motion to Determine Lien Null and Void - 507 Phoenix Ave, Daytona Beach, FL |
| 01/29/2019 | 342 | Hearing Memo: Motion For Contempt CONSOLIDATED w/Adv Proc 18-53, Joint Stipulation Dismissal filed in AP 18-53 |
| 01/29/2019 | 341 | Notice Withdraw Mot For Contempt For Violation Automatic Stay |
| 01/14/2019 | 325 | Order Approving Disclosure Statement and Setting Hearing on Confirmation and Fixing Time for (related doc(s)256, 255, 322). Hearing scheduled for 3/25/2019 at 11:30 |
| 11/23/2018 | 282 | Order Lifting Stay,Volusia Court, Hunt, Case No. 2018-33401-COCI |
| 0/30/2018 | 265 | Hearing Memo: Motion For Contempt Violation of the Automatic Stay |
| 10/22/2018 | 256 | Disclosure Statement |
| 10/22/2018 | 255 | Chapter 11 Plan of Reorganization . |
| 10/02/2018 | 207 | Motion to Determine Lien Null/Void 507 Phoenix Ave, Daytona Beach |
| 09/26/2018 | 200 | Motion for Clarification of Order Confirming No Automatic Stay in Effect |
| 07/11/2018 | 107 | Objection to Motion Contempt for Violation Stay w/ Memo |
| 06/29/2018 | 99 | Order Granting Motion to Confirm Absence of Stay |
| 06/21/2018 | 93 | Motion For Contempt for Violation of the Automatic Stay |
| 06/14/2018 | 89 | Response to Motion for Order Confirming No Automatic Stay |
| 06/06/2018 | 80 | Motion for an Order Confirming No Automatic Stay is in Effect |

| | | |
|---|---|---|
| 05/02/2018 | | Complaint by GEA Seaside Investments, Inc. against Deborah Hallisky, Jimmy Davis, AnnElise Treder, David Treder. 3:18-ap-00053-JAF. |
| 04/09/2018 | 37 | Debtors Schedules A/B, D, E/F, G, H, St Fin Affairs/Atty, Sum Assets |

Proofs of Claim Registry:

| | | |
|---|---|---|
| 07/09/2018 | Claim #56 | Ann Elise/David Treder, Amount claimed: $0.00 |
| 07/09/2018 | Amended Claim #56 | Ann Elise/David Treder, Amount: $3245.00, w/o setoff |
| 07/09/2018 | Claim #57 | Iris Oswald, Amount claimed: $0.00 |
| 07/09/2018 | Amended Claim #57 | Iris Oswald, Amount claimed: $7000.00, w/o setoff |
| 07/09/2018 | Claim #58 | Tammy Cruz, Amount claimed: $0.00 |
| 07/09/2018 | Amended Claim #58 | Tammy Cruz, Amount claimed: $825.00 w/o setoff |
| 07/09/2018 | Claim #64 | Mary and Paul Savard, Amount claimed: $825.00 |
| 07/09/2018 | Claim #67 | Pooler, Coffey, Anderson, Amount $2170.00 w/o setoff |
| 07/09/2018 | Claim #69 | Barbara Burnes, Amount claimed: $725.00 , w/o setoff |

Respectfully submitted this 19th day of February, 2021.

*HALLISKY DAVIS & ASSOC. PLLC*
By:     /s/ D.M. Hallisky
Deborah M. Hallisky, Esquire
Florida Bar No. 0226180
1834 Mason Avenue
Daytona Beach, Florida 32117
(866) 897-6970 (Phone/Fax)
hallisky.davis@gmail.com
Attorneys for TENANTS:
AnnElise & David Treder
Iris Oswald
Tammy Cruz
Mary & Paul Savard
Barbara Burnes
B. Pooler, R. Coffey & R. Anderson

**CERTIFICATE OF SERVICE**

I **HEREBY CERTIFY** that a copy of the foregoing Statement of Issues and Designation of Record was served on February 19, 2021 by CM/ECF electronic filing to all registered users in this action and by US Mail to the non-registered user or users listed in creditor's matrix associated with this proceeding and to the Debtor and those identified at the addresses below.

GEA SEASIDE INVESTMENT INC.
DBA GEA SEASIDE INVESTMENTS INC.
428 NORTH PENINSULA DRIVE
DAYTONA BEACH, FL 32118

U.S. Trustee- JAX 11, 11
George C. Young Federal Building
400 West Washington Street – Suite 1100
Orlando, FL 32801

Jill E. Kelso, Esq.
Counsel for U.S. Trustee
400 W. Washington Street – Suite 1100
Orlando, FL  32801

Taylor J. King, Esquire
5452 Arlington Expressway
Jacksonville, FL  32211
tjking@planlaw.com

*HALLISKY DAVIS & ASSOC.  PLLC*
By:      /s/ D.M. Hallisky
Deborah M. Hallisky, Esquire
Florida Bar No. 0226180
1834 Mason Avenue
Daytona Beach, Florida 32117
(866) 897-6970 (Phone/Fax)
hallisky.davis@gmail.com
Attorneys for TENANTS