# UNITED STATES BANKRUPTCY COURT
## ___Mide___ DISTRICT OF _Florida_
### ___Jacksonville___ DIVISION

IN RE: GEA Seaside
Investment INC.

CASE NUMBER: 18-0800

JUDGE

DEBTOR.

CHAPTER 11

## DEBTOR'S POST-CONFIRMATION
## QUARTERLY OPERATING REPORT
### FOR THE PERIOD

FROM _October 2020_ TO _December 2020_

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: __11/9/21__

Attorney for Debtor

Taylor J. King

Debtor's Address
and Phone Number:
403 N Pennsylvania
Drive
Daytona Beach, FL 3418
Tel. _____

Attorney's Address
and Phone Number:
5452 Arlington Expy
Jax FL 32211
Bar No. ____72049____
Tel. _____
904-725-0822

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

MONTHLY OPERATING REPORT -
POST CONFIRMATION

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconciliation for each Month of the Quarter

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Vistar | | | |
| Account Number: | 270317 | | | |
| Purpose of Account (Operating/Payroll/Tax) | | | | |
| Type of Account (e.g. checking) | Checking | | | |
| | | | | |
| 1.  Balance per Bank Statement | See Attched | | | |
| 2.  ADD: Deposits not credited | | | | |
| 3.  SUBTRACT: Outstanding Checks | | | | |
| 4.  Other Reconciling Items | | | | |
| 5.  Month End Balance (Must Agree with Books) | | | | |

Note: Attach copy of each bank statement and bank reconciliation.

| Investment Account Information<br>Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach copy of each investment account statement.

| Numbers | |
| --- | --- |
| Taxes/IRS | $1,950.00 |
| Repairs & Maintenance | $7,800.69 |
| Insurance | $3,316.40 |
| Tenant Screening | — |
| legal and professional | $14,504.57 |
| Mortgage | — |
| Advertisement | $384.10 |
| Internet | $404.93 |
| Payroll - Net | $9,730.00 |
| Professional Fees | — |
| Building Materials/Supplies | $29,062.41 |
| Secured Creditor Payments | $30,851.33 |
| Telephone | $558.78 |
| Vehicle Expense/Auto | $3,774.70 |
| Utilities | $3,171.96 |
| TOTAL: | $86,444.67 |

November 2020

| Numbers | |
|---|---|
| Taxes/IRS | $976.00 |
| Repairs & Maintenance | $3,339.85 |
| Insurance | $7,017.57 |
| Tenant Screening | — |
| legal and professional | $3,342.50 |
| Mortgage | — |
| Advertisement | $198.00 |
| Internet | $213.90 |
| Payroll - Net | $3,787.95 |
| Professional Fees | — |
| Building Materials/Supplies | $1,109.22 |
| Secured Creditor Payments | $31,865.15 |
| Telephone | $916.89 |
| Vehicle Expense/Auto | $1,650.36 |
| Utilities | $3,530.91 |
| TOTAL: | $56,961.10 |

December 2020

| | |
|---|---|
| Advertisement | $ 211.40 |
| Internet | $ 76.04 |
| Manufacturing Supplies | $ — |
| Payroll - Net | $ 21,708.04 |
| Professional Fees | $ 10,912.10 |
| Repairs & Maintenance | $ 6,000.00 |
| Secured Creditor Payments | $ 4,953.41 |
| Building Materials | $ 5,954.63 |
| Office Supplies | $ 1,759.63 |
| Telephone | $ 283.89 |
| Vehicle Expense/Auto | $ 1,772.57 |
| Utilities | $ 789.63 |
| TOTAL | $ 40,215.09 |

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 4

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | |
|---|---|
| Account Number | |
| Purpose of Account (Operating/Payroll/Personal) | |
| Type of Account (e.g., Checking) | |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | TOTAL | $ |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.

## October 2020 Deposit

| Date | Payee | For | Amount | Category |
|------|-------|-----|--------|----------|
| 10/1/2020 | Tenant 10 | Address 10 | $ 1,650.00 | Rent |
| 10/1/2020 | Tenant 32 | Address 32 | $ 750.00 | Rent |
| 10/1/2020 | Tenant 50 | Address 50 | $ 850.00 | Rent |
| 10/1/2020 | Tenant 36 | Address 36 | $ 1,500.00 | Rent |
| 10/1/2020 | Tenant 18 | Address 18 | $ 675.00 | Rent |
| 10/1/2020 | Tenant 9 | Address 9 | $ 1,370.00 | Rent |
| 10/1/2020 | Tenant 57 | Address 57 | $ 775.00 | Rent |
| 10/1/2020 | Tenant 49 | Address 49 | $ 750.00 | Rent |
| 10/1/2020 | Tenant 8 | Address 8 | $ 1,395.00 | Rent |
| 10/1/2020 | Tenant 2 | Address 2 | $ 1,545.00 | Rent |
| 10/1/2020 | Tenant 52 | Address 52 | $ 875.00 | Rent |
| 10/1/2020 | Tenant 54 | Address 54 | $ 1,195.00 | Rent |
| 10/1/2020 | Tenant 30 | Address 30 | $ 725.00 | Rent |
| 10/1/2020 | Tenant 56 | Address 56 | $ 750.00 | Rent |
| 10/2/2020 | Tenant 24 | Address 24 | $ 950.00 | Rent |
| 10/2/2020 | Tenant 41 | Address 41 | $ 875.00 | Rent |
| 10/2/2020 | Tenant 47 | Address 47 | $ 1,750.00 | Rent |
| 10/2/2020 | Tenant 16 | Address 16 | $ 995.00 | Rent |
| 10/2/2020 | Tenant 3 | Address 3 | $ 1,295.00 | Rent |
| 10/2/2020 | Tenant | Address 6 | $ 1,420.00 | Rent |
| 10/2/2020 | Tenant 15 | Address 15 | $ 995.00 | Rent |
| 10/2/2020 | Tenant 34 | Address 34 | $ 1,095.00 | Rent |
| 10/2/2020 | Tenant 39 | Address 39 | $ 975.00 | Rent |
| 10/2/2020 | Tenant 29 | Address 29 | $ 700.00 | Rent |
| 10/2/2020 | Tenant 37 | Address 37 | $ 725.00 | Rent |
| 10/2/2020 | Tenant 33 | Address 33 | $ 1,397.25 | Rent |
| 10/2/2020 | Tenant 2 | Address 2 | $ 1,545.00 | Rent |
| 10/5/2020 | Tenant 51 | Address 51 | $ 725.00 | Rent |
| 10/8/2020 | Tenant 4 | Address 4 | $ 1,000.00 | Rent |
| 10/8/2020 | Tenant 26 | Address 26 | $ 875.00 | Rent |
| 10/8/2020 | Tenant 32 | Address 32 | $ 51.00 | Utilities |
| 10/13/2020 | Tenant 52 | Address 52 | $ 100.00 | Utilities |
| 10/13/2020 | Tenant 41 | Address 41 | $ 61.47 | Utilities |
| 10/13/2020 | Tenant 29 | Address 29 | $ 100.31 | Utilities |
| 10/13/2020 | Tenant 54 | Address 54 | $ 155.90 | Utilities |
| 10/13/2020 | Tenant 53 | Address 53 | $ 100.00 | Utilities |
| 10/13/2020 | Tenant 49 | Address 49 | $ 140.00 | Utilities |
| 10/13/2020 | Tenant 18 | Address 18 | $ 68.10 | Utilities |
| 10/13/2020 | Tenant 51 | Address 51 | $ 93.38 | Utilities |
| 10/13/2020 | Tenant 26 | Address 26 | $ 111.27 | Utilities |
| 10/13/2020 | Tenant 37 | Address 37 | $ 62.41 | Utilities |
| 10/13/2020 | Tenant 25 | Address 25 | $ 112.00 | Utilities |
| 10/13/2020 | Tenant 48 | Address 48 | $ 46.66 | Utilities |
| 10/13/2020 | Tenant 50 | Address 50 | $ 46.66 | Utilities |

| 10/13/2020 | Tenant 30 | Address 30 | $ | 50.15 | Utilities |
|------------|-----------|------------|---|-------|-----------|
| 10/13/2020 | Tenant 12 | Address 12 | $ | 170.34 | Utilities |
| 10/21/2020 | Tenant 25 | Address 25 | $ | 138.00 | Utilities |
| 10/21/2020 | Tenant 17 | Address 17 | $ | 136.20 | Utilities |
| 10/21/2020 | Tenant 24 | Address 24 | $ | 50.00 | App Fee |
| 10/21/2020 | Tenant 39 | Address 39 | $ | 194.78 | Utilities |
| 10/21/2020 | Tenant 57 | Address 57 | $ | 77.00 | Utilities |
| 10/21/2020 | Tenant 55 | Address 55 | $ | 700.00 | Rent/elec |
| 10/28/2020 | Tenant 56 | Address 56 | $ | 77.96 | Utilities |
| 10/28/2020 | Tenant 12 | Address 12 | $ | 795.00 | Rent |
| 10/28/2020 | Tenant 13 | Address 13 | $ | 1,000.00 | Rent |
| 10/28/2020 | Tenant 26 | Address 26 | $ | 875.00 | Rent |
| 10/30/2020 | Tenant 50 | Address 50 | $ | 850.00 | Rent |
| 10/30/2020 | Tenant 29 | Address 29 | $ | 750.00 | Rent |
| 10/30/2020 | Tenant 18 | Address 18 | $ | 675.00 | Rent |
| 10/30/2020 | Tenant 49 | Address 49 | $ | 750.00 | Rent |
| | | | | | |

**Total:** $ 40,660.84

## November 2020 Deposit

| Date | Payee | For | Amount | Category |
|------|-------|-----|--------|----------|
| 11/2/2020 | Tenant 54 | Address 54 | $ 1,195.00 | Rent |
| 11/2/2020 | Tenant 9 | Address 9 | $ 1,370.00 | Rent |
| 11/2/2020 | Tenant | Address 6 | $ 1,420.00 | Rent |
| 11/2/2020 | Tenant 37 | Address 37 | $ 865.28 | rent, lawn, APEX |
| 11/2/2020 | Tenant | Address 23 | $ 1,545.00 | Rent |
| 11/2/2020 | Tenant 57 | Address 57 | $ 775.00 | Rent |
| 11/2/2020 | Tenant 10 | Address 10 | $ 1,650.00 | Rent |
| 11/2/2020 | Tenant 52 | Address 52 | $ 875.00 | Rent |
| 11/2/2020 | Tenant 2 | Address 2 | $ 1,545.00 | Rent |
| 11/2/2020 | Tenant 15 | Address 15 | $ 995.00 | Rent |
| 11/2/2020 | Tenant 8 | Address 8 | $ 1,395.00 | Rent |
| 11/2/2020 | Tenant 41 | Address 41 | $ 875.00 | Rent |
| 11/2/2020 | Tenant 30 | Address 30 | $ 1,450.00 | early tearm fee |
| 11/2/2020 | Tenant 17 | Address 17 | $ 1,397.25 | Rent |
| 11/2/2020 | Tenant 32 | Address 32 | $ 42.00 | Lawn care |
| 11/4/2020 | Tenant 3 | Address 3 | $ 3,885.00 | Rent |
| 11/4/2020 | Tenant 51 | Address 51 | $ 725.00 | Rent |
| 11/4/2020 | Tenant 18 | Address 18 | $ 50.00 | Lawn care |
| 11/4/2020 | Tenant 12 | Address 12 | $ 75.00 | Lawn care |
| 11/4/2020 | Tenant 48 | Address 48 | $ 700.00 | Rent |
| 11/4/2020 | Tenant 41 | Address 41 | $ 62.50 | Lawn care |
| 11/4/2020 | Tenant 47 | Address 47 | $ 1,750.00 | Rent |
| 11/4/2020 | Tenant 39 | Address 39 | $ 975.00 | Rent |
| 11/4/2020 | Tenant 44 | Address 44 | $ 1,650.00 | Rent |
| 11/4/2020 | Tenant 1 | Address 1 | $ 150.00 | App fee |
| 11/12/2020 | Tenant 39 | Address 39 | $ 41.50 | Lawn care |
| 11/12/2020 | Tenant 32 | Address 32 | $ 101.10 | Utilities |
| 11/12/2020 | Tenant 55 | Address 55 | $ 700.00 | Rent/Elec |
| 11/12/2020 | Tenant 26 | Address 26 | $ 125.00 | Lawn care |
| 11/12/2020 | Tenant 27 | Address 27 | $ 50.00 | App fee |
| 11/16/2020 | Tenant 58 | Address 58 | $ 100.00 | App fee |
| 11/16/2020 | Tenant 52 | Address 52 | $ 150.00 | App fee |
| 11/16/2020 | Tenant 57 | Address 57 | $ 99.00 | Utilities |
| 11/16/2020 | Tenant 52 | Address 52 | $ 141.35 | Utilities |
| 11/16/2020 | Tenant 50 | Address 50 | $ 51.30 | Utilities |
| 11/16/2020 | Tenant 48 | Address 48 | $ 51.30 | Utilities |
| 11/16/2020 | Tenant 49 | Address 49 | $ 157.00 | Utilities |
| 11/16/2020 | Tenant 17 | Address 17 | $ 230.00 | Lawn care |
| 11/16/2020 | Tenant 51 | Address 51 | $ 102.57 | Utilities |
| 11/16/2020 | Tenant 26 | Address 26 | $ 106.29 | Utilities |
| 11/16/2020 | Tenant 17 | Address 17 | $ 166.00 | Utilities |
| 11/18/2020 | Tenant 7 | Address 7 | $ 100.00 | App fee |
| 11/18/2020 | Tenant 58 | Address 58 | $ 6,245.00 | move in fee |
| 11/18/2020 | Tenant 11 | Address 11 | $ 2,475.00 | move in fee |

| Date | Tenant | Address | Amount | | Type |
|---|---|---|---|---|---|
| 11/18/2020 | Tenant 53 | Address 53 | $ | 142.00 | Utilities |
| 1/18/2020 | Tenant 39 | Address 39 | $ | 120.00 | Utilities |
| 11/18/2021 | Tenant 12 | Address 12 | $ | 146.99 | Utilities |
| 11/19/2020 | Tenant 11 | Address 11 | $ | 1,270.00 | move in fee |
| 11/19/2020 | Tenant 37 | Address 37 | $ | 74.37 | Utilities |
| 11/23/2020 | Tenant 45 | Address 45 | $ | 150.00 | App fee |
| 11/23/2020 | Tenant 13 | Address 13 | $ | 1,000.00 | Rent |
| 11/23/2020 | Tenant 56 | Address 56 | $ | 73.71 | Utilities |
| 11/23/2020 | Tenant 34 | Address 34 | $ | 1,252.00 | New lease payment |
| 11/25/2020 | Tenant 45 | Address 45 | $ | 50.00 | App fee |
| 11/30/2020 | Tenant 32 | Address 32 | $ | 750.00 | Rent |
| 11/30/2020 | Tenant 44 | Address 44 | $ | 1,700.00 | Rent |
| 11/30/2020 | Tenant 41 | Address 41 | $ | 875.00 | Rent |
| 11/30/2020 | Tenant 9 | Address 9 | $ | 1,370.00 | Rent |
| 11/30/2020 | Tenant 7 | Address 7 | $ | 5,880.00 | Rent |
| 11/30/2020 | Tenant 53 | Address 53 | $ | 100.00 | App fee |

**Total:** $ 53,563.51

## December 2020 Deposit

| Date | Payee | For | Amount | Category |
|------|-------|-----|--------|----------|
| 12/2/2020 | Tenant 23 | Address 23 | $ 1,545.00 | Rent |
| 12/2/2020 | Tenant 10 | Address 10 | $ 1,650.00 | Rent |
| 12/2/2020 | Tenant 52 | Address 52 | $ 875.00 | Rent |
| 12/2/2020 | Tenant 15 | Address 15 | $ 995.00 | Rent |
| 12/2/2020 | Tenant 17 | Address 17 | $ 1,397.50 | Rent |
| 12/2/2020 | Tenant 37 | Address 37 | $ 1,220.00 | Rent |
| 12/2/2020 | Tenant 6 | Address 6 | $ 1,420.00 | Rent |
| 12/2/2020 | Tenant 57 | Address 57 | $ 775.00 | Rent |
| 12/2/2020 | Tenant 50 | Address 50 | $ 850.00 | Rent |
| 12/2/2020 | Tenant 18 | Address 18 | $ 675.00 | Rent |
| 12/2/2020 | Tenant 47 | Address 47 | $ 1,750.00 | Rent |
| 12/2/2020 | Tenant 12 | Address 12 | $ 795.00 | Rent |
| 12/4/2020 | Tenant 49 | Address 49 | $ 750.00 | Rent |
| 12/4/2020 | Tenant | Address | $ 580.00 | move in payment |
| 12/4/2020 | Tenant 51 | Address 51 | $ 725.00 | Rent |
| 12/4/2020 | Tenant 39 | Address 39 | $ 975.00 | Rent |
| 12/4/2020 | Tenant 43 | Address 43 | $ 5,345.00 | move in payment |
| 12/7/2020 | Tenant 24 | Address 24 | $ 50.00 | App Fee |
| 12/7/2020 | Tenant 21 | Address 21 | $ 4,780.00 | move in payment |
| 12/9/2020 | Tenant 45 | Address 45 | $ 6,135.00 | move in payment |
| 12/11/2020 | Tenant 54 | Address 54 | $ 1,335.00 | Rent |
| 12/11/2020 | Tenant 32 | Address 32 | $ 115.40 | Utilities |
| 12/11/2020 | Tenant 55 | Address 55 | $ 600.00 | Rent |
| 12/11/2020 | Tenant 57 | Address 57 | $ 133.50 | Utilities |
| 12/15/2020 | Tenant 51 | Address 51 | $ 92.85 | Utilities |
| 12/15/2020 | Tenant 12 | Address 12 | $ 77.75 | Utilities |
| 12/15/2020 | Tenant 41 | Address 41 | $ 61.50 | Utilities |
| 12/15/2020 | Tenant 49 | Address 49 | $ 140.00 | Utilities |
| 12/15/2020 | Tenant 57 | Address 57 | $ 133.00 | Utilities |
| 12/15/2020 | Tenant 18 | Address 18 | $ 53.75 | Utilities |
| 12/15/2020 | Tenant 48 | Address 48 | $ 46.44 | Utilities |
| 12/15/2020 | Tenant 11 | Address 11 | $ 78.00 | Utilities |
| 12/16/2020 | Tenant 50 | Address 50 | $ 46.44 | Utilities |
| 12/16/2020 | Tenant 54 | Address 54 | $ 244.44 | Utilities |
| 12/16/2020 | Tenant 32 | Address 32 | $ 1,500.00 | early term fee |
| 12/21/2020 | Tenant 43 | Address 43 | $ 626.55 | Rent prorate |
| 12/21/2020 | Tenant 42 | Address 42 | $ 100.00 | move in payment |
| 12/21/2020 | Tenant 39 | Address 39 | $ 100.00 | Utilities |
| 12/21/2020 | Tenant 30 | Address 30 | $ 155.22 | App Fee |
| 12/28/2020 | Tenant 52 | Address 52 | $ 133.50 | Utilities |
| 12/28/2020 | Tenant 37 | Address 37 | $ 117.50 | Utilities |
| 2/28/2020 | Tenant 30 | Address 30 | $ 1,875.00 | move in payment |
| 12/30/2020 | Tenant 44 | Address 44 | $ 1,700.00 | Rent |
| 12/30/2020 | Tenant 9 | Address 9 | $ 1,370.00 | Rent |

| 12/31/2020 | Tenant 18 | Address 18 | $ | 675.00 | Rent |
|---|---|---|---|---|---|
| 12/31/2020 | Tenant 13 | Address 13 | $ | 1,075.00 | Rent |
| 12/31/2020 | Tenant 10 | Address 10 | $ | 1,650.00 | Rent |

**Total:** $   47,523.34

| Date | Payee | Amount | Payment Type | Category |
|---|---|---|---|---|
| 10/1/2020 | Payee 61 | $ 9.50 | Card | Vehicle Expense/Auto |
| 10/1/2020 | Payee 209 | $ 650.00 | Check | Repairs & maintenance |
| 10/2/2020 | Payee 66 | $ 15.96 | Card | Building Materials/Supplies |
| 10/2/2020 | Payee 205 | $ 389.44 | Card | Secure Credit Payment |
| 10/2/2020 | Payee 201 | $ 1,507.50 | Check | Payroll |
| 10/2/2020 | Payee 201 | $ 315.77 | Check | Payroll |
| 10/2/2020 | Payee 208 | $ 2,500.00 | Check | Payroll |
| 10/3/2020 | Payee 11 | $ 276.89 | Online | Telephone |
| 10/4/2020 | Payee 26 | $ 63.86 | Card | Manufacture Supplies |
| 10/4/2020 | Payee 159 | $ 149.98 | Online | Internet |
| 10/5/2020 | Payee 86 | $ 1,000.00 | Card | Vehicle Expense/Auto |
| 10/5/2020 | | $ 975.00 | Online | |
| 10/5/2020 | | $ 975.00 | Online | |
| 10/6/2020 | Payee 12 | $ 178.16 | Card | Manufacture Supplies |
| 10/6/2020 | Payee 206 | $ 1,913.19 | Check | Payroll |
| 10/6/2020 | Payee 21 | $ 7.65 | Check | Other Expenses |
| 10/6/2020 | Payee 178 | $ 504.79 | Card | Secure Credit Payment |
| 10/6/2020 | Payee 61 | $ 9.00 | Card | Vehicle Expense/Auto |
| 10/7/2020 | Payee 205 | $ 386.16 | Card | Secure Credit Payment |
| 10/7/2020 | Payee 205 | $ 491.86 | Card | Secure Credit Payment |
| 10/7/2020 | Payee 81 | $ 38.50 | Online | Repairs & maintenance |
| 10/8/2020 | Payee 205 | $ 400.65 | Card | Secure Credit Payment |
| 10/8/2020 | Payee 203 | $ 815.43 | Card | Payroll |
| 10/8/2020 | Payee 203 | $ 824.88 | Card | Payroll |
| 10/8/2020 | Payee 203 | $ 941.12 | Card | Payroll |
| 10/8/2020 | Payee 203 | $ 1,498.88 | Card | Payroll |
| 10/9/2020 | Payee 58 | $ 639.00 | Card | Manufacture Supplies |
| 10/9/2020 | Payee 41 | $ 31.80 | Card | Office Supplies |
| 10/9/2020 | Payee 41 | $ 63.10 | Card | Office Supplies |
| 10/9/2020 | Payee 83 | $ 343.74 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 83 | $ 192.94 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 83 | $ 523.34 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 83 | $ 645.99 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 202 | $ 780.00 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 178 | $ 660.10 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 178 | $ 394.20 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 112 | $ 1,384.46 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 205 | $ 738.52 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 78 | $ 255.49 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 151 | $ 2,833.33 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 203 | $ 1,298.85 | Card | Payroll |
| 10/9/2020 | Payee 82 | $ 77.99 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 82 | $ 300.00 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 211 | $ 300.00 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 100 | $ 305.48 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 189 | $ 291.22 | Card | Secure Credit Payment |

| 10/9/2020 | Payee 189 | $ 376.40 | Card | Secure Credit Payment |
|---|---|---|---|---|
| 10/9/2020 | Payee 189 | $ 398.86 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 189 | $ 489.63 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 189 | $ 545.59 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 189 | $ 551.18 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 189 | $ 562.00 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 189 | $ 577.69 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 47 | $ 4.25 | Card | Manufacture Supplies |
| 10/9/2020 | Payee 58 | $ 6.39 | Card | Manufacture Supplies |
| 10/9/2020 | Payee 59 | $ 10.25 | Card | Vehicle Expense/Auto |
| 10/9/2020 | Payee 189 | $ 590.95 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 189 | $ 665.50 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 189 | $ 636.34 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 189 | $ 687.86 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 189 | $ 790.97 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 189 | $ 1,015.52 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 189 | $ 1,079.19 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 189 | $ 1,271.05 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 212 | $ 763.10 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 212 | $ 766.83 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 212 | $ 1,288.04 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 193 | $ 250.00 | Card | Professional |
| 10/9/2020 | Payee 6 | $ 608.83 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 168 | $ 3,092.50 | Card | Professional |
| 10/9/2020 | Payee 140 | $ 126.58 | Card | Secure Credit Payment |
| 10/9/2020 | Payee 100 | $ 988.24 | Card | Secure Credit Payment |
| 10/11/2020 | Payee 12 | $ 318.44 | Card | Manufacture Supplies |
| 10/14/2020 | Payee 46 | $ 1.00 | online | Utility |
| 10/15/2020 | Payee 84 | $ 2,194.55 | Card | Secure Credit Payment |
| 10/15/2020 | Payee 62 | $ 10.00 | Card | Vehicle Expense/Auto |
| 10/16/2020 | Payee 43 | $ 7.43 | Card | Vehicle Expense/Auto |
| 10/16/2020 | Payee 201 | $ 1,576.12 | Check | Payroll |
| 10/17/2020 | Payee 13 | $ 8.03 | Card | Vehicle Expense/Auto |
| 10/19/2020 | Payee 33 | $ 59.08 | Online | Utility |
| 10/20/2020 | Payee 74 | $ 159.75 | Card | Manufacture Supplies |
| 10/20/2020 | Payee 63 | $ 498.00 | Card | Vehicle Expense/Auto |
| 10/20/2020 | Payee 13 | $ 9.00 | Card | Vehicle Expense/Auto |
| 10/20/2020 | Payee 88 | $ 459.74 | Card | Repairs & maintenance |
| 10/21/2020 | Payee 59 | $ 31.63 | Card | Vehicle Expense/Auto |
| 10/21/2020 | Payee 59 | $ 59.46 | Card | Vehicle Expense/Auto |
| 10/22/2020 | Payee 9 | $ 986.99 | Card | Secure Credit Payment |
| 10/23/2020 | Payee 176 | $ 200.00 | Card | Maintenance |
| 10/23/2020 | Payee 176 | $ 647.45 | Card | Maintenance |
| 10/23/2020 | Payee 8 | $ 120.00 | Card | Medical |
| 10/23/2020 | Payee 159 | $ 149.98 | Card | Internet |
| 10/23/2020 | Payee 2 | $ 384.10 | Card | Advertisement |
| 10/23/2020 | Payee 193 | $ 980.00 | Card | Professional |

| 10/23/2020 | Payee 81 | $ 38.50 | Card | Maintenance |
|---|---|---|---|---|
| 10/23/2020 | Payee 75 | $ 3,295.40 | Card | Insurance |
| 10/23/2020 | Payee 33 | $ 59.08 | Online | Utility |
| 10/23/2020 | Payee 14 | $ 12.38 | Online | Utility |
| 10/23/2020 | Payee 14 | $ 12.38 | Online | Utility |
| 10/23/2020 | Payee 1 | $ 16.81 | Online | Utility |
| 10/23/2020 | Payee 1 | $ 39.05 | Online | Utility |
| 10/23/2020 | Payee 1 | $ 31.67 | Online | Utility |
| 10/23/2020 | Payee 1 | $ 70.49 | Online | Utility |
| 10/23/2020 | Payee 1 | $ 70.49 | Online | Utility |
| 10/23/2020 | Payee 1 | $ 122.97 | Online | Utility |
| 10/23/2020 | Payee 1 | $ 170.34 | Online | Utility |
| 10/23/2020 | Payee 1 | $ 198.29 | Online | Utility |
| 10/23/2020 | Payee 1 | $ 200.62 | Online | Utility |
| 10/23/2020 | Payee 1 | $ 204.30 | Online | Utility |
| 10/23/2020 | Payee 1 | $ 321.84 | Online | Utility |
| 10/23/2020 | Payee 1 | $ 326.50 | Online | Utility |
| 10/22/2020 | Payee 1 | $ 389.78 | Online | Utility |
| 10/23/2020 | Payee 1 | $ 280.80 | Online | Utility |
| 10/23/2020 | Payee 13 | $ 8.15 | Card | Vehicle Expense/Auto |
| 10/23/2020 | Payee 10 | $ 107.84 | Online | Utility |
| 10/23/2020 | Payee 10 | $ 65.03 | Online | Utility |
| 10/23/2020 | Payee 10 | $ 116.28 | Online | Utility |
| 10/23/2020 | Payee 10 | $ 107.84 | Online | Utility |
| 10/24/2020 | Payee 66 | $ 11.00 | Card | Manufacture Supplies |
| 10/25/2020 | Payee 59 | $ 7.15 | Card | Vehicle Expense/Auto |
| 10/26/2020 | Payee 74 | $ 282.11 | Card | Manufacture Supplies |
| 10/26/2020 | Payee 178 | $ 467.32 | Card | Secure Credit Payment |
| 10/26/2020 | Payee 11 | $ 276.89 | Card | Phone |
| 10/26/2020 | Payee 14 | $ 12.38 | Online | utility |
| 10/26/2020 | Payee 14 | $ 12.38 | Online | Utility |
| 10/27/2020 | Payee 74 | $ 535.11 | Card | Manufacture Supplies |
| 10/28/2020 | Payee 36 | $ 90.00 | Check | Professional |
| 10/28/2020 | Payee 74 | $ 702.90 | Check | Manufacture Supplies |
| 10/28/2020 | Payee 59 | $ 53.05 | Card | Vehicle Expense/Auto |
| 10/28/2020 | Payee 66 | $ 8.52 | Card | Manufacture Supplies |
| 10/29/2020 | Payee 213 | $ 115.85 | Check | Vehicle Expense/Auto |
| 10/29/2020 | Payee 209 | $ 650.00 | Card | Maintenance |
| 10/29/2020 | Payee 209 | $ 1,000.00 | Card | Maintenance |
| 10/29/2020 | Payee 209 | $ 1,300.00 | Card | Maintenance |
| 10/29/2020 | Payee 203 | $ 800.52 | Card | Payroll |
| 10/29/2020 | Payee 203 | $ 840.95 | Card | Payroll |
| 10/29/2020 | Payee 203 | $ 774.06 | Card | Payroll |
| 10/29/2020 | Payee 203 | $ 830.55 | Card | Payroll |
| 10/29/2020 | Payee 58 | $ 3.20 | Card | Manufacture Supplies |
| 10/29/2020 | Payee 87 | $ 178.16 | Card | Secure Credit Payment |
| 10/29/2020 | Payee 86 | $ 926.20 | Card | Vehicle Expense/Auto |

| 10/30/2020 | Payee 201 | $ | 1,367.40 | Check | Payroll |
|---|---|---|---|---|---|
| 10/30/2020 | Payee 208 | $ | 1,975.00 | Check | Payroll |
| 10/30/2020 | Payee 208 | $ | 225.00 | Check | Payroll |
| 10/30/2020 | Payee 88 | $ | 50.26 | Card | Secure Credit Payment |
| 10/30/2020 | Payee 62 | $ | 10.00 | Card | Vehicle Expense/Auto |
| 10/31/2020 | Payee 182 | $ | 1.59 | Card | Manufacture Supplies |

$ 80,414.67

| Date | Payee | Amount | Payment Type | Category |
|---|---|---|---|---|
| 11/1/2020 | Payee 41 | $ 110.85 | online | Office Supplies |
| 11/1/2020 | Payee 209 | $ 925.00 | online | Repairs & Maintenance |
| 11/3/2020 | Payee 12 | $ 30.87 | Card | Manufacture Supplies |
| 11/3/2020 | Payee 77 | $ 505.95 | card | Repairs & Maintenance |
| 11/4/2020 | Payee 74 | $ 430.01 | Card | Manufacture Supplies |
| 11/4/2020 | Payee 205 | $ 389.44 | Card | Secure Credit Payment |
| 11/4/2020 | Payee 66 | $ 11.00 | Card | Manufacture Supplies |
| 11/4/2020 | Payee 61 | $ 8.60 | Card | Vehicle Expense/Auto |
| 11/5/2020 | Payee 86 | $ 1,000.00 | Card | Vehicle Expense/Auto |
| 11/6/2020 | Payee 178 | $ 504.97 | Card | Secure Credit Payment |
| 11/6/2020 | Payee 205 | $ 386.16 | Card | Secure Credit Payment |
| 11/6/2020 | Payee 205 | $ 400.65 | Card | Secure Credit Payment |
| 11/6/2020 | Payee 205 | $ 491.86 | Card | Secure Credit Payment |
| 11/6/2020 | Payee 208 | $ 2,800.00 | Check | Payroll |
| 11/6/2020 | Payee 201 | $ 868.44 | Check | Payroll |
| 11/8/2020 | Payee 13 | $ 7.01 | Card | Vehicle Expense/Auto |
| 11/9/2020 | Payee 21 | $ 21.10 | Card | Other Expenses |
| 11/9/2020 | Payee 178 | $ 394.20 | Card | Secure Credit Payment |
| 11/9/2020 | Payee 25 | $ 16.07 | Check | Payroll |
| 11/9/2020 | Payee 189 | $ 551.18 | Card | Secure Credit Payment |
| 11/9/2020 | Payee 168 | $ 3,092.50 | Card | Professional |
| 11/9/2020 | Payee 21 | $ 27.80 | Check | Other Expenses |
| 11/10/2020 | Payee 83 | $ 343.74 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 83 | $ 192.94 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 83 | $ 523.34 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 83 | $ 645.99 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 202 | $ 780.00 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 112 | $ 1,384.46 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 205 | $ 738.52 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 78 | $ 255.49 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 82 | $ 77.99 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 82 | $ 300.00 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 205 | $ 305.48 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 189 | $ 291.22 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 189 | $ 376.40 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 189 | $ 398.86 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 189 | $ 489.63 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 189 | $ 545.59 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 189 | $ 562.00 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 189 | $ 577.69 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 189 | $ 590.95 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 189 | $ 665.50 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 189 | $ 686.34 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 189 | $ 687.86 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 189 | $ 790.97 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 189 | $ 1,015.52 | Card | Secure Credit Payment |

| 11/10/2020 | Payee 189 | $ 1,079.19 | Card | Secure Credit Payment |
|---|---|---|---|---|
| 11/10/2020 | Payee 189 | $ 1,271.05 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 212 | $ 763.10 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 212 | $ 766.83 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 212 | $ 1,288.04 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 6 | $ 608.83 | Card | Secure Credit Payment |
| 11/10/2020 | Payee 140 | $ 126.58 | Card | Secure Credit Payment |
| 11/11/2020 | Payee 87 | $ 166.06 | Card | Secure Credit Payment |
| 11/12/2020 | Payee 178 | $ 660.10 | Card | Secure Credit Payment |
| 11/12/2020 | Payee 151 | $ 2,833.33 | Card | Secure Credit Payment |
| 11/12/2020 | Payee 211 | $ 300.00 | Card | Secure Credit Payment |
| 11/12/2020 | Payee 193 | $ 250.00 | Card | Professional |
| 11/12/2020 | Payee 100 | $ 988.24 | Card | Secure Credit Payment |
| 11/13/2020 | Payee 10 | $ 100.21 | Card | Utility |
| 11/13/2020 | Payee 62 | $ 8.00 | Card | Vehicle Expense/Auto |
| 11/13/2020 | Payee 66 | $ 3.50 | Card | Manufacture Supplies |
| 11/13/2020 | Payee 84 | $ 2,194.55 | Card | Secure Credit Payment |
| 11/16/2020 | Payee 77 | $ 500.00 | card | Repairs & Maintenance |
| 11/17/2020 | Payee 61 | $ 7.25 | Card | Vehicle Expense/Auto |
| 11/17/2020 | Payee 66 | $ 2.00 | Card | Manufacture Supplies |
| 11/18/2020 | Payee 74 | $ 412.88 | Check | Manufacture Supplies |
| 11/19/2020 | Payee 33 | $ 81.94 | Check | Utility |
| 11/19/2020 | Payee 75 | $ 3,445.60 | Check | Insurance |
| 11/20/2020 | Payee 74 | $ 479.25 | Check | Manufacture Supplies |
| 11/20/2020 | Payee 9 | $ 986.99 | Card | Secure Credit Payment |
| 11/20/2020 | Payee 66 | $ 2.12 | Card | Manufacture Supplies |
| 11/20/2020 | Payee 108 | $ 4.26 | Card | Manufacture Supplies |
| 11/20/2020 | Payee 108 | $ 4.26 | Card | Manufacture Supplies |
| 11/20/2020 | Payee 108 | $ 4.26 | Card | Manufacture Supplies |
| 11/20/2020 | Payee 63 | $ 498.00 | Card | Vehicle Expense/Auto |
| 11/20/2020 | Payee 26 | $ 69.10 | card | Repairs & Maintenance |
| 11/22/2020 | Payee 41 | $ 106.59 | online | Office Supplies |
| 11/22/2020 | Payee 41 | $ 19.78 | Online | Office Supplies |
| 11/23/2020 | Payee 61 | $ 13.00 | Card | Vehicle Expense/Auto |
| 11/23/2020 | Payee 207 | $ 103.44 | Check | Payroll |
| 11/23/2020 | Payee 178 | $ 467.32 | Card | Secure Credit Payment |
| 11/25/2020 | Payee 108 | $ 2.13 | Card | Manufacture Supplies |
| 11/25/2020 | Payee 47 | $ 5.00 | Cash | Manufacture Supplies |
| 11/26/2020 | Payee 41 | $ 101.94 | online | Office Supplies |
| 11/27/2020 | Payee 88 | $ 106.24 | Card | Repairs & Maintenance |
| 11/27/2020 | Payee 88 | $ 22.76 | card | Repairs & Maintenance |
| 11/27/2020 | Payee 26 | $ 8.09 | card | Repairs & Maintenance |
| 11/28/2020 | Payee 43 | $ 8.50 | Card | Vehicle Expense/Auto |
| 11/30/2020 | Payee 1 | $ 297.48 | Card | Utility |
| 11/30/2020 | Payee 11 | $ 276.89 | Card | Phone |
| 11/30/2020 | Payee 103 | $ 129.00 | Card | Maintenance |
| 11/30/2020 | Payee 9 | $ 1,000.00 | Card | Secure Credit Payment |

| 11/30/2020 | Payee 1 | $ 122.97 | Card | Utility |
|---|---|---|---|---|
| 11/30/2020 | Payee 1 | $ 149.99 | Card | Utility |
| 11/30/2020 | Payee 1 | $ 203.78 | Card | Utility |
| 11/30/2020 | Payee 1 | $ 221.31 | Card | Utility |
| 11/30/2020 | Payee 10 | $ 225.89 | Card | Utility |
| 11/30/2020 | Payee 14 | $ 12.38 | Card | Utility |
| 11/30/2020 | Payee 14 | $ 12.38 | Card | Utility |
| 11/30/2020 | Payee 1 | $ 88.34 | Card | Utility |
| 11/30/2020 | Payee 1 | $ 70.49 | Card | Utility |
| 11/30/2020 | Payee 1 | $ 70.49 | Card | Utility |
| 11/30/2020 | Payee 22 | $ 975.00 | Card | Other-Taxes |
| 11/30/2020 | Payee 159 | $ 79.98 | Card | Internet |
| 11/30/2020 | Payee 159 | $ 133.92 | Card | Internet |
| 11/30/2020 | Payee 2 | $ 198.60 | Card | Advertisement |
| 11/30/2020 | Payee 10 | $ 127.47 | Card | Utility |
| 11/30/2020 | Payee 10 | $ 208.44 | Card | Utility |
| 11/30/2020 | Payee 1 | $ 282.70 | Card | Utility |
| 11/30/2020 | Payee 1 | $ 491.54 | Card | Utility |
| 11/30/2020 | Payee 1 | $ 106.29 | Card | Utility |
| 11/30/2020 | Payee 1 | $ 297.48 | Card | Utility |
| 11/30/2020 | Payee 1 | $ 359.02 | Card | Utility |
| 11/30/2020 | Payee 66 | $ 17.98 | Card | Manufacture Supplies |

$ 56,976.10

| Date | Payee | Amount | Payment Type | Category |
|---|---|---|---|---|
| 12/3/2020 | Payee 87 | $ 250.16 | Card | Secure Credit Payment |
| 12/3/2020 | Payee 88 | $ 693.93 | Card | Secure Credit Payment |
| 12/3/2020 | Payee 108 | $ 85.20 | Card | Manufacture Supplies |
| 12/3/2020 | Payee 62 | $ 13.50 | Card | Vehicle Expense/Auto |
| 12/3/2020 | Payee 66 | $ 2.00 | Card | Manufacture Supplies |
| 12/4/2020 | Payee 26 | $ 24.42 | Card | Manufacture Supplies |
| 12/4/2020 | Payee 208 | $ 1,495.00 | Check | Payroll |
| 12/5/2020 | Payee 13 | $ 49.58 | Card | Vehicle Expense/Auto |
| 12/5/2020 | Payee 77 | $ 505.95 | card | Repairs & Maintenance |
| 12/5/2020 | Payee 77 | $ 520.44 | card | Repairs & Maintenance |
| 12/8/2020 | Payee 74 | $ 238.56 | Check | Manufacture Supplies |
| 12/8/2020 | Payee 61 | $ 10.00 | Card | Vehicle Expense/Auto |
| 12/9/2020 | Payee 66 | $ 5.00 | Card | Manufacture Supplies |
| 12/9/2020 | Payee 122 | $ 19.99 | Card | Vehicle Expense/Auto |
| 12/9/2020 | Payee 74 | $ 166.41 | Check | Manufacture Supplies |
| 12/10/2020 | Payee 66 | $ 11.68 | Card | Manufacture Supplies |
| 12/10/2020 | Payee 74 | $ 958.50 | Check | Manufacture Supplies |
| 12/11/2020 | Payee 26 | $ 173.73 | Card | Manufacture Supplies |
| 12/11/2020 | Payee 1 | $ 266.69 | Card | Utility |
| 12/11/2020 | Payee 1 | $ 488.86 | Card | Utility |
| 12/11/2020 | Payee 1 | $ 325.00 | Card | Utility |
| 12/11/2020 | Payee 1 | $ 106.29 | Card | Utility |
| 12/11/2020 | Payee 1 | $ 115.38 | Card | Utility |
| 12/11/2020 | Payee 1 | $ 70.49 | Card | Utility |
| 12/11/2020 | Payee 1 | $ 11.07 | Card | Utility |
| 12/11/2020 | Payee 1 | $ 70.49 | Card | Utility |
| 12/11/2020 | Payee 1 | $ 11.07 | Card | Utility |
| 12/11/2020 | Payee 1 | $ 11.07 | Card | Utility |
| 12/11/2020 | Payee 74 | $ 150.00 | Card | Manufacture Supplies |
| 12/11/2020 | Payee 208 | $ 1,480.00 | Check | Payroll |
| 12/11/2020 | Payee 207 | $ 871.27 | Check | Payroll |
| 12/13/2020 | Payee 13 | $ 10.50 | Card | Vehicle Expense/Auto |
| 12/14/2020 | Payee 29 | $ 1,224.96 | Card | Professional |
| 12/14/2020 | Payee 29 | $ 1,434.04 | Card | Professional |
| 12/14/2020 | Payee 29 | $ 1,176.90 | Card | Professional |
| 12/14/2020 | Payee 29 | $ 1,222.28 | Card | Professional |
| 12/15/2020 | Payee 66 | $ 11.12 | Card | Manufacture Supplies |
| 12/15/2020 | Payee 33 | $ 66.64 | Card | Utility |
| 12/15/2020 | Payee 10 | $ 100.21 | Card | Utility |
| 12/15/2020 | Payee 10 | $ 21.43 | Card | Utility |
| 12/15/2020 | Payee 81 | $ 500.00 | Card | Maintenance |
| 12/15/2020 | Payee 81 | $ 77.00 | Card | Maintenance |
| 12/15/2020 | Payee 2 | $ 221.40 | Card | Advertisement |
| 12/15/2020 | Payee 159 | $ 74.99 | Card | Internet |
| 12/15/2020 | Payee 84 | $ 2,194.55 | Card | Secure Credit Payment |

| 12/15/2020 | Payee 103 | $ | 98.60 | Card | Maintenance |
|---|---|---|---|---|---|
| 12/16/2020 | Payee 176 | $ | 309.95 | Card | Maintenance |
| 12/16/2020 | Payee 58 | $ | 2.66 | Card | Manufacture Supplies |
| 12/17/2020 | Payee 176 | $ | 309.95 | Card | Maintenance |
| 12/17/2020 | Payee 214 | $ | 1,900.00 | Check | Maintenance |
| 12/17/2020 | Payee 47 | $ | 7.32 | Cash | Manufacture Supplies |
| 12/17/2020 | Payee 61 | $ | 12.00 | Card | Vehicle Expense/Auto |
| 12/18/2020 | Payee 63 | $ | 498.00 | Card | Vehicle Expense/Auto |
| 12/18/2020 | Payee 66 | $ | 5.00 | Card | Manufacture Supplies |
| 12/18/2020 | Payee 208 | $ | 1,646.22 | Check | Payroll |
| 12/18/2020 | Payee 74 | $ | 166.22 | Check | Manufacture Supplies |
| 12/19/2020 | Payee 13 | $ | 33.94 | Card | Vehicle Expense/Auto |
| 12/22/2020 | Payee 9 | $ | 986.99 | Card | Secure Credit Payment |
| 12/23/2020 | Payee 61 | $ | 72.50 | Card | Vehicle Expense/Auto |
| 12/23/2020 | Payee 77 | $ | 520.84 | card | Repairs & Maintenance |
| 12/24/2020 | Payee 207 | $ | 925.32 | Check | Payroll |
| 12/24/2020 | Payee 206 | $ | 2,285.23 | Check | Payroll |
| 12/24/2020 | Payee 178 | $ | 476.32 | Card | Secure Credit Payment |
| 12/24/2020 | Payee 1 | $ | 110.68 | Card | Utility |
| 12/24/2020 | Payee 88 | $ | 351.46 | Card | Secure Credit Payment |
| 12/26/2020 | Payee 86 | $ | 1,000.00 | Card | Vehicle Expense/Auto |
| 12/26/2020 | Payee 11 | $ | 283.89 | Card | Phone |
| 12/27/2020 | Payee 59 | $ | 15.20 | Card | Vehicle Expense/Auto |
| 12/27/2020 | Payee 59 | $ | 11.53 | Card | Vehicle Expense/Auto |
| 12/27/2020 | Payee 132 | $ | 37.25 | Card | Manufacture Supplies |
| 12/28/2020 | Payee 13 | $ | 31.82 | Card | Vehicle Expense/Auto |
| 12/28/2020 | Payee 10 | $ | 130.52 | Card | Utility |
| 12/28/2020 | Payee 10 | $ | 252.50 | Card | Utility |
| 12/28/2020 | Payee 1 | $ | 29.89 | Card | Utility |
| 12/28/2020 | Payee 1 | $ | 36.08 | Card | Utility |
| 12/28/2020 | Payee 1 | $ | 61.19 | Card | Utility |
| 12/28/2020 | Payee 1 | $ | 70.49 | Card | Utility |
| 12/28/2020 | Payee 1 | $ | 70.49 | Card | Utility |
| 12/28/2020 | Payee 1 | $ | 88.33 | Card | Utility |
| 12/28/2020 | Payee 1 | $ | 70.49 | Card | Utility |
| 12/28/2020 | Payee 1 | $ | 89.51 | Card | Utility |
| 12/28/2020 | Payee 1 | $ | 106.29 | Card | Utility |
| 12/28/2020 | Payee 1 | $ | 115.38 | Card | Utility |
| 12/28/2020 | Payee 159 | $ | 1.04 | Card | Internet |
| 12/30/2020 | Payee 214 | $ | 1,600.00 | Check | Maintenance |
| 12/30/2020 | Payee 209 | $ | 1,225.00 | Check | Maintenance |
| 12/30/2020 | Payee 215 | $ | 5,900.00 | Check | Professional |
| 12/30/2020 | Payee 74 | $ | 398.91 | Card | Manufacture Supplies |
| 12/30/2020 | Payee 74 | $ | 36.21 | Card | Manufacture Supplies |
| 12/30/2020 | Payee 74 | $ | 72.42 | Card | Manufacture Supplies |
| 12/31/2020 | Payee 26 | $ | 41.51 | Card | Manufacture Supplies |

Total : $40,245.29