UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:   GEA SEASIDE INVESTMENT INC.
　　　　　　　　　　　　　　　　　CASE NO.: 3:18-BK-0800-JAF
　　　　　　　　　　　　　　　　　Chapter 11
　　　　　Debtor(s).

## OPPOSITION RESPONSE TO NOTICE OF DEFAULT
## (109 RAYMOND AVENUE, PORT ORANGE, FL 32127)

Debtor files this Response to the Notice of Default (the "Notice of Default"; Doc. 1440) filed by PHH Mortgage successor in interest to Ocwen Loan Servicing ("Secured Creditor"). In support of this Response, Debtor states as follows:

1. Debtor and Creditor entered into a Stipulation Regarding Class 10 Plan Treatment (the "Stipulation"; Doc. 941).

2. The Stipulation required Creditor to provide Debtor with ten (10) business days notice and opportunity to cure. Creditor errantly furnished only ten (10) non-business days notice and opportunity to cure in the Notice of Default.

3. The Stipulation also requires Creditor furnish notice via certified mail to Debtor at:

GEA Seaside Investment, Inc.
c/o Jack Aberman
428 N. Peninsula Ave
Daytona Beach, FL 32118

4. The Certificate of Service for the Notice of Default does not specify that Creditor complied with this requirement.

5. Accordingly, based on the foregoing, the Notice of Default is procedurally deficient.

6. Creditor asserts a default of $7,108.64.

7. Upon a review of Debtor's records, Debtor asserts the delinquency is no more than (and possibly even less than) $4,062.08.

8. The Stipulation provides for payments to be made to Ocwen Loan Servicing. PHH Mortgage filed the Notice of Default. Secured Creditor has not sought to amend the Stipulation to update the required payment address.

9. Debtor is mailing via certified mail for the disputed delinquent funds of $4,062.08 payable to PHH Mortgage and mailed to April Harriott, Attorney for PHH Mortgage, 6409 Congress Ave., Suite 100, Boca Raton, FL 33487 with tracking #70180360000032829812.

10. Copies of the check and certified mail receipt are attached as Exhibit 1.

11. Debtor is in the process of reviewing its payment records and reserves the right to further dispute the amount of the default.

Respectfully submitted this 2nd day of February, 2022.

By: /s/ Taylor J. King
TAYLOR J. KING
Attorney for Debtor
5452 Arlington Expressway
Jacksonville, Florida 32211
(904) 725-0822\FAX 725-0855
Florida Bar No. 72049
tjking@planlaw.com

**CERTIFICATE OF SERVICE**

I DO HEREBY CERTIFY that a copy of the foregoing was furnished by either CM/ECF electronic filing or U.S. Mail, postage prepaid to Office of the U.S. Trustee, 400 W. Washington St., Suite 1100, Orlando, FL 32801; and to April Harriott, Attorney for the Secured Creditor, this 2nd day of February, 2022.

Law Offices of Mickler & Mickler

By: */s/ Taylor J. King*
TAYLOR J. KING
Attorney of Debtor
5452 Arlington Expressway
Jacksonville, Florida 32211
(904) 725-0822/FAX: 725-0822
Florida Bar No.: 072049

**EXHIBIT 1 – COPIES OF CHECK AND CERTIFIED MAIL RECEIPT**

Check 008226 — VyStar, Gea Seaside Investment Inc. DBA Daytona Property Management, 428 N Peninsula Dr, Daytona Beach, FL 32118. Date 1-31-22. Pay to the order of: PHH Mortgage C. Amount: $1571.54 — One thousand five hundred seventy one and 54/100. Memo: 936 N Peninsula Dr., Daytona FL 32118  #71407851906

Check 008225 — VyStar, Gea Seaside Investment Inc. DBA Daytona Property Management, 428 N Peninsula Dr, Daytona Beach, FL 32118. Date 1-31-22. Pay to the order of: PHH Mortgage C. Amount: $4060.08 — Four thousand sixty and 08/100. Memo: 109 Raymond Ave, Port Orange FL  #80143850



**UNITED STATES POSTAL SERVICE.**

```
        DAYTONA BEACH PENINSULA
           19 N ATLANTIC AVE
        DAYTONA BEACH, FL 32118-4201
              (800)275-8777
02/01/2022                      02:36 PM
```

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| First-Class Mail® Letter | 1 | | $0.58 |
| Cincinnati, OH 45227 | | | |
| Weight: 0 lb 0.20 oz | | | |
| Estimated Delivery Date | | | |
| Sat 02/05/2022 | | | |
| Certified Mail® | | | $3.75 |
| Tracking #: | | | |
| 70180360000032829812 | | | |
| Total | | | $4.33 |
| | | | |
| First-Class Mail® Letter | 1 | | $0.58 |
| Boca Raton, FL 33487 | | | |
| Weight: 0 lb 0.40 oz | | | |
| Estimated Delivery Date | | | |
| Sat 02/05/2022 | | | |
| Certified Mail® | | | $3.75 |
| Tracking #: | | | |
| 70180360000032828662 | | | |
| Return Receipt | | | $3.05 |
| Tracking #: | | | |
| 9590 9402 6021 0069 3227 95 | | | |
| Total | | | $7.38 |

```
Grand Total:                     $11.71

Personal/Bus Check               $11.71
```

*********************************************
USPS is experiencing unprecedented volume
increases and limited employee
availability due to the impacts of
COVID-19. We appreciate your patience.
*********************************************

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device,



or call 1-800-410-7420.